# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE HOME DEPOT, INC., et al.<br><br>*Defendants*. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |

## ORDER

Before the Court is Defendants The Home Depot, Inc.'s, Home Depot U.S.A., Inc.'s, Walmart Inc.'s, and Wal-Mart Stores Texas, LLC's Unopposed Motion for Leave to Amend Invalidity Contentions. **Dkt. No. 82**. The Court, having considered the Motion, finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Defendants are hereby given leave to serve their amended invalidity contentions.

SIGNED this 8th day of May, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE