# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE HOME DEPOT, INC., et al<br>    *Defendants*. | Civil Action No. 2:24-cv-00688<br>(Lead Case) |

## ORDER

Before the Court is the Walmart Defendants' Motion Joining Home Depot's Motion to Stay Proceedings Pending *Inter Partes* Review of All Asserted Claims. **Dkt. No. 66**. In the Motion, (1) Member Defendants Walmart Inc. and Wal-mart Stores Texas, LLC seek to join Lead Defendants The Home Depot, Inc. and The Home Depot U.S.A., Inc.'s Motion to Stay All Proceedings Pending *Inter Partes* Review of All Asserted Claims; and (2) seek a stay of proceeding for same reasons articulated in The Home Depot Defendants' Motion (Dkt. No. 65). Having considered the instant Motion, and noting that Plaintiff does not oppose the Walmart member Defendants from joining lead Defendants' motion to stay (Dkt. No. 75 at 1), the Court finds that Defendants' Motion should be and hereby is **GRANTED** as to joinder.

Therefore, it is **ORDERED** that the Walmart member Defendants are hereby given leave to join in the Home Depot lead Defendants' Motion to Stay Proceedings pending *Inter Partes* Review of the Asserted Patents (Dkt. No. 65), which remains pending before the Court.

The Motion is otherwise **DENIED**; the Court will assess whether to stay proceeding based on the Home Depot lead Defendants' Motion to Stay (Dkt. No. 65).

**SIGNED this 17th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE