# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., et al.,<br><br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., et al.,<br><br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE REGARDING LIFTING STAY

Pursuant to the Court's June 18, 2025 Order (Dkt. 96), Plaintiff RavenWhite Licensing LLC and Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC submit this Joint Notice regarding lifting the stay in this case.[1]

The USPTO has terminated both *inter partes* reviews that resulted in the stay. There are no active IPR proceedings involving either of the patents-in-suit.

Plaintiff intends to file a motion to lift the stay. The parties have conferred, and Defendants have indicated that they will not oppose Plaintiff's motion to lift the stay.

---

[1] The Home Depot defendants have been dismissed pursuant to this Court's Order of October 24, 2025. (Dkt. 100.)

November 10, 2025

| | |
|---|---|
| /s/ *Robert F. Kramer* | /s/ *Nathaniel St. Clair, II* |
| Robert F. Kramer | Nathaniel St. Clair, II |
| CA Bar No. 181706 (Admitted E.D. Texas) | Texas Bar No. 24071564 |
| rkramer@krameralberi.com | nstclair@jw.com |
| David Alberti | Blake Dietrich |
| CA Bar No. 220265 (Admitted E.D. Texas) | Texas Bar No. 24087420 |
| dalberti@krameralberti.com | bdietrich@jw.com |
| Sal Lim | Abby A. Lahvis |
| CA Bar No. 211836 (Admitted E.D. Texas) | Texas Bar No. 24138136 |
| slim@krameralberi.com | alahvis@jw.com |
| Russell S. Tonkovich | **JACKSON WALKER LLP** |
| CA Bar No. 233280 (Admitted E.D. Texas) | 2323 Ross Avenue, Suite 600, |
| rtonkovich@krameralberti.com | Dallas, TX 75201 |
| Robert C. Mattson (*pro hac vice*) | Telephone: (214) 953-6000 |
| VA Bar No. 43568 | |
| rmattson@krameralberti.com | Leisa Talbert Peschel |
| **KRAMER ALBERTI LIM** | Texas Bar No. 24060414 |
| **& TONKOVICH & LLP** | lpeschel@jw.com |
| 950 Tower Lane, Suite 1725 | **JACKSON WALKER LLP** |
| Foster City, CA 94404 | 1401 McKinney, Suite 1900 |
| Telephone: 650 825-4300 | Houston, TX 77010 |
| Facsimile: 650 460-8443 | Telephone: (713) 752-4278 |
| | |
| Nicole Glauser | Eric Hugh Findlay |
| Texas State Bar No. 24050694 | efindlay@findlaycraft.com |
| nglauser@krameralberti.com | Roger Brian Craft |
| **KRAMER ALBERTI LIM** | bcraft@findlaycraft.com |
| **& TONKOVICH LLP** | Texas Bar No. 00789886 |
| 500 W 2nd Street, Suite 1900 | **FINDLAY CRAFT, P.C.** |
| Austin, Texas 78701 | 7370 Crosswater Ave, Ste B |
| Telephone: (737) 256-7784 | Tyler, TX 75703 |
| Facsimile: (650) 460-8443 | Tel: 903 534-1100 |
| | Fax: 903 534-1137 |
| Andrea L. Fair | |
| Texas Bar No. 24078488 | *Attorneys for Defendants* |
| andrea@millerfairhenry.com | Walmart Inc. and |
| **MILLER FAIR HENRY PLLC** | Wal-Mart Stores Texas, LLC |
| 1507 Bill Owens Pkwy | |
| Longview, Texas 75604 | |
| Telephone: (903) 757-6400 | |
| Facsimile: (903) 757-2323 | |

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

-3-

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that counsel for defendants join in this notice.

*/s/ Robert F. Kramer*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and was served on all counsel who are deemed to have consented to electronic service on November 10, 2025.

*/s/ Robert F. Kramer*