**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00689-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION**

In accordance with the applicable Federal and Local Rules, Robert F. Kramer, counsel for Plaintiff RavenWhite Licensing LLC, provides notice to the Court and all counsel of record of his change of firm affiliation and contact information. New contact information for Robert F. Kramer is as follows:

Robert F. Kramer
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10036
Tel: (415) 419-1895
Email: rkramer@kramerLLP.com

Dated: March 6, 2026

Respectfully submitted,

*/s/ Robert F. Kramer*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@kramerLLP.com
Robert C. Mattson (*pro hac vice*)
VA Bar No. 43568
rmattson@kramerLLP.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10036
Telephone: (415) 419-1895


David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberi.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberi.com
**KRAMER ALBERTI LIM
& TONKOVICH & LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile:  (650) 460-8443


Nicole Glauser
Texas Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH LLP**
500 W 2nd Street**,** Suite 1900
Austin, Texas 78701
Telephone: (737) 256-7784
Facsimile:  (650) 460-8443

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that counsel of record who are deemed to have consented

to electronic service are being served with a copy of this document via the Court's CM/ECF system

on March 6, 2026.

<u>*/s/ Robert F. Kramer*</u>
Robert F. Kramer