**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § | |
| | § | |
| Plaintiff | § | Civil Action No. 2:24-cv-00688-JRG-RSP |
| | § | |
| | § | |
| | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| THE HOME DEPOT, INC. and HOME DEPOT USA, INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**<u>NOTICE OF ATTORNEY APPEARANCE</u>**

COMES NOW, Ravenwhite Licensing, LLC ("Plaintiff"), and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Garrett Parish, Texas State Bar No. 24125824, of Miller Fair Henry PLLC, 1507 Bill Owens Pkwy., Longview, Texas 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated:  March 10, 2026

/s/ *Garrett C. Parish*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@kramerLLP.com
Robert C. Mattson (*pro hac vice*)
VA Bar No. 43568
rmattson@kramerLLP.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10036
Telephone: (415) 419-1895

David Alberti

CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberi.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberi.com
**KRAMER ALBERTI LIM & TONKOVICH & LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443


Nicole Glauser
Texas Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM & TONKOVICH LLP**
500 W 2nd Street**,** Suite 1900
Austin, Texas 78701
Telephone: (737) 256-7784
Facsimile: (650) 460-8443

*Of Counsel:*
Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garrett@millerfairhenry.com
**Miller Fair Henry PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Attorneys for Plaintiff
*Ravenwhite Licensing, LLC*