## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. ET AL.<br><br>Defendant. | CASE NO. 2:24-CV-00688-JRG-RSP<br>(LEAD CASE) |
| RAVENWHITE LICENSING LLC<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., ET AL.<br><br>Defendant | CASE NO. 2:24-CV-00689-JRG-RSP<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that William Allen Moon of the law firm of Jackson Walker

LLP files this notice of appearance of counsel for Defendants Walmart Inc. and Wal-Mart Stores

Texas, LLC, is authorized to receive service of all pleadings, notices, orders and other papers in

the above-captioned matter on behalf of Walmart Inc., and requests CM/ECF notification of

filings in this case.

**NOTICE OF APPEARANCE - Page 1**

Dated: March 10, 2026

Respectfully submitted,

**JACKSON WALKER LLP**


By: /s/ *William Allen Moon*
Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Blake Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
William Allen Moon
Texas Bar No. 24065782
wamoon@jw.com
Abby A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
2323 Ross Avenue, Suite 600,
Dallas, TX  75201
Telephone: (214) 953-6000

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
1401 McKinney, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4278


*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC,*

**NOTICE OF APPEARANCE - Page 2**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2026, a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF.


<u>/s/ William Allen Moon</u>
William Allen Moon