**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| | § | (LEAD CASE) |
| THE HOME DEPOT, INC., HOME | § | |
| DEPOT U.S.A., INC. | § | |

_____

**Markman Hearing
MAG. JUDGE ROY PAYNE PRESIDING
March 10, 2026**

**OPEN:   9:04 a.m.**                                        **ADJOURN:     11:23 a.m.**
_____

ATTORNEYS FOR PLAINTIFF:                 Garrett Parish, Robert Mattson

ATTORNEYS FOR DEFENDANT, WALMART:        Brian Craft, Allen Moon,
                                         Nathaniel St. Clair, Blake Dietrich,
                                         Leisa Peschel

TECHNICAL ADVISOR:                       Jane Du

LAW CLERK:                               Robert Plafker

COURT REPORTER:                          Shawn McRoberts

COURTROOM DEPUTY:                        Wendy Asbel


Court opened.   Case called.   Garrett Parish introduced co-counsel and announced ready.   Brian Craft introduced co-counsel and announced ready.

The Court heard argument on a term-by-term basis.   Mr. Mattson presented argument on behalf of Plaintiff.   Mr. Moon, Mr. Dietrich, and Ms. Peschel presented argument on behalf of Defendant.

Recessed at 10:49 a.m.

Court reconvened.   Mr. Dietrich presented further argument on behalf of Defendant.   Mr. Mattson presented further argument on behalf of Plaintiff.

The Court took the claim construction matters under submission.

Mr. St. Clair brought to the Court's attention that prior to the case being stayed the Defendant's filed a dismissal motion pursuant to § 101 that is fully briefed and ripe.   The Court thanked counsel and will address the motion as well.

Court adjourned.