**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. ET AL.<br><br>Defendant. | CASE NO. 2:24-CV-00688-JRG-RSP<br>(LEAD CASE) |
| RAVENWHITE LICENSING LLC<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., ET AL.<br><br>Defendant | CASE NO. 2:24-CV-00689-JRG-RSP<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

<u>**NOTICE OF APPEARANCE OF COUNSEL**</u>

PLEASE TAKE NOTICE that William Allen Moon of the law firm of Jackson Walker LLP files this notice of appearance of counsel for Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC, is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Walmart Inc., and requests CM/ECF notification of filings in this case.

Dated: March 11, 2026

Respectfully submitted,

**JACKSON WALKER LLP**


By: /s/ *William Allen Moon*
Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Blake Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
William Allen Moon
Texas Bar No. 24065782
wamoon@jw.com
Abby A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
2323 Ross Avenue, Suite 600,
Dallas, TX 75201
Telephone: (214) 953-6000

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
1401 McKinney, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4278


*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC,*

**NOTICE OF APPEARANCE - Page 2**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2026, a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF.

<u>*/s/ William Allen Moon*</u>
William Allen Moon