**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>        *Plaintiff*,<br><br>  v.<br><br>THE HOME DEPOT, INC., et al.,<br><br>        *Defendants*. | Civil Action No. 2:24-cv-00688-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| RAVENWHITE LICENSING LLC,<br><br>        *Plaintiff*,<br><br>  v.<br><br>WALMART INC., et al.,<br><br>        *Defendants*. | Civil Action No. 2:24-cv-00689-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Plaintiff RavenWhite Licensing LLC ("RavenWhite") respectfully requests that the law firm of Alberti, Lim & Tonkovich LLP and its attorneys David Alberti, Sal Lim, Russell Tonkovich, and James Barabas be permitted to withdraw as counsel of record for RavenWhite in this matter, and that ECF Notifications be terminated.  RavenWhite will continue to be represented by the law firm of Kramer LLP and Miller Fair Henry PLLC.  Counsel for plaintiff has conferred with counsel for Defendants, who indicated they do not oppose the granting of this motion.

Dated: March 30, 2026

Respectfully submitted,

s/ *David Alberti*
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)

1

dalberti@albertilim.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@albertilim.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@albertilim.com
James Barabas (*pro hac vice*)
NY Bar No. 3911484
jbarabas@albertilim.com
**ALBERTI LIM**
**& TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
*RavenWhite Licensing, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and Defendants indicated that they do not oppose this motion.

/s/ *David Alberti*
David Alberti

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 30, 2026.

/s/ *David Alberti*
David Alberti

2