**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, *Plaintiff*, v. THE HOME DEPOT, INC., et al., *Defendants*. | Civil Action No. 2:24-cv-00688-JRG-RSP (Lead Case) **JURY TRIAL DEMANDED** |
| RAVENWHITE LICENSING LLC, *Plaintiff*, v. WALMART INC., et al., *Defendants*. | Civil Action No. 2:24-cv-00689-JRG-RSP (Member Case) **JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**

Having considered Plaintiff RavenWhite Licensing LLC's ("RavenWhite") Unopposed Motion for Withdrawal of Counsel, the Court hereby GRANTS the Motion and ORDERS the Clerk to remove David Alberti, Sal Lim, Russell Tonkovich, and James Barabas of Alberti Lim & Tonkovich LLP as counsel of record for RavenWhite, and ECF notifications are to be terminated. **IT IS SO ORDERED**.

1