# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:24-cv-00688-JRG-RSP |
| THE HOME DEPOT, INC.,  HOME DEPOT U.S.A., INC., | § | (LEAD CASE) |
| | § | |
| *Defendants*. | § | |
| | § | |

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:24-cv-00688-JRG-RSP |
| WALMART INC. and WAL-MART STORES TEXAS, LLC, | § | (MEMBER CASE) |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## ORDER

Defendants Wal-Mart Stores Texas, LLC, and Walmart Inc. ("Defendants") previously filed a Motion to Dismiss. (Dkt. No. 33.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 123), recommending denial of Defendants' Motion to Dismiss. Defendants have now filed Objections. (Dkt. No. 129). No response was filed.

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that Defendants' Motion to Dismiss (Dkt. No. 33) is **DENIED**.

**So ORDERED and SIGNED this 30th day of March, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE