**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT, INC., et al., <br><br> Defendants. | Case No.  2:24-cv-00688-JRG-RSP <br> (Lead Case) |
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., et al., <br><br> Defendants. | Case No.  2:24-cv-00689-JRG-RSP <br> (Member Case) |

**DECLARATION OF ROBERT F. KRAMER IN SUPPORT OF PLAINTIFF'S**
**UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**

I, Robert F. Kramer, hereby declare as follows:

1.      I am a partner at Kramer LLP and counsel for Plaintiff RavenWhite Licensing LLC ("Plaintiff" or "RavenWhite") in this action. I submit this declaration in support of Plaintiff's Unopposed Motion for Leave to Amend Infringement Contentions. I have personal knowledge of the facts set forth in this declaration and would testify competently to them if called as a witness.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the redline version of Plaintiff's Third Amended Infringement Contentions, Ex. 2, for U.S. Patent No. 11,562,402.

Dated: March 30, 2026                              */s/ Robert F. Kramer*
                                                   Robert F. Kramer

1