**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:24-cv-00688-JRG-RSP |
| v. | § | (Lead Case) |
| | § | |
| THE HOME DEPOT, INC., HOME | § | |
| DEPOT U.S.A., INC., | § | |
| *Defendants*. | § | |

**ORDER**

Previously, the Court appointed Jane Du as the technical advisor to the Court in this action with her costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received Ms. Du's invoice for services through March 23, 2026, in the amount of $36,847.46 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $18,423.73 |
| Defendants: | $18,423.73 |

**SIGNED this 30th day of March, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE