# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

RAVENWHITE LICENSING LLC,     §
                              §
*Plaintiff*,                  §
                              §   Case No. 2:24-cv-00688-JRG-RSP
v.                            §
                              §
THE HOME DEPOT, INC.,  HOME   §
DEPOT U.S.A., INC.,           §
                              §
*Defendants*.                 §

## ORDER

Before the Court is Plaintiff's Motion to Withdraw as Counsel. **Dkt. No. 130**. In the Motion, Plaintiff requests that the law firm of Alberti, Lim & Tonkovich LLP and its attorneys David Alberti, Sal Lim, Russell Tonkovich, and James Barabas be permitted to withdraw as counsel. *Id.* at 1. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that David Alberti, Sal Lim, Russell Tonkovich, and James Barabasareare are granted leave to withdraw as counsel. The Clerk of Court is directed to terminate CM/ECF notifications and other court communications for the above-mentioned attorneys.

**SIGNED this 1st day of April, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE