**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:24-cv-00688-JRG-RSP |
| v. | § | |
| | § | |
| THE HOME DEPOT, INC.,  HOME | § | |
| DEPOT U.S.A., INC., | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to Amend Infringement Contentions. **Dkt. No. 132**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff is granted leave to amend infringement contentions, consistent with the contentions provided in Dkt. No. 133-1.

 **SIGNED this 1st day of April, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE