## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| v. | § | CASE No. 2:24-cv-00688-JRG-RSP |
| THE HOME DEPOT, INC., *et al* | § | (Lead Case) |
| | § | |
| | § | |
| | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| v. | § | |
| WALMART INC., et al | § | CASE No. 2:24-cv-00689-JRG-RSP |
| | § | (Member Case) |
| | § | |
| | § | |

## JOINT NOTICE OF AGREED MEDIATOR

Pursuant to the Amended Docket Control Order (Dkt. 105), Plaintiff RavenWhite Licensing LLC ("Plaintiff") and Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC ("Defendants") (collectively the "Parties") hereby notify the Court that the Parties have met and conferred and agree upon a mediator proposed by Defendants, Mr. William "Bill" Cornelius, as the mediator in this matter.  Mr. Cornelius' information is as follows:

William "Bill" Cornelius
Cornelius Strategic ADR
305 South Broadway, Suite 702
Tyler, TX 75702
(903) 530-1081

The Parties will contact Mr. Cornelius's office regarding scheduling the mediation.

Dated:  April 6, 2026

Respectfully Submitted,

/s/ *Robert F. Kramer by permission*
*Andrea L. Fair*
Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@kramerllp.com
Robert C. Mattson (*pro hac vice*)

VA Bar No. 43586
rmattson@kramerllp.com
**KRAMER LLP**
1133 Broadway
Suite 1510
New York, NY 10010
Telephone: 415-419-1895
Facsimile: (212) 755-6475

Nicole Glauser
Texas State Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 791-9250
Facsimile: (212) 755-6475

*Of Counsel:*
Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Attorneys for Plaintiff
*Ravenwhite Licensing, LLC*

By: */s/ Eric H. Findlay*
Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Blake Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
Abby A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
1401 McKinney, Suite 1900
Houston, TX 77010
Tel: (7113) 752-4278

Eric H. Findlay (TX Bar #00789886)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Tel: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com

*ATTORNEYS FOR DEFENDANTS WALMART
INC. AND WAL-MART STORES TEXAS, LLC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 6th day of April 2026, all counsel of record who are

deemed to have consented to electronic service are being served with a copy of this document

through the Court's CM/ECF system under Local Rule CV-5(a)(3).

/s/ *Andrea L. Fair*
Andrea L. Fair