IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff,* | § | *(Lead Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff,* | § | *(Member Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**ORDER GRANTING WALMART'S UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF LITIGATION FUNDING AGREEMENTS (Dkt. 158)**

Before the Court is Defendants' Unopposed Motion to Withdraw Motion to Compel Plaintiff's Production of Litigation Funding Agreements (Dkt. 158).

Having considered the matter, and for good cause shown, the Court **GRANTS** the motion to withdraw.