**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § | |
| *Plaintiff*, | §<br>§ | |
| v. | §<br>§ | Case No. 2:24-cv-00688-JRG-RSP |
| THE HOME DEPOT, INC., HOME | §<br>§ | (Lead Case) |
| DEPOT U.S.A., INC., | §<br>§ | |
| *Defendants*. | §<br>§ | |

## ORDER

Before the Court is Defendant Walmart Inc. and Wal-Mart Stores Texas, LLC's ("Walmart") Motion to Withdraw Motion to Compel. **Dkt. No. 174**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that Defendant Walmart is granted leave to withdraw their Motion to Compel (Dkt. No. 158). The Clerk of Court is directed to terminate Dkt. No. 158.

**SIGNED this 10th day of June, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE