IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § § | CASE NO. 2:24-CV-00688-JRG-RSP *(Lead Case)* |
| *Plaintiff,* | § § | |
| v. | § § § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | |
| *Defendants.* | § § | |
| RAVENWHITE LICENSING LLC | § § § § | CASE NO. 2:24-CV-00689-RWS-RSP *(Member Case)* |
| *Plaintiff,* | § § | |
| v. | § § § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | |
| *Defendants.* | § § | |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO TAKE DEPOSITION TESTIMONY AFTER THE DISCOVERY DEADLINES**

Before the Court is the Parties' Joint Motion for Leave to Take Deposition Testimony After the Discovery Deadlines (the "Motion"). After due consideration, the Court hereby **GRANTS** the motion. It is therefore **ORDERED** that:

the deposition of David Haas to be taken by Plaintiff no later than June 30, 2026;

the deposition of Ari Juels to be taken by Defendants no later than July 1, 2026;

the deposition of Dr. Kevin Almeroth to be taken by Plaintiff no later than July 1, 2026; and

the deposition of Bernard Jansen to be taken by Defendants no later than July 8, 2026.

SO ORDERED.