**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

RAVENWHITE LICENSING LLC,                   §
                                            §
         *Plaintiff*,                       §
                                            §   Case No. 2:24-cv-00688-JRG-RSP
v.                                          §
                                            §    (Lead Case)
THE HOME DEPOT, INC.,  HOME                 §
DEPOT U.S.A., INC.,                         §
                                            §
         *Defendants*.                      §

**ORDER**

Before the Court is the Parties' Joint Motion to Take Depositions out of Time. **Dkt. No. 177**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that the deposition of David Haas be taken by Plaintiff by June 30, 2026; the deposition of Ari Juels be taken by Defendants by July 1, 2026; the deposition of Dr. Kevin Almeroth be taken by Plaintiff by July 1, 2026; and the deposition of Bernard Jansen be taken by Defendants by July 8, 2026.

**SIGNED this 24th day of June, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE