IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff*, | § | *(Lead Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff*, | § | *(Member Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**DECLARATION OF MICHAEL MCBRIDE IN SUPPORT OF WALMART'S MOTION FOR SUMMARY JUDGMENT OF NON-ENFORCEABILITY OF THE ASSERTED PATENTS AND LACK OF ARTICLE III STANDING**

I, Michael McBride, declare as follows:

1.  My name is Michael McBride. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein.  I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2.  I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case.  I am submitting this declaration in support of Walmart's Motion for Summary Judgment of Non-Enforceability of the Asserted Patents and Lack of Article III Standing (the "Motion").

3.  Attached as **Exhibit A** is a true and correct copy of Terminal Disclaimers excerpted from the Certified File History of U.S. Patent No. 10,594,823, produced in this litigation as

1

RW00001748.

4.    Attached as **Exhibit B** is a true and correct copy of Terminal Disclaimers excerpted from the Certified File History of U.S. Patent No. 11,562,402, produced in this litigation as RW00005886.

5.    Attached as **Exhibit C** is a true and correct copy of a document produced in this litigation as RW00006994.

6.    Attached as **Exhibit D** is a true and correct copy of a document produced in this litigation as RW00007004.

7.    Attached as **Exhibit E** is a true and correct copy of excerpts taken from the Certified File History of U.S. Patent No. 10,594,823, produced in this litigation as RW00001748.

8.    Attached as **Exhibit F** is a true and correct copy of excerpts taken from the deposition of Mr. Mark Holmes, dated May 13, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on June 18, 2026.

Michael McBride

2