# EXHIBIT F

# [FILED UNDER SEAL]

Entire Exhibit Contains Confidential Material designated "Restricted – Attorneys' Eyes Only"