IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff,* | § | *(Lead Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff,* | § | *(Member Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

### DECLARATION OF AMANDA WOODALL IN SUPPORT OF WALMART'S MOTION TO EXCLUDE OR STRIKE CERTAIN OF MR. WEINSTEIN'S OPINIONS UNDER *DAUBERT* AND RULE 702

I, Amanda Woodall, declare as follows:

1. My name is Amanda Woodall. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein.  I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2. I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case.  I am submitting this declaration in support of Walmart's Motion to Exclude or Strike Certain of Mr. Weinstein's Opinions under *Daubert* and Rule 702 (the "Motion").

3. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Roy Weinstein and accompanying Exhibits 5, 8, and 9, dated May 21, 2026.

4.    Attached as **Exhibit B** is a true and correct copy of Exhibit 2 to the May 13, 2026 deposition of Mr. Mark Holmes, produced in this litigation as RW00007522.

5.    Attached as **Exhibit C** is a true and correct copy of excerpts taken from the deposition of Mr. Mark Holmes, dated May 13, 2026.

6.    Attached as **Exhibit D** is a true and correct copy of a document produced in this litigation as RW00007504.

7.    Attached as **Exhibit E** is a true and correct copy of excerpts taken from Plaintiff's First Supplemental Responses and Objections to the Walmart Defendants' First Set of Interrogatories (Nos. 1-23), dated May 12, 2026, related to Interrogatory No. 8.

8.    Attached as **Exhibit F** is a true and correct copy of excerpts taken from the deposition of Mr. Roy Weinstein, dated June 23, 2026.

9.    Attached as **Exhibit G** is a true and correct copy of the February 11, 2025 Memorandum Opinion in Case No. 1:21-cv-00339-RGA; *Fundamental Innovation Systems International LLC v. Anker Innovations Ltd., et al*; in the United District Court for the District of Delaware.

10.   Attached as **Exhibit H** is a true and correct copy of Exhibit 12 to the June 23, 2026 deposition of Mr. Roy Weinstein, produced in this litigation as WMT-RW1641672.

11.   Attached as **Exhibit I** is a true and correct copy of a document produced in this litigation as WMT-RW0029147.

12.   Attached as **Exhibit J** is a true and correct copy of excerpts taken from the deposition of Dr. Hugh Smith, dated June 24, 2026.

13.   Attached as **Exhibit K** is a true and correct copy of a document produced in this litigation as WMT-RW0028885.

14.   Attached as **Exhibit L** is a true and correct copy of Exhibit D to the Exert Report of Dr. Hugh Smith Relating to Infringement by Walmart of U.S. Patent Nos. 10,594,823 and 11,562,402, dated May 21, 2026.

15.   Attached as **Exhibit M** is a true and correct copy of a document produced in this litigation as RW00007568.

16.   Attached as **Exhibit N** is a true and correct copy of a document produced in this litigation as RW00007510.

17.   Attached as **Exhibit O** is a true and correct copy of a document produced in this litigation as RW00005885.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on June 30, 2026.

_____

Amanda Woodall