# EXHIBIT D

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 25, 2024

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON

*December 22, 2022*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Paula Smith
Certifying Officer

RW00007504

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT7710763

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| RIGHTQUESTION, LLC | 12/22/2022 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | SECURITYINNOVATION LLC |
| Street Address: | 118 RAMONA RD. |
| City: | PORTOLA VALLEY |
| State/Country: | CALIFORNIA |
| Postal Code: | 94028 |

### PROPERTY NUMBERS Total: 6

| Property Type | Number |
|---|---|
| Patent Number: | 9137238 |
| Patent Number: | 10438246 |
| Patent Number: | 10977696 |
| Application Number: | 17201306 |
| Patent Number: | 10747878 |
| Application Number: | 16926546 |

### CORRESPONDENCE DATA

**Fax Number:**　　　　　　(408)973-2595

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | 4089732585 |
| **Email:** | kwhitlow@ip-patent.com |
| **Correspondent Name:** | VAN PELT, YI & JAMES LLP |
| **Address Line 1:** | 10050 N. FOOTHILL BLVD. |
| **Address Line 2:** | SUITE 200 |
| **Address Line 4:** | CUPERTINO, CALIFORNIA 95014 |

| ATTORNEY DOCKET NUMBER: | MJAKG000 |
|---|---|
| NAME OF SUBMITTER: | ROBYN WAGNER |
| SIGNATURE: | /Robyn Wagner/ |
| DATE SIGNED: | 12/22/2022 |

**Total Attachments: 3**

source=RightQuestion LLC to SecurityInnovation LLC Executed Assignment#page1.tif

source=RightQuestion LLC to SecurityInnovation LLC Executed Assignment#page2.tif

source=RightQuestion LLC to SecurityInnovation LLC Executed Assignment#page3.tif

**PATENT**
**REEL: 062191 FRAME: 0685**

RW00007506

**PATENT ASSIGNMENT**

RightQuestion, LLC, a California corporation having a place of business at 118 Ramona Rd., Portola Valley, CA 94028 ("Assignor"), certifies that to the best of Assignor's knowledge and belief it is the sole assignee of each of the patent application(s) and patent(s) listed in Exhibit A.

RightQuestion, LLC hereby:

1)    Assigns and transfers to SecurityInnovation LLC, a California corporation having a place of business at 118 Ramona Rd., Portola Valley, CA 94028 ("Assignee"), the entire worldwide right, title, and interest in and to: (a) the above referenced patent application(s) and patent(s); (b) any application to which the above referenced patent application(s) and patent(s) claim priority and any application at least in part based upon the above referenced patent application(s) and patent(s); (c) all provisional, utility, divisional, continuation, continuation-in-part, substitute, renewal, reissue, and other applications related thereto which have been or may be filed in the United States or elsewhere in the world; (d) all patents (including reissues and re-examinations) which may be granted on the applications set forth in (a), (b), and (c) above; (e) any and all improvements and inventions disclosed in (a), (b), (c), and (d) above; (f) all rights of priority in the above referenced patent application(s) and patent(s) and in any underlying provisional or foreign application, together with all rights to recover damages for infringement of any provisional rights; and (g) all claims for past, present and future infringement of any of the above referenced patent(s), including all rights to sue for and to receive and recover for the SecurityInnovation LLC's own use all past, present, and future lost profits, royalties, and damages of whatever nature recoverable from an infringement of any of the above referenced patent(s).

2)    Authorizes and requests the Commissioner of Patents to issue any and all Letters Patents resulting from patent applications claiming priority to or otherwise related to any of the above referenced patent application(s) and patent(s) including any divisional(s), continuation(s), continuation(s)-in-part, substitutes(s), reissue(s), or other related application(s) thereof, which may have been or may be filed in the United States or elsewhere in the world, to SecurityInnovation LLC.

**PATENT
REEL: 062191 FRAME: 0686**

RW00007507

Signed on the date(s) indicated beside my (our) signature(s).

RightQuestion, LLC

By _____

Bjorn Markus Jakobsson

Manager
_____
Title

12/22/2022
_____
Date


SecurityInnovation LLC

By _____

Bjorn Markus Jakobsson

Manager
_____
Title

12/22/2022
_____
Date


**PATENT
REEL: 062191 FRAME: 0687**

RW00007508

## EXHIBIT A

| Application# / Patent# | Title |
|---|---|
| 9,137,238 | PASS-SEQUENCES |
| 10,438,246 | ADVERTISING MODEL |
| 10,977,696 | ADVERTISING MODEL |
| 17/201,306 | ADVERTISING MODEL |
| 10,747,878 | RAPID VERIFICATION OF EXECUTING PROCESSES |
| 16/926,546 | RAPID VERIFICATION OF EXECUTING PROCESSES |