# EXHIBIT O



# United States Patent and Trademark Office

## Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

## Total Assignments: 3

| | | | |
|---|---|---|---|
| **Patent #:** 11562402 | **Issue Dt:** 01/24/2023 | **Application #:** 17201306 | **Filing Dt:** 03/15/2021 |
| **Publication #:** 20210312507 | **Pub Dt:** 10/07/2021 | | |
| **Inventor:** Bjorn Markus Jakobsson | | | |
| **Title:** ADVERTISING MODEL | | | |

### Assignment: 1

**Reel/Frame:** 062191/0684    **Recorded:** 12/22/2022    **Pages:** 5

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** RIGHTQUESTION, LLC    **Exec Dt:** 12/22/2022

**Assignee:** SECURITYINNOVATION LLC
118 RAMONA RD.
PORTOLA VALLEY, CALIFORNIA 94028

**Correspondent:** VAN PELT, YI & JAMES LLP
10050 N. FOOTHILL BLVD.
SUITE 200
CUPERTINO, CA 95014

### Assignment: 2

**Reel/Frame:** 064664/0153    **Recorded:** 08/22/2023    **Pages:** 5

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** SECURITYINNOVATION LLC    **Exec Dt:** 08/21/2023

**Assignee:** SECURITY TECHNOLOGY, LLC
7 EAST 20TH STREET #12F
NEW YORK, NEW YORK 10003

**Correspondent:** VAN PELT, YI & JAMES LLP
10050 N. FOOTHILL BLVD.
SUITE 200
CUPERTINO, CA 95014

### Assignment: 3

**Reel/Frame:** 064668/0754    **Recorded:** 08/22/2023    **Pages:** 5

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** SECURITYINNOVATION LLC    **Exec Dt:** 08/22/2023

**Assignee:** SECURITY TECHNOLOGY, LLC
7 EAST 20TH STREET #12F
NEW YORK, NEW YORK 10003

**Correspondent:** VAN PELT, YI & JAMES LLP
10050 N. FOOTHILL BLVD.
SUITE 200
CUPERTINO, CA 95014

Search Results as of: 04/13/2024 09:27 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

RW00005885