IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC<br><br>    *Plaintiff,*<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>    *(Lead Case)*<br><br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC<br><br>    *Plaintiff,*<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00689-RWS-RSP<br>    *(Member Case)*<br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING WALMART'S MOTION TO EXCLUDE OR STRIKE CERTAIN OF MR. WEINSTEIN'S OPINIONS UNDER *DAUBERT* AND RULE 702

Before the Court is Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC's Motion to Exclude or Strike Certain of Mr. Weinstein's Opinions under *Daubert* and Rule 702 (the "Motion"). Upon consideration of the Motion, Plaintiff's response, any reply, and the argument of the parties, the Court hereby **GRANTS** this Motion.

**IT IS SO ORDERED.**