IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff,* | § | *(Lead Case)* |
| | § § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | |
| *Defendants.* | § § | |
| | § | |
| RAVENWHITE LICENSING LLC | § § § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff,* | § | *(Member Case)* |
| | § § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | |
| *Defendants.* | § § | |
| | § | |

**DECLARATION OF AMANDA WOODALL IN SUPPORT OF WALMART'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PRE-SUIT DAMAGES UNDER U.S. PATENT NO. 11,562,402**

I, Amanda Woodall, declare as follows:

1.    My name is Amanda Woodall. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein.  I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2.    I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case.  I am submitting this declaration in support of Walmart's Motion for Partial Summary Judgment of No Pre-Suit Damages Under U.S. Patent No. 11,562,402 (the "Motion").

3.    Attached as **Exhibit A** is a true and correct copy of a document produced in this litigation as RW00005885.

1

4.      Attached as **Exhibit B** is a true and correct copy of Exhibit 23 to the April 7, 2026 deposition of Dr. Markus Jakobssen, produced in this litigation as RW00007584.

5.      Attached as **Exhibit C** is a true and correct copy of excerpts taken from the deposition of Dr. Markus Jakobssen, dated April 7, 2026.

6.      Attached as **Exhibit D** is a true and correct copy of the June 9, 2026 letter from Walmart's counsel, Mr. Amir Alavi, to Plaintiff's counsel, Mr. Robert Kramer, providing notice of an unmarked patented article.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on June 30, 2026.

Amanda Woodall