# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

### Total Assignments: 3

| | | |
|---|---|---|
| **Patent #:** 11562402 | **Issue Dt:** 01/24/2023 | **Application #:** 17201306 | **Filing Dt:** 03/15/2021 |
| **Publication #:** 20210312507 | **Pub Dt:** 10/07/2021 | | |

**Inventor:** Bjorn Markus Jakobsson
**Title:** ADVERTISING MODEL

### Assignment: 1

**Reel/Frame:** 062191/0684    **Recorded:** 12/22/2022    **Pages:** 5
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** RIGHTQUESTION, LLC    **Exec Dt:** 12/22/2022
**Assignee:** SECURITYINNOVATION LLC
118 RAMONA RD.
PORTOLA VALLEY, CALIFORNIA 94028
**Correspondent:** VAN PELT, YI & JAMES LLP
10050 N. FOOTHILL BLVD.
SUITE 200
CUPERTINO, CA 95014

### Assignment: 2

**Reel/Frame:** 064664/0153    **Recorded:** 08/22/2023    **Pages:** 5
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** SECURITYINNOVATION LLC    **Exec Dt:** 08/21/2023
**Assignee:** SECURITY TECHNOLOGY, LLC
7 EAST 20TH STREET #12F
NEW YORK, NEW YORK 10003
**Correspondent:** VAN PELT, YI & JAMES LLP
10050 N. FOOTHILL BLVD.
SUITE 200
CUPERTINO, CA 95014

### Assignment: 3

**Reel/Frame:** 064668/0754    **Recorded:** 08/22/2023    **Pages:** 5
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** SECURITYINNOVATION LLC    **Exec Dt:** 08/22/2023
**Assignee:** SECURITY TECHNOLOGY, LLC
7 EAST 20TH STREET #12F
NEW YORK, NEW YORK 10003
**Correspondent:** VAN PELT, YI & JAMES LLP
10050 N. FOOTHILL BLVD.
SUITE 200
CUPERTINO, CA 95014

Search Results as of: 04/13/2024 09:27 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

RW00005885