IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § § | CASE NO. 2:24-CV-00688-JRG-RSP *(Lead Case)* |
| *Plaintiff,* | | |
| v. | § § § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § § | |
| *Defendants.* | § § | |
| RAVENWHITE LICENSING LLC | § § § § | CASE NO. 2:24-CV-00689-RWS-RSP *(Member Case)* |
| *Plaintiff,* | § § | |
| v. | § § § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § § | |
| *Defendants.* | § § § | |

**ORDER GRANTING WALMART'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PRE-SUIT DAMAGES UNDER U.S. PATENT NO. 11,562,402**

Before the Court is Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC's Motion for Partial Summary Judgment of No Pre-Suit Damages Under U.S. Patent No. 11,562,402 (the "Motion"). Upon consideration of the Motion, Plaintiff's response, any reply, and the argument of the parties, the Court hereby **GRANTS** this Motion.

**IT IS SO ORDERED.**