**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC<br><br>    *Plaintiff,*<br><br>    v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP (*Lead Case*)<br><br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC<br><br>    *Plaintiff,*<br><br>    v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-cv-00689-JRG-RSP (*Member Case*)<br><br><br>JURY TRIAL DEMANDED |

**DECLARATION OF WILLIAM B. COLLIER, JR. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INELIGIBILITIY OF THE ASSERTED PATENTS UNDER 35 U.S.C. § 101**

I, William B. Collier, Jr., declare as follows:

1.    I am a partner with the law firm Heim, Payne & Chorush, which represents Walmart Inc. and Wal-Mart Stores Texas, LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 11,562,402 produced in this case bearing Bates Nos. RW00006896.

3.    Attached hereto as Exhibit B is a true and correct copy of United States Patent No. 10,594,823 produced in this case bearing Bates Nos. RW00002137.

4.    Attached hereto as Exhibit C is a true and correct excerpts of the Rebuttal Expert Report of Benard Jansen, Ph.D., Relating to Validity of U.S. Patent Nos. 10,594,823 and 11,562,402 dated June 18, 2026.

5.    Attached hereto as Exhibit D is a true and correct excerpts of the Opening Invalidity Expert Report of Kevin C. Almeroth, Ph.D. dated May 21, 2026.

6.    Attached hereto as Exhibit E is a true and correct excerpt of the Deposition of Bjorn Markus Jakobsson dated April 7, 2026.

7.    Attached hereto as Exhibit F is a true and correct excerpts of the Deposition of Mark Holmes dated May 13, 2026.

8.    Attached hereto as Exhibit G is a true and correct copy of United States Provisional Patent 60/732,025 produced in this case bearing Bates Nos. RW00003097.

9.    Attached hereto as Exhibit H is a true and correct excerpts of Exhibit H to the Expert Report of Dr. Hugh Smith Relating to Infringement by Walmart of U.S. Patent Nos. 10,594,823 and 11,532,402.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of June, 2026, at Houston, Texas.

Respectfully submitted,

*/s/ William B. Collier, Jr.*
William B. Collier, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 30, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email.

*/s/William B. Collier, Jr.*
William B. Collier, Jr.