**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>(*Lead Case*)<br><br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-cv-00689-JRG-RSP<br>(*Member Case*)<br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INELIGIBILITY OF THE ASSERTED PATENTS UNDER 35 U.S.C. § 101

Before the Court is Defendants' Motion for Summary Judgment of Ineligibility of the Asserted Patents Under 35 U.S.C. § 101 (the "Motion"). Having considered the motion, the Court finds that the Motion should be **GRANTED**.

IT IS SO ORDERED.