# FILED UNDER SEAL IN ITS ENTIRETY
# EXHIBIT C