# FILED UNDER SEAL
# IN ITS ENTIRETY
# EXHIBIT E