# FILED UNDER SEAL IN ITS ENTIRETY EXHIBIT F