**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | |
| *Plaintiff,* | § § | CASE NO. 2:24-CV-00688-JRG-RSP *(Lead Case)* |
| v. | § § | |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | |
| *Plaintiff,* | § § | CASE NO. 2:24-cv-00689-JRG-RSP *(Member Case)* |
| v. | § § | |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

**DECLARATION OF BLAINE A. LARSON IN SUPPORT OF**
**DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT OF**
**NON-INFRINGEMENT OF U.S. PATENT NOS. 11,562,402 AND 10,594,823**

I, Blaine A. Larson, declare as follows:

1.      I am a partner with the law firm of Heim, Payne & Chorush, which represents Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.      Exhibit 1 is a true and correct copy of the document Bates labeled WMT-RW0022460-WMT-RW0022489 ("Restricted – Attorneys' Eyes Only"), produced by

Defendants in this litigation.

3.      Exhibit 2 is a true and correct copy of the document Bates labeled WMT-RWC0004677 ("Restricted – Attorneys' Eyes Only"), produced by Defendants in this litigation.

4.      Exhibit 3 is a true and correct copy of Exhibit 3 to Plaintiff's First Amended Complaint, filed as DKT 26-3 in this litigation, dated October 25, 2024.

5.      Exhibit 4 is a true and correct excerpt of the Expert Report of Dr. Hugh Smith Relating to Infringement by Walmart of U.S. Patent Nos. 10,594,823 and 11,562,402, dated May 21, 2026, designated "Restricted Attorneys' Eyes Only – Restricted Confidential Source Code".

6.      Exhibit 5 is a true and correct excerpt of the Opening Invalidity Expert Report of Kevin C. Almeroth, Ph.D., dated May 21, 2026, designated "Highly Confidential-Attorneys' Eyes Only".

7.      Exhibit 6 is a true and correct excerpt of the document Bates labeled WMT-RW0028885-WMT-RW0028968 ("Restricted – Attorneys' Eyes Only"), produced by Defendants in this litigation.

8.      Exhibit 7 is a true and correct excerpt of the deposition transcript of Bhanu Bhardwaj, dated April 14, 2026, designated "Confidential Restricted – Attorneys' Eyes Only".

9.      Exhibit 8 is a true and correct excerpt of the Expert Report of Roy Weinstein, dated May 21, 2026, designated "Confidential-Attorneys' Eyes Only".

10.     Exhibit 9 is a true and correct excerpt of the deposition transcript of Roy Weinstein, dated June 23, 2026, designated "Highly Confidential – Attorneys' Eyes Only".

11.     Exhibit 10 is a true and correct copy of Exhibit 8 to the Expert Report of Roy Weinstein, dated May 21, 2026, designated "Confidential-Attorneys' Eyes Only".

12.     Exhibit 11 is a true and correct excerpt of the Exhibit H to the Expert Report of

2

Dr. Hugh Smith Relating to Infringement by Walmart of U.S. Patent Nos. 10,594,823 and 11,562,402, dated May 21, 2026, designated "Restricted Attorneys' Eyes Only – Restricted Confidential Source Code"

13.    Exhibit 12 is a true and correct excerpt of the deposition transcript of Hugh M. Smith, Ph.D., dated June 24, 2026, designated "Highly Confidential – Attorneys' Eyes Only".

14.    Exhibit 13 is a true and correct copy of the document Bates labeled WMT-RW0005783-WMT-RW0005786 ("Restricted – Attorneys' Eyes Only"), produced by Defendants in this litigation.

15.    Exhibit 14 is a true and correct copy of the document Bates labeled WMT-RW0005876-WMT-RW0005959 ("Restricted – Attorneys' Eyes Only"), produced by Defendants in this litigation.

16.    Exhibit 15 is a true and correct copy of the document Bates labeled WMT-RW0636981-WMT-RW0636983 ("Restricted – Attorneys' Eyes Only"), produced by Defendants in this litigation.

17.    Exhibit 16 is a true and correct copy of the document Bates labeled WMT-RW0011144-WMT-RW0011145 ("Restricted – Attorneys' Eyes Only"), produced by Defendants in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 30, 2026

Respectfully submitted,

*/s/ Blaine A. Larson*
Blaine A. Larson

3