**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § § § § | |
| *Plaintiff,* | | CASE NO. 2:24-CV-00688-JRG-RSP (*Lead Case*) |
| v. | § § | |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | |
| *Plaintiff,* | § § | CASE NO. 2:24-cv-00689-JRG-RSP (*Member Case*) |
| v. | § § § | |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § | |

**ORDER GRANTING DEFENDANTS' PARTIAL MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT OF
U.S. PATENT NOS. 11,562,402 AND 10,594,823**

Before the Court is Defendants' Partial Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 11,562,402 and 10,594,823 (the "Motion"). Having considered the motion, the Court finds that the Motion should be **GRANTED**. The Court grants the following relief:

- Walmart is granted Summary Judgment that its Offsite advertisements (also referred to as Walmart DSP) do not infringe the '402 Patent;

- Walmart is granted Summary Judgment that is mobile application does not infringe the '823 Patent; and

- Walmart is granted Summary Judgment that it is not liable for induced infringement of either the '402 or the '823 Patents.

    IT IS SO ORDERED.