# Exhibit 3

# EXHIBIT 3

## U.S. Patent No. 10,594,823 vs. Walmart System

Plaintiff RavenWhite accuses Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") of making, using, offering for sale, selling in (including licensing) and/or importing into the United States United States its system of physical stores and computer networks, including the servers through which it operates the Walmart website and allows customers to make online shopping selections that can be fulfilled at physical stores, including Walmart's Connect platform, the Walmart website, and Walmart Mobile Applications (the "Accused Instrumentalities").  The term "Accused Instrumentalities" is also referred to as the "Walmart System" and includes the associated software and data, associated hardware, and processes and methods related thereto, such as edge servers, data centers, and/or hosted software.

The asserted claims include elements that are implemented, at least in part, by proprietary and specialized electronics, firmware and software in the Accused Instrumentalities. The precise designs, processes, and algorithms used in them are held secret, at least in part, and are not publicly available in their entirety. An analysis of Walmart's documentation and/or source code may be necessary to fully and accurately describe all infringing features and functionality of the Accused Instrumentalities and, accordingly, Plaintiffs reserve the right to supplement these contentions once such information is made available to Plaintiffs. Furthermore, Plaintiffs reserve the right to revise these contentions, including as discovery in the case progresses, in view of any non-infringement arguments Walmart may make (e.g., to allege infringement under the doctrine of equivalents), in view of the Court's final claim construction in this action and in connection with the provision of expert reports.

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| 1[pre]. A system, comprising: one or more processors configured to: | To the extent the preamble is limiting, Walmart has infringed and continues to infringe the '823 Patent by creating, maintaining, and operating its the Accused Instrumentalities. The Accused Instrumentalities comprise one or more processors configured to use cookies and other tracking technologies on its websites when receiving and responding to client requests such as accessing web pages.<br><br>For example, the Accused Instrumentalities uses cookies on its websites when responding to client requests such as accessing web pages. |

1

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | **What are cookies, and how does Walmart use cookies on its websites?** Cookies are small pieces of text sent as files to your computer by the website you are visiting. Walmart.com uses its own and third-party cookies to improve your shopping and browsing experience, and to allow the site to recognize you as you move from one page to another. Without cookies enabled, you will still be able to browse the site, but will not be able to take advantage of certain website features. Walmart uses two main types of cookies - session cookies and persistent cookies: … • Persistent cookies last from one visit to another. We use persistent cookies to provide you a more personalized shopping experience and to help you navigate our websites more efficiently. For example, persistent cookies are used to remember who you are and show you items you have previously browsed online or to show you which local store you have chosen as your "home" store. Read our About Our Ads page for more information. Walmart Privacy Notice Frequently Asked Questions. Available at https://corporate.walmart.com/privacy-security/walmart-privacy-policy/walmart-privacy-policy-frequently-asked-questions |
| 1[a]. receive a network resource request from a client device, wherein the network resource request corresponds to a first cookie of a first type that was caused to be stored to the client device | The one or more processors of the Accused Instrumentalities are configured to receive a network resource request from a client device, wherein the network resource request corresponds to a first cookie of a first type that was caused to be stored to the client device during a first previous network session, wherein the first cookie of the first type was caused to be stored to the client device at least in part by causing the client device to initiate a set of network resource requests determined during the first previous network session, wherein the client device initiating the set of network resource requests caused data representative of the set of network resource requests to be stored at the client device, wherein a second cookie of a second type different from the first type was caused to be stored at the client device during a second previous network session, and wherein the first cookie of the first type is stored in a first client device browser storage area and the second cookie of the second type is stored in a second client device browser storage area different from the first client device browser storage area. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| during a first previous network session, wherein the first cookie of the first type was caused to be stored to the client device at least in part by causing the client device to initiate a set of network resource requests determined during the first previous network session, wherein the client device initiating the set of network resource requests caused data representative of the set of network resource requests to be stored at the client device, wherein a second cookie of a second type different from the first type was caused to be stored at the client device during a second previous network session, and wherein the first cookie of the first type is stored in a | For example, clients accessing the Walmart website receive network resources including cookies and other similar tracking data. For example, Walmart's Privacy Policy describes using multiple types of tracking technologies, such as first-party cookies, third-party cookies, web beacons, pixels, and similar technologies.<br><br>## What Personal Information Do We Collect?<br><br>We may collect or receive the categories of personal information listed below, which may depend on the products or services you may use, as well as your device and account settings. Not all categories of personal information will be collected or received about every individual.<br><br>- **Basic Personal Identifiers**, such as name, telephone number, physical address, email address, government-issued identifiers (e.g., national identification numbers, driver's license numbers), and signatures<br>- **Device and Online Identifiers**, such as account login information, Mac address, IP address, cookie IDs, mobile ad IDs, and social media information<br><br>Walmart Privacy Notice. Updated July 1, 2023. https://corporate.walmart.com/privacy-security/walmart-privacy-notice<br><br>**Obtained from External Third-Party Sources**<br><br>We may obtain personal information about you from other sources to help us correct or supplement our records, improve the quality or personalization of our services, increase the appeal and relevance of advertising, and to prevent or detect fraud. We also may obtain device and browsing information, from third parties for marketing purposes.<br><br>Walmart Privacy Notice. Updated September 12, 2023. https://corporate.walmart.com/privacy-security/walmart-privacy-notice |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| first client device browser storage area and the second cookie of the second type is stored in a second client device browser storage area different from the first client device browser storage area; | *Advertising, Marketing, and Other Related Technology Partners:* We work with various advertising, marketing, and other related technology partners so we can both market our products to you and provide advertising services to other companies.<br><br>• Advertisers. These are companies that place ads through our advertising services. Advertisers may use pixels or cookies in their ads that collect information from/about you to help them understand how you respond to their ads.<br><br>Walmart Privacy Notice. Updated July 1, 2023. https://corporate.walmart.com/privacy-security/walmart-privacy-notice<br><br>• Advertising Technology Providers. We work with companies that use cookies, pixels, beacons and similar technologies to tailor the ads you see using information collected about you over time on our Sites, and across other participating websites and mobile services. Advertising Technology Providers include ad servers, advertising agencies, technology vendors that support media buying and selling, and research firms. For more information about your choices related to interest-based advertising, see Interest-Based Advertising Preferences in the *How Can You Set Your Preferences?* section below.<br><br>Walmart Privacy Notice. Updated July 1, 2023. https://corporate.walmart.com/privacy-security/walmart-privacy-notice<br><br>**What Are the Categories of Personal Information Collected?**<br><br>We may collect or receive (and may have collected or received during the 12-month period prior to the Last Updated date of this California Notice) the categories of personal information listed below. Not all categories will be collected or received for every individual.<br><br>• **Identifiers:** Personal identifiers, such as name, telephone number, physical address, email address, national identification numbers, driver's license numbers, and signatures<br><br>• **Device Information and Online Activity:** Device and online identifiers, keystroke patterns indicative of human or bot website/app usage, mobile and web network activity and related information (such as Mac address, IP address, cookie IDs, browser activity, and other information associated with your browsing history), and social media information<br><br>… |

4

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | • **Sensitive Personal Information:** Government-issued identifiers (such as social security, driver's license, state identification card, or passport number), account log-in and financial information (such as payment card details), and precise geolocation<br><br>**What Are the Categories of Sources from Which We Collect Your Personal Information?**<br><br>We may obtain and combine personal information from different sources, as described in *the How Do We Collect Information* section of the Walmart Privacy Notice and provided below:<br><br>• Provided directly by you or a member of your household<br>• Collected from a device associated with you or your household<br>• Collected through in-store technology<br>• Collected from another company within our family of companies<br>• Collected from an external third-party source<br>• Collected from another solution or asset<br>• Collected from other sources, when it is appropriate, to help us correct or supplement our records, improve the quality or personalization of our services, increase the appeal and relevance of advertising, and to prevent or detect fraud<br><br>Walmart California Consumer Privacy Act Notice. Updated January 1, 2023. Available at https://corporate.walmart.com/privacy-security/california-privacy-rights<br><br>The cookies and trackers used by the Accused Instrumentalities are stored in different locations on the client device, such as Local Storage and Cookies. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>Screenshot of "Application" tab in Google Chrome.<br><br>The network resource received by the Accused Instrumentalities' one or more processors corresponds to a first cookie of a first type that was caused to be stored to the client device during a first previous network session, wherein the first cookie of the first type was caused to be stored to the client device at least in part by causing the client device to initiate a set of network resource requests determined during the first previous network session, wherein the client device initiating the set of network resource requests caused data representative of the set of network resource requests to be stored at the client device. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  | The Accused Instrumentalities cause the client device to store cookies at least in part by causing the client device to initiate a set of network resource requests determined during the network session, wherein the client device initiating the set of network resource requests caused data representative of the set of network resource requests to be stored at the client device.<br><br>As one example, when a user logs in to walmart.com, the client device sends multiple network requests to Walmart's servers, including a first request for a page (such as www.walmart.com) and additional requests that the Walmart server causes the client to make in order to fetch images and other data for the page. As a result of those requests, the client device stores cookies as described below.<br><br><br><br>As explained further below, there are three distinct browser storage areas. The "Cookie" browser storage area stores cookies such as "CID" (string data type), "ACID" (string), "xpm" (string) and "_pxvid" (string). The "Local Storage" browser storage area stores cookies such as "glassCartIdMap" (JSON data type), "PXu6b0qd2S_px_hvd" (string), and "ed73f20edbf2b73" |

7

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | (string).  The "first" cookie can be, for example, any cookie in a first one of those two storage areas.  The "second" cookie can be, for example, any cookie in the other storage area.<br><br>The following screen shots provide an example of how the Accused Instrumentalities cause a client to store cookies in different browser storage areas, starting when a user first visits walmart.com, then when a user signs in to walmart.com.  The initial visit, and the sign in, may each occur during different sessions, including the "first previous network session" and the "second previous network session."  Timestamps in the form of entries in a database or file modification dates, for example, show that certain storage occurred at particular times.<br><br>In the example below, the Firefox browser profile has never been used.<br><br><br><br>The browser stores cookies in the browser's storage area in a sqlite database in one browser storage area at C:\Users\z1\AppData\Roaming\Mozilla\Firefox\Profiles\zp\cookies.sqlite. The cookies database is empty, as can be seen by opening the database. |

U.S. Patent No. 10,594,823 vs. Walmart System

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  |  The browser's "Local Storage" folder is saved to the user's computer at a different browser storage area at C:\Users\z1\AppData\Roaming\Mozilla\Firefox\Profiles\zp\storage\default.  Initially, the only folder in the browser's local storage is a folder for the "about:welcome" page for new browser users.  That is, the Accused Instrumentalities have not yet caused the client to store anything.<br><br>When the user visits walmart.com, Walmart causes the browser to store data in folders within local storage and store cookies in the browser's cookies database.  In the example below, Walmart causes the browser to store cookies in the browser's |

9

U.S. Patent No. 10,594,823 vs. Walmart System

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  | cookies.sqlite database, including the xpm cookie from walmart.com (here, with value "7%2B1700327958…").  The cookies can be seen by using the browser's debugger tool to show the browser's Cookies storage area.  The xpm cookie can also be seen by navigating to the folder on a user's computer (using a file explorer), then opening the cookies.sqlite database with a database editor. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  |

The Accused Instrumentalities also cause the client device to store four folders for walmart.com in the browser's Local Storage folder.  The folders can be seen in the browser's debugger tool.  In this example, the local storage folder contains an entry with key ed73f20edbf2b73 and value "82feb3…".

11

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>The key can also be viewed through the walmart.com folders in the browser local storage area, including the \https+++drfdisvc.walmart.com\ls\ subfolder that contains a database named "data.sqlite." That database stores the same entry with key ed73f20edbf2b73 and value "82feb3…". |

12

U.S. Patent No. 10,594,823 vs. Walmart System

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  |  |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>If the user navigates to another website, or quits the browser entirely, the Walmart data is no longer viewable in the browser's debugger tool.  Nevertheless, the cookies database and local storage databases continue to store data that Walmart caused the browser to store in those databases.  Thus, the Accused Instrumentalities cause the client to store the cookies, and the cookies may be stored during previous sessions that are no longer active. |

14

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  |  1 <br><br> In a first example, when a user visits Walmart.com without logging in, the Accused Instrumentalities cause the client device to store cookies in the web browser's Local Storage and in the Cookies storage.  Specifically, the Accused Instrumentalities cause the client device to store cookies, including cookies named "xpm", "_pxvid", and "ACID." |

15

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  |  |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>Enlarged versions of the _pxvid, ACID, and xpm values are shown below:<br><br>The Accused Instrumentalities may also cause additional cookies to be stored on a client device. For example, the Accused Instrumentalities may cause cookies such as "__pxvid" cookies to be stored in Cookie storage and may be used to store a device ID. |

17

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  | The Accused Instrumentalities also cause a second cookie of a second type different from the first type to be stored at the client device in a different browser storage area during a second previous network session.<br><br>For example, the Accused Instrumentalities also cause the client device to store data in a second browser storage area, Local Storage. The cookies in the Local Storage area include the "ed73f20edbf2b73," "PXu6b0qd2S_px_hvd," and "glassCartIdMap" (JSON data structure) cookies.<br><br><br>Enlarged: |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <table><tr><td>ed73f20edbf2b73</td><td>be2f827aa7254a5fbcad968bfe555f14_1855847961572</td></tr><tr><td>glassCartIdMap</td><td>{"crt":"c652a0c0-66df-4c4f-8227-8dfb09d06369","id":"9</td></tr><tr><td>PXu6b0qd2S_px-ff</td><td>eyJjYyI6eyJ0dGwiOjE3MDAzNDg0OTgsInZhbCI6IlUyRnF</td></tr><tr><td>PXu6b0qd2S_px_hvd</td><td>a076f4e2bc6f5d491968faf34fb40547</td></tr></table><br>As shown in the more detailed view, the value of glassCartIdMap below contains a "crt" (cart) identifier and reflects the same id shown in the ACID cookie above ("94ccddaa7.."). glassCartIdMap also contains "isGuest:True" meaning that the user has not logged in to walmart.com. |

19

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  An enlarged view is shown below: |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | ▼ Data |
| | glassCartIdMap:"{"crt":"c652a0...isGuest":true}" |
| | ▼ Parsed Value |
| | ▼ |
| | ▼ glassCartIdMap:Object |
| | crt:"c652a0c0-66df-4c...227-8dfb09d06369" |
| | id:"94cddaa7-cd25-400...1cc-8f797df14360" |
| | isGuest:true |
| | ▶ __proto__:Object |
| | For example, when signing into a user's account on Walmart.com, the Accused Instrumentalities cause the client device to store a CID cookie in the web browser's Cookies storage and modify the xpm cookie in Cookies. Walmart requires a user to create an account and sign into an account in order to purchase any products or services. The Accused Instrumentalities subsequently remember the user when she logs back in. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>The user's login information is posted to Walmart servers, which respond with a CID cookie after authentication. The CID cookie is an ID string, provides a unique customer identifier, and is stored in the Cookies storage area of the browser. When the CID cookie is created, the ACID cookie is deleted. When the user is recognized through information present in the CID cookie by the Accused Instrumentalities' servers, the user will see their name displayed instead of a sign-in page. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  |

Expanded:

**CID**     0823577e-3651-42dc-82d3-d7d0e362946a

When a user logs in to walmart.com, the Accused Instrumentalities also cause the client device to store additional information in certain cookies. For example, when the user logs in, the Accused Instrumentalities cause the browser to store the value of the CID in the xpm cookie.

Compare, for example, the xpm cookie before login:

23

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>Enlarged:<br><br>xpm     3%2B1700348247%2Bec5G-hx_hXbJviWi8HKrOk~%2B0<br><br>After login: |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>The highlighted portion of the xpm cookie is the value of the CID above:<br><br>xpm　　　　1%2B1700352203%2Bec5G-hx_hXbJviWi8HKrOk~0823577e-3651-42dc-82d3-d7d0e362946a%2B0<br><br>The Accused Instrumentalities will also cause the glassCartIdMap cookie to change.  The change from "isGuest:true" to "isGuest:false", for example, reflects the fact that the user has signed in. |

25

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  | <br><br>Another example of the change in the glassCartIdMap before and after the user logs in is that the "id" portion of the cart value changes from the value stored in the ACID cookie (see above) to the value stored in the CID cookie. |

26

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | In contrast, the _pxvid cookie in Cookie storage has the same value before and after the user logs in, reflecting a device ID rather than a user ID. <br><br>  <br><br> Enlarged: <br><br> _pxvid 9b80658f-8636-11ee-bd97-551240addb9d <br><br> To after login: |

27

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>All of the cookies described above may be downloaded and created at various times, including in a first and second previous network session.  For example, Walmart accessed both cookies shown below on November 22, and created the xpm cookie that day as well.  Walmart created the CID cookie, however, 3 days earlier on November 19. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |

As another example, Walmart causes the client to store the cart again when, for example, the user clicks on the cart.  It is downloaded as a JSON object, and the modification date of the Walmart ls (local storage) database on the user's computer changes, indicating that the database was modified to store data regarding the cart.  (Note that the Walmart local storage database does not have a populated creation date field.) |

30

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  The cookies database file modification date also changes, indicating a change to the cookies database (see previous graphic), but the CID and xpm cookie creation dates do not change.  Note the xpm cookie's "Last Accessed" time changed to 22:55 from 22:28. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  As another example, Walmart causes the client to store beacon cookies called "vtc" and "btc." The beacon cookies are set for a browser, and therefore identify the device. The beacon cookies can also be associated with a user, and therefore identify a user as well. In the example below, the beacon value "USeYF3l3mP4Neeyijy1Qik" is stored in the vtc and btc cookies, as well as in part of the xpm cookie, each stored in the Cookies storage area. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>The same beacon value "USeYF3l3mP4Neeyijy1Qik" is stored in those vtc, btc, and xpm cookies even when the user is logged out. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  | Walmart also causes the client to store cookies that include the same beacon value in the Local Storage area, including in "_bc_pulse_old_bstc_value" and as part of the key of an item, with "_bc_" preceding the beacon value. The following example shows the same beacon value "USeYF3l3mP4Neeyijy1Qik" stored in Local Storage.<br><br><br><br>As another example, Walmart causes the client to store, in the Local Storage area, cookies that include the CID user identifier. Such cookies include, for example, "cv.v1-HEALTH-WELLNESS," which also contains information about advertisements, such as whether to enable data regarding "WalletAd." |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  |

Another example of a cookie that Walmart stores in the Local Storage area that includes the CID user identifier (when the user is logged in) and advertisement information is the cookie "cv.v1-US-JOURNEY". The advertisement information includes, for example, whether to enable "adResponseBeacon." When the user is not logged in, the cookie "cv.v1-US-JOURNEY" has a CID value of "null," meaning no value.

35

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>In contrast, if a user is logged in, the "cv.v1-US-JOURNEY" includes the appropriate CID value, instead of "null".<br><br>Walmart also appears to use at least CID and glassCartIdMap cookies on its mobile app. For example, a traffic trace from the mobile app shows a CID value: |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  | |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | The traffic trace appears to include an id field corresponding to the glassCartIdMap from the same user's cart on a desktop device.<br><br>https://www.walmart.com (2 matches)<br>  orchestra (2 matches)<br>    cartxo (2 matches)<br>      graphql (2 matches)<br>        MergeCart (1 match)<br>          477ad0561b9c2f638ac56125259404ede74f98ee046d592a93f5cfac424cf831 (1 match)<br>          Response Body:43 … *rt","id":"***d228f468-eddd-4902-b*** …<br>        FetchCart (1 match)<br>          43d2d0e262ca849a3a7167443a661b200d740dad3b60e339ba577bcdad1055fb?id=43d2d0e262ca849a3a7167443a661b200d740dad3b<br>          Response Body:43 … *rt","id":"***d228f468-eddd-4902-b*** …<br><br>Compared to a Desktop value:<br><br>| Key | Value |<br>|---|---|<br>| glassCartIdMap | {"crt":"d228f468-eddd-4902-b18c-852731907754","id":"61ba2b22-9616-4c3a-913e-69cd |<br>| cv.v1-US-JOURNEY | {"data":{"account":{"_all_":{"hideMobileVerificationNotNowLink":false,"enableAccountDWe |<br><br>The Accused Instrumentalities may also cause storage of information that enables identifying and tracking users and devices with cookie-less methods. |
| 1[b]. based at least in part on the network resource request from the client device corresponding to the first cookie of the first type caused to be stored at the client device during the first previous network session, determine information that was | The Accused Instrumentalities' one or more processors, based at least in part on the network resource request from the client device corresponding to the first cookie of the first type caused to be stored at the client device during the first previous network session, are configured to determine information that was encoded and stored in the client device.<br><br>As described for element 1[a], any of the cookies in any of the three browser storage areas can be a first cookie of the first type stored at the client device during the first previous network session. For example, based at least in part on the network resource request from the client device corresponding to the CID cookie, the Accused Instrumentalities' one or more processors determine information that was encoded and stored in the client device during a previous network session, such as whether a user has previously visited the site.<br>As one example, the Accused Instrumentalities determine information that was encoded and stored in the CID cookie. If a user is signed in to walmart.com and checked the box for "Keep me signed in," then the CID cookie is stored in the cookies database, which allows the user to quit the browser, open the browser again, visiting walmart.com, and log in to walmart.com without |

38

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| encoded and stored in the client device; | entering any credentials.  In the screen shots below, the Accused Instrumentalities determine information that was encoded and stored in the CID cookie in the client device to identify the user named "user Y" by at least 8:31pm.<br><br><br><br>After the user closes the browser and visits Walmart.com again, the user is recognized by the user's CID without needing to enter credentials, showing the cookies database is accessed/modified at 8:34pm. |

39

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br>CID enlarged:<br><br>In contrast, in the screen shot below, the Accused Instrumentalities determine information that encoded and stored in the CID cookie to identify the user named "user Z". The CID cookie value for user Y ("a928 …") is different than the CID cookie value for user Z ("0823 …"). |

U.S. Patent No. 10,594,823 vs. Walmart System

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  CID enlarged: As another example of the Accused Instrumentalities determining information that was stored in the CID cookie in the client device, if the CID cookie is edited inside of the cookie database saved on the user's computer (in the example below, to change the last 3 digits of the CID cookie value to "123"), the Accused Instrumentalities cause the browser to store a modified xpm cookie with that incorrect CID value in the xpm cookie. With the incorrect CID value stored in the cookies database stored on the user's computer, the browser does not load walmart.com. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>Restoring the CID value allows Walmart to determine the correct information from the cookie database, once again allowing the user to visit walmart.com and be logged in without entering any credentials.  Removing the CID cookie from the cookies database stored on the user's computer allows the user to visit walmart.com, but requires the user to sign in again if the user wishes to access her account. |

42

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | For example, a network resource request from the client causes Walmart servers to determine information (such as a user "Id") that was encoded and stored in the CID cookie. If the CID cookie is present, the browser sends the CID cookie to Walmart's servers when requesting the page walmart.com, and Walmart will display the user's account information without requiring a log in. For example, a page request using the previously stored CID cookie is shown below: <br><br>    <br><br> When Walmart servers recognize the user through information present in the CID cookie, the user will see their name ("user Z" in the example below) displayed instead of "Sign In". |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  |

Similarly, the Accused Instrumentalities determine information that was encoded and stored in other cookies discussed above, including other cookies stored in the Cookies storage area (e.g., ACID, xpm, and _pxvid), as well as cookies stored in the Local Storage area (e.g., glassCartIdMap, PXu6b0qd2S_px_hvd, and ed73f20edbf2b73).

Walmart servers can access data that is stored on the user's device by, for example, accessing cookies that are included in a network resource request. In the example below, in the network resource request for walmart.com, cookies including the "CID" and "vtc" (beacon) cookies are included as "Request Cookies."

44

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>The values of cookies, including for example the CID, vtc, btc, and xpm cookies, were encoded and stored in the client device. For example, the stored beacon value is encoded. As discussed above, the beacon value is stored in cookies including vtc, btc, and xpm.<br><br>As another example, in browsers such as Chrome, cookies are stored in encrypted format. When Chrome is in use, Chrome decrypts the cookies so that they can be viewed in the Chrome browser debugger tool. However, the cookie values are not viewable outside the browser. The values are stored in encrypted format, in the "encrypted_value" column, and shown as "BLOB". For example, the "_pxvid" cookie data is viewable in the Chrome debugger tool, but is encrypted in the Chrome cookies database. In the example below, the Chrome browser stores cookies in a sqlite database named "Cookies" and stored at C:\Users\z1\AppData\Local\Google\Chrome\User Data\Default\Network\. |

45

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>Chrome similarly stores "Local Storage" data in encoded format on the client, so that it is viewable when using the Chrome debugger tool but is not viewable by a normal user outside of the debugger tool.<br><br>The Accused Instrumentalities may also determine information that was encoded and stored in order to identify and track users and devices with cookie-less methods. |
| 1[c]. perform a first identification of at least one of the client device and a user of the client device using the first cookie of the first type, wherein the first identification is performed using the first cookie of the first type at least in part by using the determined information that was | The Accused Instrumentalities' one or more processors are configured to perform a first identification of at least one of the client device and a user of the client device using the first cookie of the first type, wherein the first identification is performed using the first cookie of the first type at least in part by using the determined information that was encoded and stored in the client device.<br><br>As described above, a "first" cookie may be any of the cookies stored in either Cookies or Local Storage. The Accused Instrumentalities perform a first identification of at least one of the client device and a user of the client using, for example, a stored user ID or device ID.<br><br>The Accused Instrumentalities may identify a user of the client device using, for example [1] cookies stored in the Cookies storage area, such as CID, vtc, btc, and xpm, and [2] cookies stored in the Local Storage area, such as glassCartIdMap, cv.v1-HEALTH-WELLNESS, _bc_pulse_old_bstc_value, and cv.v1-US-JOURNEY. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| encoded and stored in the client device; | The Accused Instrumentalities may identify a client device using, for example [1] cookies stored in the Cookies storage area such as ACID, vtc, btc, xpm, and _pxvid; and [2] cookies stored in the Local Storage area, such as glassCartIdMap, PXu6b0qd2S_px_hvd, _bc_pulse_old_bstc_value, and ed73f20edbf2b73.<br><br>For example, Walmart performs a first identification of at least one of the client device and a user of the client device using the previously stored CID, xpm, and glassCartIdMap cookies, each of which are tied to, and can be used to identify, the user because each of them contains the user's Id when the user is logged in. Walmart associates the CID, xpm, and glassCartIdMap cookies with at least one of the client device and a user of the client device with an email and verification code sign-in process, as shown in element 1[a]. The CID, xpm, and glassCartIdMap cookies can be persistent and unchanged across sessions on a user's device.<br><br>For example, when a user signs in to walmart.com, the Accused Instrumentalities perform an identification of the client device and a user of the client device. In the example below, the client requests the page https://www.walmart.com/?action=SignIn&rm=true and that request corresponds to the CID and xpm cookies that Walmart caused the client to store in the client's Cookie storage area, as shown in element 1[a]. Specifically, the client sends the CID and xpm cookies as "request cookies" to walmart.com when the client makes the request. The client also sends the CID and xpm cookies as a request cookie when the client requests www.walmart.com (without the SignIn portion). For example, the client may sign in for one session, then sign out, then sign in again in a later session and send a CID cookie that matches the value that was stored in a previous network session. The client also sends the xpm cookie which includes the user's CID user ID when the user is logged in, thus identifying the user with either a CID or xpm cookie.<br><br> |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | If a second user is logged in instead, then the client device sends the CID for that second user, and the second user is identified by either the CID or xpm cookie.<br><br><br><br>The Accused Instrumentalities also perform a first identification of the client device by a beacon value (which remains the same on the browser even when different users are logged in, and therefore also functions as a device ID) in the xpm cookie. Comparing the xpm cookie sent to the browser when a first user ("user Z") is logged in compared to when a second user ("user Y" is logged in, for example, shows a first portion as a timestamp, a second portion as a beacon value or device ID, and a third portion as a CID. |

48

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the *Walmart System*) |
|---|---|
| |  |

The xpm cookie may also be used to identify a device or user when there is no logged in user.

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>The timestamp portion of the xpm cookie increased as time progressed, from 1700348247, to 1700352203, then 1700424712, which tracks the number of seconds that have passed since January 1, 1970.  Those timestamps correspond to three dates in November 2023, shown below in the GMT time zone.  Thus, the xpm cookie can be stored at different times and during different sessions. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the *Walmart System*) |
|---|---|
| | Just like the xpm cookie, the _pxvid cookie contains a device ID that may be used to identify a device. Comparing the _pxvid cookie of the first device (with no user logged in, then "user Z", then "user Y") to the _pxvid cookie of a second device shows that the data in the _pxvid cookie is the same for the first device regardless of user, and different for the second device.  Similarly, the ACID cookie in Cookie storage may also be used to identify a device. As described in element 1[a], an ACID cookie is present when no CID is present, thus identifies a device. |

U.S. Patent No. 10,594,823 vs. Walmart System

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>As a second example, the Accused Instrumentalities perform an identification of at least one of the client device and a user of the client device using a Local Storage cookie such as the glassCartIdMap cookie. The glassCartIdMap cookie is tied to and can be used to identify the user because it contains the user's ID. Walmart associates a glassCartIdMap cookie with at least one of the client device and a user of the client device with an email and password sign-in process as its ID field contains the same customer ID as the CID cookie of the user when the user is signed in or the device ID of the ACID cookie when no user is signed in. |

52

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |

The "crt" ID field of the glassCartIdMap cookie is also tied to and can be used to identify the user. For example, as shown below, the crt value in the glassCartIdMap cookie may remain the same during different sessions.  Walmart may change the crt ID portion of the glassCartIdMap cookie periodically, in which case the new crt ID may be stored in a different session, for example, a session that is different than the session that first caused the browser to store the user's CID cookie.

The Accused Instrumentalities also use the PXu6b0qd2S_px_hvd and ed73f20edbf2b73 cookies in Local Storage to identify a client device.  For example, whether the first user, second user, or no user is logged in, the PXu6b0qd2S_px_hvd and ed73f20edbf2b73 cookies have an identifier that remains the same.  In contrast, the browser of a second device stores different values for items with the same names. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the *Walmart System*) |
|---|---|
| |   The Accused Instrumentalities may also identify users and devices using information that was encoded and stored using cookie-less methods. |
| 1[d]. perform a second identification of at least one of the client device and the | The Accused Instrumentalities' one or more processors are configured to perform a second identification of at least one of the client device and the user of the client device using the second cookie of the second type. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| user of the client device using the second cookie of the second type; | The "second" cookie can be any of the cookies described above. The "second" cookie is stored in a different location than the "first" cookie, so, for example, if the CID cookie or another cookie stored in the Cookies storage area is the "first" cookie, the "second" cookie can be any of the cookies stored in the Local Storage area. Similarly, if the glassCartIdMap or another cookie stored in the Local Storage area is the "first" cookie, the "second" cookie can be any of the cookies stored in the Cookies area.<br><br>As discussed in limitation 1[c], the Accused Instrumentalities may identify a user of the client device using, for example [1] cookies stored in the Cookies storage area, such as CID, vtc, btc, and xpm, and [2] cookies stored in the Local Storage area, such as glassCartIdMap, cv.v1-HEALTH-WELLNESS, _bc_pulse_old_bstc_value, and cv.v1-US-JOURNEY.<br><br>As discussed in limitation 1[c], the Accused Instrumentalities identify a client device using, for example [1] cookies stored in the Cookies storage area such as ACID, vtc, btc, xpm, and _pxvid; and [2] cookies stored in the Local Storage area, such as glassCartIdMap, PXu6b0qd2S_px_hvd, _bc_pulse_old_bstc_value, and ed73f20edbf2b73.<br><br>The Accused Instrumentalities may also identify users and devices with cookie-less methods. |
| 1[e]. and perform a determination based at least in part on (1) a presence of a network resource request associated with one of the first cookie and the second cookie, and (2) an absence of a network resource request associated with the other of the first cookie and the second cookie; | The Accused Instrumentalities' one or more processors are configured to perform a determination based at least in part on (1) a presence of a network resource request associated with one of the first cookie and the second cookie, and (2) an absence of a network resource request associated with the other of the first cookie and the second cookie.<br><br>After a user visits walmart.com, a presence of a network resource request associated with one of the first cookie and the second cookie can be identified by, for example, examining the cookies described in 1[c] and 1[d], any of which can be the "first" or "second" cookie for the reasons explained in 1[c].<br><br>As explained below, the Accused Instrumentalities perform determinations such as:<br><br>1. Determining actions relating to attribution, such as determining whether to pay an advertiser when a user purchases an item that the advertiser previously advertised to that user<br><br>Walmart uses beacons in connection with attributions for advertisements and product purchases. Walmart uses attribution data to determine whether to pay an advertiser, or instead keep revenue and not pay that advertiser, from a sale involving an online shopping cart at walmart.com. The determination regarding attribution and payment may be based on the presence of a network request associated with the CID value in the "glassCartIdMap" cookie in Local Storage, and the absence of a past network request associated with a beacon value in a cookie (e.g., the "btc" or "vtc" cookie) in cookie storage. The "glassCartIdMap" cookie in Local Storage may store the ACID value, instead of the CID value, as explained above. The "glassCartIdMap" cookie |

55

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the *Walmart System*) |
|---|---|
| | in Local Storage may be used when a user checks out and buys items in a shopping cart at walmart.com.  The beacon can be used to track which particular advertisements have been shown to a user.<br><br>For example, Walmart offers advertisers a commission of up to 10% for sales that are attributed to ads from that advertiser.<br><br><br><br><br><br> |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | https://marketplace.walmart.com/sales-rewards-attribution-program/<br><br>For example, the Accused Instrumentalities track attribution data in order to report what purchased products are attributed to Sponsored Search campaigns (i.e., certain advertisements).<br><br>attributedPurchases: This report offers granular insights into purchased products attributed to your Sponsored Search campaigns, with data grouped by cumulative vs daily and their corresponding new-to-brand (NTB) metrics. The report allows advertisers to identify new ad opportunities and understand which products are engaging new-to-brand customers. The reported items are always within your own account portfolio.<br><br><br><br>https://developer.walmart.com/doc/us/us-wmc-ads/us-wmc-ads-snapshot-reportsv2/<br><br>2.  Determining actions relating to advertisements, such as tracking or determining what advertisement to display to a user on Walmart.com or other websites, including third party sites, using Walmart's ad network or a third party ad network.<br><br>Walmart uses beacons in connection with advertisements, including for tracking ads on third party sites.<br><br>The determination regarding ads may be based on the presence of a network request that includes a beacon value in a cookie (e.g., the "btc" cookie) and the absence of the CID value in a cookie in Local Storage.  As another example, the determination may be made based on the absence of a CID cookie in the Cookie storage area and the presence of a beacon value in a cookie |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | in Local Storage. As another example, a determination may be made based on the absence of a CID cookie in the Cookie storage area and the presence of a network request associated with a cookie that includes information regarding advertisements (e.g., whether the cookie "cv.v1-US-JOURNEY" includes information that enables "adResponseBeacon" or whether the cookie "cv.v1-HEALTH-WELLNESS," includes information that enables "WalletAd").<br><br>As another example, a determination may be made based on the absence of a CID cookie in the Cookie storage area and the presence of a network request associated with the "glassCartIdMap" cookie in Local Storage. Advertisements can be selected based on items that are in the user's shopping cart, such as advertisements shown in the "Recommended with your order" area of the cart page.<br><br><br><br>    3.       Determining whether to associate an additional beacon with a user.<br><br>If the same user visits walmart.com from two different instances of a browser, Walmart assigns two different beacon values to each browser instance. If the user logs in on both browser instances, Walmart stores information that can be used to demonstrate |

58

Case 2:24-cv-00668-JRG-RSP    Document 126-5    Filed 10/25/24    Page 61 of 99 PageID #: 6327

U.S. Patent No. 10,594,823 vs. Walmart System

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | that the same CID user ID is associated with each of those beacon values. When a user first visits walmart.com on the second browser instance, the user has not yet logged in, and therefore Walmart stores an ACID cookie in the Cookie storage area, as explained above. When the user logs in from that browser instance, Walmart stores a CID cookie and deletes the ACID cookie, as explained above.<br><br>The following screen shots show an example.<br><br>On a second instance of a browser, the user has not logged in, and the browser stores an "ACID" cookie.<br><br><br><br>On that second instance of the browser, the browser also stores a beacon value ("ap5…") in, e.g., the "btc" cookie. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the *Walmart System*) |
|---|---|
| | <br><br>After the user logs in, the beacon value ("ap5…") remains unchanged, even though a CID cookie instead of an ACID cookie is stored in the Cookie storage area, and the xpm cookie now includes the same CID value. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>The CID value of the second browser instance is the same as the CID value of the first browser instance ("7cb…"), even though the beacon values are different ("ap5…" versus "USe…"). |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  A determination to associate the second beacon value with the user's CID identifier may be made based on, for example, the absence of a network resource request associated with the ACID cookie and the presence of a network resource request associated with a cookie stored in Local Storage, such as a beacon value stored in a cookie (e.g., "_bc_pulse_old_bstc_value") in Local Storage or a "null" CID value stored in a cookie (e.g., "cv.v1-US-JOURNEY") stored in Local Storage. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  | 4.      Determining whether a payment method can be accessed or used.<br><br>The CID value of a user is stored in cookies in Local Storage.  The CID value can be associated with a user's stored payment information.  If a user is not logged in, another user using the same browser, for example, should not be allowed to access or use the first user's payment information.  A determination may be made regarding whether to allow access to and use of a payment method associated with a user based on the presence of a network request associated with a CID value stored in Local Storage, and the absence of a network request with a CID cookie stored in the Cookie storage area.<br><br>5.      Determining whether a current user who is not logged in is the same user who was previously logged in.<br><br>Such a determination may be based on the presence of a network resource request associated with a cookie that identifies a device stored in one of the Cookies or Local Storage browser areas and the absence of a network resource request associated with a cookie that identifies a logged-in user stored in a different area than the first cookie.<br><br>For example, the Accused Instrumentalities may make such a determination based at least in part on the presence of a network resource request associated with a "first" cookie that identifies the device, such as a cookie in the "Local Storage" area (e.g., PXu6b0qd2S_px_hvd or ed73f20edbf2b73), and the absence of a network resource request associated with a "second" cookie stored in the "Cookie" storage area (e.g., the CID cookie).  Alternatively, a cookie stored in the "Local Storage" area can be considered the "second" cookie and a cookie stored in the "Cookie" storage area can be considered the "first" cookie.<br><br>After logging in to walmart.com and then logging out, certain cookies continue to contain information that identifies a device regardless of whether the user is logged in or not, such as the _pxvid and (the device ID portion of) xpm cookies stored in Cookies, and the PXu6b0qd2S_px_hvd and ed73f20edbf2b73 cookies stored in Local Storage.<br><br>For example, the _pxvid cookie in Cookies has the same value before and after the user signs in: |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the *Walmart System*) |
|---|---|
| | <br><br>As another example, the device ID portion of the xpm cookie in Cookies has the same value before and after the user signs in: |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  |

**U.S. Patent No. 10,594,823 vs. Walmart System**

As another example, the PXu6b0qd2S_px_hvd cookie in Local Storage has the same value before and after the user signs in:



As another example, the ed73f20edbf2b73 cookie in Local Storage has the same value before and after the user signs in:

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the *Walmart* System) |
|---|---|
| | <br><br>Cookies that track a user ID change depending on whether a user is signed in or not. For example, the CID cookie in the Cookie storage area is present when the user is logged in, but is absent when the user is not logged in. When the user is logged in, the Accused Instrumentalities cause the client device to store a CID cookie. When the user is not logged in, the Accused Instrumentalities cause the client device to delete any existing CID cookie and instead store an ACID cookie. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  ACID present, CID absent, when not logged in        CID present, ACID absent, when logged in <br><br> For example, the screen shots below show determinations that the Accused Instrumentalities made differently when the user was logged in than when the user was not logged in.  When the user was not logged in, the CID cookie was not stored at the client device, and the browser sent a network request that did not include a CID cookie.  In contrast, when the user was logged in, the CID cookie was stored in the Cookies storage area of the client device, and the browser sent a network request that included a CID cookie.  Based at least in part on the absence of a network request associated with a cookie that identifies a logged-in user (such as the CID cookie), and the presence of a network request associated with a cookie that identifies a device (such as the PXu6b0qd2S_px_hvd or ed73f20edbf2b73 cookie stored in "Local Storage"), the Accused Instrumentalities determined that the xpm cookie should omit any user ID when the CID cookie is absent. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>Enlarged: |

**U.S. Patent No. 10,594,823 vs. Walmart System**

In contrast, the Accused Instrumentalities determine that the client device should store an xpm cookie that includes the CID cookie value when the CID cookie is present.

Enlarged:

Alternatively, a cookie stored in the Local Storage area may be considered the "second" cookie and a cookie stored in the Cookie storage area may be considered the "first" cookie.

70

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | As an additional example, based at least in part on the presence and absence described above, the Accused Instrumentalities make determinations regarding user tracking, such as determining that a user who is not logged in and is using a device might be the same user who was previously logged in on that device.<br><br>For example, a user may have previously logged in to a device that the Accused Instrumentalities associated with that user, for example by using a cookie that identifies a user (e.g., the CID cookie, or the xpm or glassCartIdMap cookies that include the value that is also in the CID cookie when the user is logged in). The Accused Instrumentalities may have also identified that device, before, while, and/or after a user logged in to the device, by using a cookie that identifies the device (e.g., [1] cookies stored in the "Cookies" storage area, such as xpm, which includes a device ID portion, or the _pxvid cookie; or [2] cookies stored in the "Local Storage" area, such as PXu6b0qd2S_px_hvdor ed73f20edbf2b73.<br><br>After the user logs out, and a logged-out user on the same device visits walmart.com, the Accused Instrumentalities may identify that same device by, for example, identifying a cookie that identifies the device. The Accused Instrumentalities may also note that the device is currently sending network requests that do not include any cookies that identify the previously-logged in user (e.g., the device is not sending a request that includes the CID cookie when requesting walmart.com). The Accused Instrumentalities may then determine that the device may be in use by the user identified by the previously-sent CID cookie. If more than one CID cookie value has been sent by the device (e.g., in the examples in 1[c] and 1[d] above where "user Z" sends one CID cookie value and "user Y" sends a different CID cookie value), then Walmart may make a determination regarding whether the current user is one of the previously-logged in users. If only one CID cookie value has ever been sent by the device, then Walmart may be more confident that the single previously-logged in user is continuing to use the same device, even though the user is not logged in. For example, as Walmart notes in its privacy policy, the Accused Instrumentalities may collect information from a device that is associated with the user, or the user's household – that is, a different user in the same household who uses the same device.<br><br><br><br>Walmart California Consumer Privacy Act Notice. Updated January 1, 2023. Available at https://corporate.walmart.com/privacy-security/california-privacy-rights |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | 6.      Determining storage of a user ID or device ID.<br><br>Similarly, the Accused Instrumentalities determine that the glassCartIdMap Local Storage cookie should store the value of the ACID cookie based at least in part on the presence of a network request associated with the glassCartIdMap cookie and based at least in part on the absence of a network request associated with the CID cookie in order to attribute browsing behavior to a user for tracking accuracy. In effect, this causes the value of the glassCartIdMap cookie to reflect a user ID when a user is logged in, and glassCartIdMap to reflect a device ID when a user is logged out.<br><br>For example, the glassCartIdMap cookie shows a device ID corresponding to the value of the ACID cookie when there is no network request associated with a CID cookie. When there is a network request associated with a CID cookie, the glassCartIdMap cookie shows a user ID corresponding to the value of the CID cookie.<br><br><br><br>7.      Determining actions relating to cart data stored in Local Storage, including whether to merge a guest's shopping cart with a user's pre-existing shopping cart, or to overwrite a user's cart data with guest cart data.<br><br>A logged-in user can add an item to a shopping cart, then log out. When the user is logged out, the shopping cart can no longer be seen. A determination is made regarding whether to overwrite data in the "glassCartIdMap" cookie in Local Storage. That determination may be based on, for example, the absence of a CID cookie in the Cookie storage area and the presence of the |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | CID value in the "glassCartIdMap" cookie in Local Storage. The "glassCartIdMap" cookie in Local Storage may store the ACID value, instead of the CID value, as explained above.<br><br>The same user or another user can add items to a guest shopping cart of the same browser instance. The guest cart will show the added item, but not the item that was previously added to the cart when the user was logged in. When the user logs in, the user's shopping cart is merged so that it now contains both the previous item and the item that was added when the user was not logged in. The determination to merge cart items may be made based on, for example, the absence of network requested associated with a CID cookie, and the presence of a network request associated with the "glassCartIdMap" cookie for the guest cart.<br><br>The following screen shots show an example.<br><br>A logged-in user can see an item in her cart, and the "glassCartIdMap" cookie includes the user's CID value ("7cb…").<br><br><br><br>In this example, the user has added a computer to her cart. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>When the user logs out, she cannot see the item in her cart, but the "glassCartIdMap" cookie still includes the user's CID value ("7cb…") and "isGuest" is set to "false."<br><br>A logged-out user can add an item to the guest cart. Under certain conditions, the "glassCartIdMap" cookie still includes the user's CID value ("7cb…") and "isGuest" is set to "false." |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  |

In contrast, under certain conditions, after a logged-out user adds an item to the cart, the "glassCartIdMap" cookie includes an ACID value ("a10…") instead of the CID value ("7cb…"), and "isGuest" is set to "true."

When the user logs in, the guest cart is merged with the cart that the user previously created before logging out, so that all items are visible in the user's cart. In the example below, the computer that the user added to the cart before logging out is visible, along with the light bulb that the user added to the guest cart after logging out. The determination to merge the carts may be

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | based on the presence of a network request associated with the "glassCartIdMap" cookie in Local Storage, and the absence of a network requested associated with a CID cookie stored in Cookie storage, for example.<br><br><br><br>In the example below, after the user logs in, the process of merging the guest and previous cart involves the browser posting a request to a URL that includes the phrase "MergeAndGetCart."  The request includes both a CID cookie and an ACID cookie. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>As an additional example, the Accused Instrumentalities determine whether to fetch data for a user's cart, or instead use data from Local Storage, based at least in part on whether a recent network request has already caused data for the user's cart to be fetched. That determination may be based on, for example, the absence of recent request with a CID cookie in the Cookie storage area and the presence of a different request that contains the CID value from the "glassCartIdMap" cookie in Local Storage.<br><br>8.     Determining whether a user can view their cart<br><br>As an additional example, the Accused Instrumentalities perform a determination based at least in part on (1) a presence of a network resource request associated with a first cookie (e.g., a request that includes a cookie that identifies a user, such as the CID cookie stored in "Cookie" storage), and (2) an absence of a network resource request associated with a second cookie (e.g., a cookie that identifies a device or user of a device, such as the "glassCartIdMap" cookie stored in the "Local Storage" area) by |

77

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | determining that data should be stored in the "Local Storage" area, for example, by transmitting the "glassCartIdMap" cookie so that it will be stored in the "Local Storage" area.<br><br>For example, if a client device has data in the "Local Storage" area (shown in the leftmost screen shot below), and that data is deleted (shown in the middle screen shot below), the Accused Instrumentalities determine that data should be stored in "Local Storage" and cause the data to be stored there, with a later file modification date (shown in the rightmost screen shot below, compare 6:54 versus 6:30 file modification date).<br><br><br><br>In the example below, the "glassCartIdMap" cookie was stored in the "Local Storage" area when the user was logged in (leftmost screen shot). When the user logged out from walmart.com, the Accused Instrumentalities deleted the "glassCartIdMap" cookie from the user's device (second from left screen shot). Later, the user remained logged out and reloaded the page (third from left screen shot). The Accused Instrumentalities determined that the "glassCartIdMap" cookie should be stored in "Local Storage", and that the "glassCartIdMap" cookie should include the same value that was included in the ACID cookie at the time (shown |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | in the rightmost screen shot), and caused the data to be stored there, based on the presence of a network resource request associated with, for example, the ACID cookie stored in "Cookies" browser storage area, and the absence of the "glassCartIdMap" cookie that was stored in the "Local Storage" browser storage area.<br><br><br><br>As another example, if a user attempts to view their cart, the Accused Instrumentalities determines whether the user can view the items in their cart due to the presence of the CID cookie (the first cookie) and the absence of the glassCartIdMap cookie (the second cookie). If the Accused Instrumentalities finds the CID cookie (see, for example, CID cookie verification shown in element 1[a]) but does not find the glassCartIdMap cookie, the Accused Instrumentalities will allow the user to view their cart page without signing in again, but will re-download data to create the glassCartIdMap cookie. For example, in the screenshots below, the glassCartIdMap cookie is removed to cause it to be absent, which causes the glassCartIdMap cookie to be downloaded again to recreate the user's cart information.<br><br>In the screenshot below, the glassCartIdMap cookie is present in local storage. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>In the screenshot below, the glassCartIdMap cookie has been removed from local storage.<br><br>When the glassCartIdMap cookie is absent from local storage, Walmart will re-create a new glassCartIdMap cookie during a new network request. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>The Accused Instrumentalities use the CID cookie as one input in order to re-create the glassCartIdMap cookie. The screenshot below shows the CID cookie's customer ID, 61ba2b…<br><br>The Accused Instrumentalities re-create the glassCartIdMap cookie with the same customer ID (61ba2b…) as shown in the screenshot below.<br><br>In the same example, within the user interface, the cart appears with the items that were present. |

81

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  |  The cart id (crt field of glassCartIdMap) is linked to the ability to download cart contents. For example, if the crt field is incorrect (in the example below, changing crt from "d228f4…" to "d228f5…", the client is unable to use the glassCartIdMap crt identifier to load the cart. Instead, the client receives an error and no cart data. In contrast, if Walmart does not find the CID cookie, Walmart servers will not allow the user to view their cart. For example, if the CID cookie is removed, a user attempting to view their cart will be met with only a request to sign in: |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  The Accused Instrumentalities may also make determinations to identify users and devices based on the presence and absence of network requests associated with cookie-less methods. |
| 1[f]. and a memory coupled to the one or more processors and configured to provide the one or more processors with instructions. | The Accused Instrumentalities comprises memory coupled to the Accused Instrumentalities' one or more processors and configured to provide the one or more processors with instructions.<br><br>For example, Walmart spent millions of dollars to build its own servers farms with thousands of servers for processing ("crunching") and storing data. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | |
| | https://www.reuters.com/article/us-walmart-cloud/walmart-goes-to-the-cloud-to-close-gap-with-amazon-idUSKCN1FY0K7/ |
| | As another example, Walmart runs at least Envoy on its web servers, which requires memory coupled to the one or more processors and configured to provide the one or more processors with instructions. |

84

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
|  | <br><br>Site Info - Walmart.com. Available at https://w3techs.com/sites/info/walmart.com |
| 2. The system of claim 1 wherein the client device is identified by a server in a domain different from a server that caused the two different types of cookies to be stored to the client device during the first and second previous network sessions. | The Accused Instrumentalities comprise the system of claim 1 wherein the client device is identified by a server in a domain different from a server that caused the two different types of cookies to be stored to the client device during the first and second previous network sessions.<br><br>Walmart causes the client to store cookies from numerous domains.  The client device is identified by multiple servers in multiple domains, using different cookies and other tracking information. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| |  For example, a server in the beacon.walmart.com domain sets the "btc" and "vtc" beacon cookies, that is, causes the cookies to be stored on the client device.  A server in a second domain, walmart.com, identifies the device by using, for example, the "vtc" cookie.<br><br>As an additional example, Walmart contracts with third parties to allow cookies to be served on a customer's device. When a customer, using a client device, visits Walmart.com, the Accused Instrumentalities store cookies from bing.com, criteo.com, yahoo.com, doubleclick.net, and google.com, among others. These cookies allow a server in a different domain to identify the client device. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>Walmart.com<br><br>For example, the cookie stored by the doubleclick.net server is an IDE cookie, which Google uses for advertising, including "limiting the number of times an ad is shown to a user," which necessarily requires identification of a client device. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | # Our advertising and measurement cookies<br><br>To help our partners manage their advertising and websites, we offer many products, including AdSense, Google Ads, Google Analytics, and a range of products within the Google Marketing Platform. When users visit a page or see an ad that uses one of these products, either on Google services or on other sites and apps, various cookies may be sent to their browser.<br><br>These may be set from a few different domains, including google.com, doubleclick.net, googlesyndication.com, or googleadservices.com, or the domain of our partners' sites. Some of our advertising and measurement products enable our partners to use other services in conjunction with ours (like an ad measurement and reporting service), and these services may send their own cookies to your browser. These cookies will be set from their domains.<br><br>The cookie information on this site is made available to assist with the use of Google's ad products and reflects cookies that can be associated with these products and may be sent to a user's browser. Cookie purposes reflect the range of products and features supported in our ad products, but individual cookies may rely on only a subset of purposes, depending on implementation of the product. Although the cookies listed here are those associated with our advertising and measurement products, you can find more details at How Google Uses Cookies.<br><br>Our advertising and measurement cookies. Available at https://business.safety.google/adscookies/<br><br>**Advertising** - Google uses cookies for advertising, including serving and rendering ads, personalizing ads (depending on your ad settings at g.co/adsettings), limiting the number of times an ad is shown to a user, muting ads you have chosen to stop seeing, and measuring the effectiveness of ads.<br><br>Our advertising and measurement cookies. Available at https://business.safety.google/adscookies/ |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | IDE — Advertising — Campaign Manager, Display & Video 360, Google Ad Manager, Google Analytics, Search Ads 360 — 13 months EEA UK / 24 months elsewhere — doubleclick.net<br><br>Our advertising and measurement cookies. Available at https://business.safety.google/adscookies/<br><br>As another example, the cookie stored by Microsoft's bing.com server stores a MUID, which Microsoft uses for identifying "unique web browsers," which is an identification of a client device.<br><br>**What cookies does Clarity set?**<br><br>| Name | Purpose | Value Passed |<br>|---|---|---|<br>| _clck | Persists the Clarity User ID and preferences, unique to that site is attributed to the same user ID. | String |<br>| _clsk | Connects multiple page views by a user into a single Clarity session recording. | String |<br>| CLID | Identifies the first-time Clarity saw this user on any site using Clarity. | String |<br>| ANONCHK | Indicates whether MUID is transferred to ANID, a cookie used for advertising. Clarity doesn't use ANID and so this is always set to 0. | Flag |<br>| MR | Indicates whether to refresh MUID. | Flag |<br>| MUID | Identifies unique web browsers visiting Microsoft sites. These cookies are used for advertising, site analytics, and other operational purposes. | GUID |<br>| SM | Used in synchronizing the MUID across Microsoft domains. | Character Flags |<br><br>Cookie List. Published 5/10/2023. Available at https://learn.microsoft.com/en-us/clarity/setup-and-installation/cookie-list |
| 3. The system of claim 1 wherein the client device is | The Accused Instrumentalities comprise the system of claim 1 wherein the client device is identifiable based at least in part on a presence of either one of the first cookie and the second cookie in the respective first and second client device browser storage areas. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| identifiable based at least in part on a presence of either one of the first cookie and the second cookie in the respective first and second client device browser storage areas. | As described in element 1[a], the "first" cookie can be, for example, any cookie in a first one of two storage areas (Cookie storage, or Local Storage). The "second" cookie can be, for example, any cookie in the other storage area. As further explained above, the "Cookie" browser storage area stores cookies such as "CID", "ACID", "xpm" and "_pxvid". The "Local Storage" browser storage area stores cookies such as "glassCartIdMap", "PXu6b0qd2S_px_hvd", and "ed73f20edbf2b73".<br><br>For example, the client device may be identifiable based at least in part on a presence of a first cookie that contains a device ID or beacon. The client device is also identifiable based at least in part on a presence of a second cookie such as a glassCartIdMap cookie in Local Storage when it contains a device ID. (see 1[a] for detailed analysis).<br><br>As another example, as a user's ID becomes linked with a device ID, a client device may become identifiable by a cookie containing a user ID such as a CID cookie in Cookie Storage. Such a cookie may be considered either a first or second cookie and combined with any other cookie in a different browser storage area such as the glassCartIdMap cookie identified above. |
| 5. The system of claim 1 wherein in response to the performed determination, the one or more processors are configured to cause a third cookie to be stored at the client device, wherein the third cookie is one of the first type and the second type. | The Accused Instrumentalities comprise the system of claim 1 wherein in response to the performed determination, the one or more processors are configured to cause a third cookie to be stored at the client device, wherein the third cookie is one of the first type and the second type.<br><br>Several determinations may be performed by the Accused Instrumentalities as described in 1[e]:<br>1. Determining actions relating to advertisements, such as tracking or determining what advertisement to display to a user on Walmart.com or other websites, including third party sites, using Walmart's ad network or a third party ad network<br>2. Determining whether to associate an additional beacon with a user<br>3. Determining whether a payment method can be accessed or used.<br>4. Determining whether a current user who is not logged in is the same user who was previously logged in.<br>5. Determining Storage of a user ID or device ID.<br>6. Determining actions relating to cart data stored in Local Storage, including whether to merge a guest's shopping cart with a user's pre-existing shopping cart, or to overwrite a user's cart data with guest cart data.<br>7. Determining whether a user can view their cart.<br><br>In response to the determinations, additional cookies may be stored at the client device. As one example, in response to the performed determination of example 5, the one or more processors are configured to cause glassCartIdMap to store the device ID of the ACID cookie rather than the user ID of CID when a user logs out in order to track browsing by device rather than user.<br><br>In addition, the Accused Instrumentalities also store cookies from bing.com, criteo.com, yahoo.com, doubleclick.net, and google.com, among others. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br><br>These cookies allow a server in a different domain to identify the client device. In response to the performed determination, the one or more processors are configured to cause a third cookie to be stored at the client device, wherein the third cookie is of the first type – that is, stored in the Cookies area of the browser. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| | <br>Walmart.com. |
| 6[pre]. A method, comprising: | To the extent the preamble is limiting, Walmart performs the following method. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| 6[a]. receiving a network resource request from a client device, wherein the network resource request corresponds to a first cookie of a first type that was caused to be stored to the client device during a first previous network session, wherein the first cookie of the first type was caused to be stored to the client device at least in part by causing the client device to initiate a set of network resource requests determined during the first previous network session, wherein the client device initiating the set of network resource requests caused data representative of the set of network resource requests to be stored at the client device, wherein a second cookie of a | Walmart receives a network resource request from a client device, wherein the network resource request corresponds to a first cookie of a first type that was caused to be stored to the client device during a first previous network session, wherein the first cookie of the first type was caused to be stored to the client device at least in part by causing the client device to initiate a set of network resource requests determined during the first previous network session, wherein the client device initiating the set of network resource requests caused data representative of the set of network resource requests to be stored at the client device, wherein a second cookie of a second type different from the first type was caused to be stored at the client device during a second previous network session, and wherein the first cookie of the first type is stored in a first client device browser storage area and the second cookie of the second type is stored in a second client device browser storage area different from the first client device browser storage area.  <br><br> *See, e.g.,* 1[a].  The discussion and evidence disclosed in the section on 1[a] is incorporated here by reference. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| second type different from the first type was caused to be stored at the client device during a second previous network session, and wherein the first cookie of the first type is stored in a first client device browser storage area and the second cookie of the second type is stored in a second client device browser storage area different from the first client device browser storage area; | |
| 6[b]. based at least in part on the network resource request from the client device corresponding to the first cookie of the first type caused to be stored at the client device during the first previous network session, determining information that was encoded and stored in the client device; and | Walmart, based at least in part on the network resource request from the client device corresponding to the first cookie of the first type caused to be stored at the client device during the first previous network session, determines information that was encoded and stored in the client device. *See, e.g.,* 1[b].  The discussion and evidence disclosed in the section on 1[b] is incorporated here by reference. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| 6[c]. performing a first identification of at least one of the client device and a user of the client device using the first cookie of the first type, wherein the first identification is performed using the first cookie of the first type at least in part by using the determined information that was encoded and stored in the client device; and | Walmart performs a first identification of at least one of the client device and a user of the client device using the first cookie of the first type, wherein the first identification is performed using the first cookie of the first type at least in part by using the determined information that was encoded and stored in the client device.<br><br>*See, e.g.,* 1[c].  The discussion and evidence disclosed in the section on 1[c] is incorporated here by reference. |
| 6[d]. performing a second identification of at least one of the client device and the user of the client device using the second cookie of the second type; and | Walmart performs a second identification of at least one of the client device and the user of the client device using the second cookie of the second type.<br><br>*See, e.g.,* 1[d].  The discussion and evidence disclosed in the section on 1[d] is incorporated here by reference. |
| 6[e]. performing a determination based at least in part on (1) a presence of a network resource request associated with one of the first cookie and the second cookie, and (2) an | Walmart performs a determination based at least in part on (1) a presence of a network resource request associated with one of the first cookie and the second cookie, and (2) an absence of a network resource request associated with the other of the first cookie and the second cookie.<br><br>*See, e.g.,* 1[e].  The discussion and evidence disclosed in the section on 1[e] is incorporated here by reference. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| absence of a network resource request associated with the other of the first cookie and the second cookie. | |
| 7. The method of claim 6 wherein the client device is identified by a server in a domain different from a server that caused the two different types of cookies to be stored to the client device during the first and second previous network sessions. | Walmart performs the method of claim 6 wherein the client device is identified by a server in a domain different from a server that caused the two different types of cookies to be stored to the client device during the first and second previous network sessions. *See, e.g.,* claim 2.  The discussion and evidence disclosed in the section on claim 2 is incorporated here by reference. |
| 8. The method of claim 6 wherein the client device is identifiable based at least in part on a presence of either one of the first cookie and the second cookie in the respective first and second client device browser storage areas. | Walmart performs the method of claim 6 wherein the client device is identifiable based at least in part on a presence of either one of the first cookie and the second cookie in the respective first and second client device browser storage areas. *See, e.g.,* claim 3.  The discussion and evidence disclosed in the section on claim 3 is incorporated here by reference. |
| 10. The method of claim 6 wherein in response to the | Walmart performs the method of claim 6 wherein in response to the performed determination, further comprising causing a third cookie to be stored at the client device, wherein the third cookie is one of the first type and the second type. |

**U.S. Patent No. 10,594,823 vs. Walmart System**

| Claim Language | Evidence of Infringement by Accused Instrumentalities (the Walmart System) |
|---|---|
| performed determination, further comprising causing a third cookie to be stored at the client device, wherein the third cookie is one of the first type and the second type. | *See, e.g.,* claim 5.  The discussion and evidence disclosed in the section on claim 5 is incorporated here by reference. |