# FILED UNDER SEAL

# IN ITS ENTIRETY

# Exhibit 11