# <u>EXHIBIT G</u>

# Filed Under Seal in its Entirety