# EXHIBIT I



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*April 09, 2024*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *17/201,306*
**FILING DATE:** *March 15, 2021*
**PATENT NUMBER:** *11562402*
**ISSUE DATE:** *January 24, 2023*

Certified by

*Kathi*

Performing the Functions and Duties of the
Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

RW00005886

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

21912        7590        10/03/2022

VAN PELT, YI & JAMES LLP
10050 N. FOOTHILL BLVD #200
CUPERTINO, CA 95014

| EXAMINER |
| --- |
| EZEWOKO, MICHAEL I |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 3682 | |

DATE MAILED: 10/03/2022

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 17/201,306 | 03/15/2021 | Bjorn Markus Jakobsson | MJAKP006C2 | 7982 |

TITLE OF INVENTION: ADVERTISING MODEL

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 01/03/2023 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

RW00005987

Application/Control Number: 17/201,306                                                                          Page 2
Art Unit: 3682

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.

## DETAILED ACTION

### Status of Claims

The present Office Action is pursuant to Applicant's communication on **06-25-**

**2021**. This application is a CON of 16/538,463 08/12/2019 PAT 10977696; 16/538,463

is a CON of 13/682,634 11/20/2012 PAT 10438246; 13/682,634 has PRO 61/562,235

11/21/2011.

Claims **2, 15-16**, **have been amended** by **Examiner's AMENDMENT**; Claims **3-**

**4, and** 6-7, **have been cancelled,** by **EXAMINER'S AMENDMENT;** Claims **17-24**

**have been added,** by **EXAMINER'S AMENDMENT**.


### *Information Disclosure Statement*

The information disclosure statement(s) (IDS) filed on 06/25/2021, have been

acknowledged. The submissions is in compliance with the provisions of 37 CFR 1.97.

Accordingly, the information disclosure statement is being considered by the examiner.

RW00005992

Application/Control Number: 17/201,306                                          Page 3
Art Unit: 3682

**USC § 101 Analysis**

Claims **2, 15-16**, and dependent claim(s) **5, 8-14, and 17-24**, are directed to a technical solution to a technical problem associated with determining quality levels, including determining a first category, and a second category of interest based on a unique identifier and clustering, specifically,

"determining a first quality level associated with a user profile, wherein the first quality level is based at least in part on an estimate of a likelihood of an event, [[and]] wherein the first quality level is determined based at least in part on at least one of: (1) a first search associated with the user profile or (2) a first purchase associated with the user profile, and wherein the determining of the first quality level is based at least in part on a unique identifier and clustering;

determining, for a user associated with the user profile, an indication of interest in a first category, wherein the indication of interest in the first category is determined based at least in part on at least one of: (1) a second search associated with the user profile or (2) a second purchase associated with the user profile;

storing, in a record associated with the user, the indication of interest in the first category;

subsequent to determining the indication of interest in the first category, determining, for the user, that a need relative to the first category has been met based at least in part on at least one of: (1) a third search associated with the user profile or (2) a third purchase associated with the user profile;

based at least in part on the determination that the need relative to the first category has been met, determining an indication of interest in a second category,

RW00005993

Application/Control Number: 17/201,306                                              Page 4
Art Unit: 3682

wherein the indication of interest in the first category and the indication of interest in the

second category comprise a sequence of related indications of interest;

in response to determining that the need relative to the first category has been

met, determining a second quality level associated with the user, wherein the second

quality level is determined with respect to the first category;

wherein at least one of the first quality level or the second quality level is based at

least in part on a conversion assessment associated with the user profile, and wherein

the conversion assessment is based at least in part on historical click behavior; and

displaying an advertisement to the user based at least in part on at least one of the

first quality level or the second quality level".

Thus, based on the aforementioned analysis, the aforementioned claims **are

patent eligible**.

## 35 USC § 103

Closest prior art of record, **Heck** (US 7,791.383), **Lakshminarayan** (US

8,396,737) and **LeBlanc** (US 8,781,896), are withdrawn from consideration pursuant to

Allowable Subject Matter.

RW00005994

Application/Control Number: 17/201,306                                                                    Page 12
Art Unit: 3682

## *Conclusion*

Prior art below is made of record and **NOT relied upon**, though it is considered

pertinent to applicant's disclosure including information well-known to one of ordinary

skill in the art:


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to MICHAEL EZEWOKO whose telephone number is 571

272 7850. If attempts to reach the examiner by telephone are unsuccessful, the

examiner's supervisor, WASEEM ASHRAF can be reached on 571 270 3948. The fax

phone number for the organization where this application or proceeding is assigned is

571-273-7850.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/MICHAEL I EZEWOKO/
Examiner, Art Unit 3682

RW00006002