# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| THE HOME DEPOT, INC., *et al.*, | |
| Defendants. | |
| | |
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |
| WALMART INC., *et al.*, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT OF NO INVALIDITY OF THE
'823 AND '402 PATENTS UNDER 35 U.S.C. § 101**

Before the Court is Plaintiff's Motion for Summary Judgment of No Invalidity of the '823 and '402 Patents under 35 U.S.C. § 101 (the "Motion"). The Court, having considered the Motion, hereby **GRANTS** this Motion.

**IT IS SO ORDERED.**