# EXHIBIT 6

Counsel,

Walmart's answer to the complaint raises a number of defenses that appear to be boilerplate.

For each of the following, please confirm which defenses Walmart intends to maintain:

1. Prosecution history estoppel.
2. Estoppel, acquiescence, waiver, laches, unclean hands, implied license, or patent misuse.
3. Failure to mark for either or both of the asserted patents.
4. Any other defenses relating to a limitation on damages under 35 U.S.C.


Robert C. Mattson
**Kramer LLP**
2121 Eisenhower Avenue
Suite 304
Alexandria, VA 22314
RMattson@KramerLLP.com
703-585-6188