# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00689-JRG-RSP<br>(Member Case) |

**DECLARATION OF ROBERT F. KRAMER**

2

I, Robert F. Kramer, hereby declare as follows:

1.    I am a partner at Kramer LLP and counsel for Plaintiff RavenWhite Licensing, LLC ("Plaintiff" or "RavenWhite") in this action. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment on Walmart's Fifth Defense on the Limitation of Damages Under 35 U.S.C. § 287(a).

2.    I have personal knowledge of the facts set forth herein and would testify competently to them if called as a witness.

3.    On May 26, 2026, counsel for RavenWhite observed that Walmart's FAC raised a number of defenses that appeared to be boilerplate. Counsel for RavenWhite emailed Walmart's counsel, asking Walmart to confirm whether it intended to maintain those defenses, including the defense of marking. To date, Walmart has not responded to RavenWhite's request.

4.    Upon information and belief, Walmart has not identified or articulated any unmarked product(s) that it believes practices or embodies the '832 Patent.

5.    The Settlement and License Agreement bearing production number RW00007584 was produced to Walmart on March 25, 2025, and used as Exhibit 23 during Dr. Jakobsson's deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 30, 2026                      */s/ Robert F. Kramer*
                                          Robert F. Kramer

3