**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No.  2:24-cv-00688-JRG-RSP |
| | (Lead Case) |
| THE HOME DEPOT, INC., *et al.*, | |
| Defendants. | |
| | |
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | Case No.  2:24-cv-00689-JRG-RSP |
| | (Member Case) |
| v. | |
| WALMART INC., *et al.*, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
**ON WALMART'S FIFTH DEFENSE ON THE LIMITATION OF DAMAGES**
**UNDER 35 U.S.C. § 287(a)**

Before the Court is Plaintiff's Motion for Partial Summary Judgment on Walmart's Fifth

Defense on the Limitation of Damages Under 35 U.S.C. § 287(a) (the "Motion").  The Court,

having considered the Motion, hereby **GRANTS** this Motion.


**IT IS SO ORDERED.**

1