# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:23-cv-00423 |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| THE HOME DEPOT, INC. and | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendants. | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff RavenWhite Licensing LLC ("RavenWhite" or "Plaintiff") brings this patent infringement action against The Home Depot, Inc. and Home Depot U.S.A., Inc. (collectively, "Home Depot" or "Defendants") based on information and belief, as follows:

## NATURE OF THE ACTION

1. This is a civil action for infringement of U.S. Patent Nos. 10,594,823 ("the '823 Patent") and U.S. Patent No. 11,562,402 ("the '402 Patent") (collectively, "the Patents-in-Suit"), attached hereto as Exhibit A and Exhibit B, under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

2. RavenWhite brings this patent infringement action to protect its valuable patented technology relating to (1) advanced machine-to-machine authentication technique that stores encoded information at a client device on the basis of network resource requests determined by a server; and (2) improved advertising systems that enable tiered bidding, cross-selling, and retargeting in online marketing systems.

**THE PARTIES**

3.      RavenWhite is a Delaware limited liability company with a principal place of business at 145 La Sandra Way, Portola Valley, CA 94028.

4.      Defendant The Home Depot, Inc. is a company organized under the laws of the State of Delaware with a principal place of business at 2455 Paces Ferry Rd. SE, Atlanta, GA 30339. The Home Depot, Inc. may be served through its registered agent for service, Corporation Service Company, located at 251 Little Falls Drive, Wilmington, DE 19808.

5.      Defendant Home Depot U.S.A., Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business located at 2455 Paces Ferry Road, Atlanta, Georgia 30339. Home Depot U.S.A., Inc. may be served through its registered agent for service, Corporation Service Company D/B/A/ CSC-Lawyers Incorporated, located at 211 E. 7th Street, Suite 620, Austin, TX 78701.

6.      Home Depot U.S.A., Inc. is a wholly owned subsidiary of The Home Depot, Inc. Home Depot U.S.A., Inc. operates Home Depot retail stores in the United States and the Home Depot retail website, www.homedepot.com. Home Depot U.S.A., Inc. is controlled and managed by The Home Depot, Inc. in connection with Defendants' infringing activities pleaded herein. Defendants function as an integrated organization and a single business enterprise in connection with those activities. Defendants hold themselves out as a single business enterprise in their advertising and in connection with the trademark "The Home Depot" in promoting the sale of products through Home Depot retail stores and homedepot.com, without any apparent distinction regarding which Defendant is offering or would deliver those products.

7.      Both Defendants have a direct financial interest in the infringing acts set forth herein. The assets, liabilities, income, and expenditures of Home Depot U.S.A., Inc. are included in the consolidated financial statements of The Home Depot, Inc.

# DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, RavenWhite demands a trial by jury for all issues so triable.

Dated: September 18, 2023

OF COUNSEL:

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti (*pro hac vice* pending)
CA Bar No. 220265
dalberti@krameralberti.com
Sal Lim (*pro hac vice* pending)
CA Bar No. 211836
slim@kramerablerti.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
Robert C. Mattson (*pro hac vice* pending)
VA Bar No. 43586
rmattson@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH LLP**
577 Airport Blvd., Suite 250
Burlingame, CA 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

/s/ *Deron R. Dacus*
Deron R. Dacus
**THE DACUS FIRM, P.C.**
Deron R. Dacus
Texas Bar No. 00790553
ddacus@dacusfirm.com
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). This document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 18th day of September 2023.

*/s/ Deron R. Dacus*
Deron R. Dacus