# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § | CASE NO. 2:24-CV-688-JRG-RSP |
| THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., | § § § § | (Lead Case) |
| *Defendants.* | § § | |
| RAVENWHITE LICENSING LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § | CASE NO. 2:24-CV-689-JRG-RSP |
| WALMART INC., WAL-MART STORES TEXAS, LLC, | § § § § | (Member Case) |
| *Defendants.* | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Ravenwhite Licensing LLC ("Plaintiff") and lead Defendants The Home Depot, Inc. and Home Depot U.S.A., Inc. ("Defendants"). (Dkt. No. 99.) In the Stipulation, the parties represent that the above-captioned lead case has been resolved and request dismissal of all of Plaintiff's claims asserted against Defendants WITH PREJUDICE, and dismissal of all of Defendants' defenses and counterclaims asserted against Plaintiff WITHOUT PREJUDUCE. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned lead case are **DISMISSED WITH PREJUDICE**, and all claims and causes of action asserted by Defendants against Plaintiff in the above-captioned lead case are **DISMISSED WITHOUT**

**PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**SIGNED this 23rd day of October, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE