# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

RAVENWHITE LICENSING LLC,

     *Plaintiff,*

v.

THE HOME DEPOT, INC., et al.

     *Defendants*.

Case No. 2:24-cv-00688-JRG-RSP
(Lead Case)

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Lift Stay. **Dkt. No. 102**. Having considered the Motion, the Court finds that it should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that the stay granted in this case (Dkt. No. 96) is hereby **LIFTED**.  A new DCO will be issued in due course.

    **SIGNED this 16th day of November, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE