**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No.  2:24-cv-00688-JRG-RSP (Lead Case) |
| THE HOME DEPOT, INC., *et al.*, | |
| Defendants. | |
| | |
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No.  2:24-cv-00689-JRG-RSP (Member Case) |
| WALMART INC., *et al.*, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE
OPINIONS OF EXPERT KEVIN C. ALMEROTH, PH.D**

Before the Court is Plaintiff RavenWhite Licensing LLC's Motion to Strike Opinions of Defendant Walmart Inc.'s Expert Kevin C. Almeroth, Ph. D.

Upon consideration and for good cause shown, the Court GRANTS the Plaintiff's Motion and ORDERS:

1.      Paragraphs 516-519 of Dr. Almeroth's Opening Report and paragraphs 535-554 of his Rebuttal Report are stricken.  Dr. Almeroth shall not offer at trial any opinion about the existence (or effect) of non-infringing alternatives to the asserted patents.

2.      Paragraphs 214, 485, and 542 of Dr. Almeroth's Opening Report and paragraphs 434-438 of his Rebuttal Report are stricken. Dr. Almeroth shall not offer at trial

any opinion related to the Home Depot Agreement beyond what is stated in paragraph 433 of his Rebuttal Report.

3.      Paragraphs 524-534 of Dr. Almeroth's Rebuttal Report are stricken.  Dr. Almeroth shall not offer at trial any opinion about the PayPal License Agreement or about whether the '003 patent is technically comparable to the asserted patents.

**IT IS SO ORDERED.**