**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT, INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00688-JRG-RSP <br> (Lead Case) |
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00689-JRG-RSP <br> (Member Case) |

**DECLARATION OF ROBERT F. KRAMER IN SUPPORT OF PLAINTIFF'S
MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT
TO JOIN PATENT OWNERS RAVENWHITE SECURITY, INC. AND
<u>SECURITY TECHNOLOGY, LLC AS CO-PLAINTIFFS</u>**

1

I, Robert F. Kramer, hereby declare as follows:

1.    I am a partner at Kramer LLP and counsel for Plaintiff RavenWhite Licensing, LLC ("Plaintiff" or "RavenWhite") in this action. I submit this declaration in support of Plaintiff's Motion for Leave to Amend First Amended Complaint to Join RavenWhite Security, Inc. and Security Technology, LLC as Co-Plaintiffs. I have personal knowledge of the facts set forth herein and would testify competently to them if called as a witness.

2.    Kramer LLP is counsel for RavenWhite Security, Inc. and Security Technology, LLC, and represents them with respect to this action.

3.    Attached hereto as **Exhibit A** is a true and correct copy of RavenWhite's proposed Second Amended Complaint, with redlined changes from the First Amended Complaint.

4.    Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the Exclusive Patent License Agreement relating to U.S. Patent No. 11,562,402, bearing Bates numbers RW00006994-7003.

5.    Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the First Amended and Restated Exclusive Patent License Agreement relating to U.S. Patent No. 10,594,823, bearing Bates numbers RW00007544-7553.

6.    Attached hereto as **Exhibit D** is a true and correct copy of an email chain between counsel for RavenWhite and counsel for Walmart, dated from June 10, 2026 to June 20, 2026.

7.    Attached hereto as **Exhibit E** is a true and correct copy of excerpts of a letter from Henry Fildes to Robert Mattson, dated December 12, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

3

Dated: July 1, 2026

/s/ Robert F. Kramer
Robert F. Kramer