**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT, INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00688-JRG-RSP <br> (Lead Case) |
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00689-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT TO JOIN
RAVENWHITE SECURITY, INC. AND SECURITY TECHNOLOGY, LLC
AS CO-PLAINTIFFS**

Before the Court is Plaintiff RavenWhite Licensing LLC's Motion for Leave to Amend First Amended Complaint to Join RavenWhite Security, Inc. and Security Technology, LLC as Co-Plaintiffs.

After due consideration, the Court **GRANTS** the motion.  Accordingly, the Court accepts Plaintiff's Second Amended Complaint as filed. RavenWhite Security, Inc. and Security Technology, LLC are joined to this action as co-Plaintiffs.