# EXHIBIT 3



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*April 09, 2024*

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *15/706,556*
FILING DATE: *September 15, 2017*
PATENT NUMBER: *10594823*
ISSUE DATE: *March 17, 2020*



Certified by

*Kathi*

Performing the Functions and Duties of the
Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

RW00001748

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application No.: | 15/706,556 | Examiner: | Clayton R. Williams |
| Filed: | September 15, 2017 | Art Unit: | 2457 |
| Confirmation No.: | 4758 | Docket No.: | RAVEP002C3 |
| First Inventor: | Bjorn Markus Jakobsson | | |
| Title: | METHOD AND APPARATUS FOR STORING INFORMATION IN A BROWSER STORAGE AREA OF A CLIENT DEVICE | | |

### TERMINAL DISCLAIMER UNDER 37 C.F.R. § 1.321 TO OBVIATE AN OBVIOUSNESS-TYPE DOUBLE PATENTING REJECTION

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Applicant(s), RavenWhite Security, Inc., the owner(s) of the entire interest in the above-identified application hereby disclaim(s), except as provided below, the terminal part of the statutory term of any patent granted on the above-identified application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 and 173 of prior United States Patent No. 8,930,549 (hereafter "prior patent"), as presently shortened by any terminal disclaimer. The applicant(s)/owner(s) hereby agree(s) that any patent so granted on the above-identified application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the above-identified application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the applicant(s)/owner(s) do(es) not disclaim the terminal part of any patent granted on the above-identified application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent

Application Serial No. 15/706,556
Attorney Docket No. RAVEP002C3                    1

jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. 1.321, has all claims canceled by a reexamination certificate, is reissued or is in any matter terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

The undersigned is an agent or attorney of record.

Please charge Deposit Account No. 50-0685 (RAVEP002C3) in the amount of $160.00 to cover the fee.  If the required fees are missing or any additional fees are required during the pendency of the subject application, please charge such fees or credit any overpayment to Deposit Account No. 50-0685 (Order No. RAVEP002C3).

Respectfully submitted,

Dated: October 9, 2019      /Yeu-Ting George Cheng/

                 Yeu-Ting George Cheng
                 Registration No.  69408
                 408-207-4765

VAN PELT, YI & JAMES LLP
10050 N. Foothill Blvd., Suite 200
Cupertino, CA 95014
Fax 408-973-2595

Application Serial No.  15/706,556
Attorney Docket No.  RAVEP002C3     2

RW00002043

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| Application No.: | 15/706,556 | Examiner: | Clayton R. Williams |
|---|---|---|---|
| Filed: | September 15, 2017 | Art Unit: | 2457 |
| Confirmation No.: | 4758 | Docket No.: | RAVEP002C3 |
| First Inventor: | Bjorn Markus Jakobsson | | |
| Title: | METHOD AND APPARATUS FOR STORING INFORMATION IN A BROWSER STORAGE AREA OF A CLIENT DEVICE | | |

### TERMINAL DISCLAIMER UNDER 37 C.F.R. § 1.321 TO OBVIATE AN OBVIOUSNESS-TYPE DOUBLE PATENTING REJECTION

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Applicant(s), RavenWhite Security, Inc., the owner(s) of the entire interest in the above-identified application hereby disclaim(s), except as provided below, the terminal part of the statutory term of any patent granted on the above-identified application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 and 173 of any patent granted on United States Patent Application No. 14/560,906 (hereafter "other patent application"), as presently shortened by any terminal disclaimer. The applicant(s)/owner(s) hereby agree(s) that any patent so granted on the above-identified application shall be enforceable only for and during such period that it and the other patent application are commonly owned. This agreement runs with any patent granted on the above-identified application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the applicant(s)/owner(s) do(es) not disclaim the terminal part of any patent granted on the above-identified application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of any patent granted on the other patent application, as presently shortened by any terminal disclaimer, in the

RW00002044

event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. 1.321, has all claims canceled by a reexamination certificate, is reissued or is in any matter terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

The undersigned is an agent or attorney of record.

Please charge Deposit Account No. 50-0685 (RAVEP002C3) in the amount of $160.00 to cover the fee. If the required fees are missing or any additional fees are required during the pendency of the subject application, please charge such fees or credit any overpayment to Deposit Account No. 50-0685 (Order No. RAVEP002C3).

Respectfully submitted,

Dated: October 9, 2019

/Yeu-Ting George Cheng/
Yeu-Ting George Cheng
Registration No. 69408
408-207-4765

VAN PELT, YI & JAMES LLP
10050 N. Foothill Blvd., Suite 200
Cupertino, CA 95014
Fax 408-973-2595

Application Serial No. 15/706,556
Attorney Docket No. RAVEP002C3                2

RW00002045

## Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 37414415 |
| Application Number: | 15706556 |
| International Application Number: | |
| Confirmation Number: | 4758 |
| Title of Invention: | METHOD AND APPARATUS FOR STORING INFORMATION IN A BROWSER STORAGE AREA OF A CLIENT DEVICE |
| First Named Inventor/Applicant Name: | Bjorn Markus Jakobsson |
| Customer Number: | 21912 |
| Filer: | Yeu-Ting George Cheng/Elaine Nguyen |
| Filer Authorized By: | Yeu-Ting George Cheng |
| Attorney Docket Number: | RAVEP002C3 |
| Receipt Date: | 09-OCT-2019 |
| Filing Date: | 15-SEP-2017 |
| Time Stamp: | 18:29:54 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $760 |
| RAM confirmation Number | E201909I30172211 |
| Deposit Account | 500685 |
| Authorized User | Elaine Nguyen |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

37 CFR 1.16 (National application filing, search, and examination fees)

37 CFR 1.17 (Patent application and reexamination processing fees)

RW00002048

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Amendment/Req. Reconsideration-After Non-Final Reject | RAVEP002C3_AMD_D.pdf | 131260<br>55c0a8f329680b757c736033c07930c546a46c71 | no | 10 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Terminal Disclaimer Filed | RAVEP002C3_TD_8930549.pdf | 80660<br>b3a575d43135e070c0157db288c8a5731f543468 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Terminal Disclaimer Filed | RAVEP002C3_TD_14560906.pdf | 80680<br>0b5a8e5d32023a7e675066f4bec4934e7933204e | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 32858<br>1acad1d138c4cd06482d38df642d1c56705dd275 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | Total Files Size (in bytes): | 325458 | | |

RW00002049

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

RW00002050