# EXHIBIT 4

US010594823B1

## (12) United States Patent
Jakobsson et al.

(10) Patent No.: **US 10,594,823 B1**
(45) Date of Patent: **\*Mar. 17, 2020**

(54) **METHOD AND APPARATUS FOR STORING INFORMATION IN A BROWSER STORAGE AREA OF A CLIENT DEVICE**

(71) Applicant: **RavenWhite Security, Inc.**, Menlo Park, CA (US)

(72) Inventors: **Bjorn Markus Jakobsson**, Portola Valley, CA (US); **Ari Juels**, Brookline, MA (US)

(73) Assignee: **RavenWhite Security, Inc.**, Menlo Park, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/706,556**

(22) Filed: **Sep. 15, 2017**

### Related U.S. Application Data

(63) Continuation of application No. 14/560,906, filed on Dec. 4, 2014, which is a continuation of application
(Continued)

(51) **Int. Cl.**
*H04L 29/08* (2006.01)
*H04L 29/06* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ...... *H04L 67/2842* (2013.01); *G06F 16/9566* (2019.01); *G06F 16/9574* (2019.01); *H04L 67/02* (2013.01); *H04L 67/42* (2013.01)

(58) **Field of Classification Search**
CPC ... H04L 67/00–42; G06F 17/30–30861; G06F 16/95–9574
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,691,299 A     9/1987   Rivest
6,314,492 B1   11/2001   Allen
(Continued)

OTHER PUBLICATIONS

Electronic Privacy Information Center, "Local Shared Objects—'Flash Cookies'", Jul. 21, 2005, https://epic.org/privacy/cookies/flash.html, pp. 1-3 (Year: 2005).*
(Continued)

*Primary Examiner* — Clayton R Williams
(74) *Attorney, Agent, or Firm* — Van Pelt, Yi & James LLP

(57)     **ABSTRACT**

Disclosed is a method and apparatus for performing steps to cause encoded information to be stored at a client device during a first network session between a server and the client device. To cause encoded information to be stored at a client device, the server first determines a set of network resource requests that encode the information. These network resource requests may include requests for one or more specific URLs and/or requests for one or more files. The server then causes the client device to initiate the network resource requests. The server may cause this initiation by, for example, redirecting the client device to the network resources. The client device initiating the network resource requests causes data representative of the network resource requests to be stored at the client device.

**10 Claims, 4 Drawing Sheets**



ESTABLISH A FIRST NETWORK SESSION WITH CLIENT DEVICE — 150

ASSOCIATE INFORMATION WITH CLIENT DEVICE — 155

DETERMINE A SET OF NETWORK RESOURCE REQUESTS THAT ENCODE THE INFORMATION — 160

CAUSE THE CLIENT DEVICE TO INITIATE THE NETWORK RESOURCE REQUESTS, RESULTING IN DATA BEING STORED AT CLIENT DEVICE — 165

END FIRST NETWORK SESSION WITH CLIENT — 180

ESTABLISH A SECOND NETWORK SESSION WITH CLIENT DEVICE — 185

"READ" DATA STORED AT CLIENT DEVICE — 190

RW00002138