# EXHIBIT 7

US011562402B2

(12) **United States Patent**     (10) **Patent No.:**     **US 11,562,402 B2**
Jakobsson     (45) **Date of Patent:**     *Jan. 24, 2023

(54) **ADVERTISING MODEL**

(71) Applicant: **RightQuestion, LLC**, Portola Valley, CA (US)

(72) Inventor: **Bjorn Markus Jakobsson**, Portola Valley, CA (US)

(73) Assignee: **RightQuestion, LLC**, Portola Valley, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 141 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/201,306**

(22) Filed: **Mar. 15, 2021**

(65) **Prior Publication Data**

US 2021/0312507 A1     Oct. 7, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/538,463, filed on Aug. 12, 2019, now Pat. No. 10,977,696, which is a continuation of application No. 13/682,634, filed on Nov. 20, 2012, now Pat. No. 10,438,246.

(60) Provisional application No. 61/562,235, filed on Nov. 21, 2011.

(51) **Int. Cl.**
 *G06Q 30/02*     (2012.01)

(52) **U.S. Cl.**
 CPC ................................ *G06Q 30/0273* (2013.01)

(58) **Field of Classification Search**
 CPC ................................................. G06Q 30/0273
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,698,331 B2 | 4/2010 | Carson, Jr. | |
| 7,941,383 B2 * | 5/2011 | Heck ..................... | G06F 16/954 |
| | | | 706/21 |
| 8,271,413 B2 | 9/2012 | Agarwal | |
| 8,396,737 B2 * | 3/2013 | Lakshminarayan .. | G06F 16/951 |
| | | | 705/7.29 |
| 8,473,500 B2 | 6/2013 | Baluja | |
| 8,572,011 B1 | 10/2013 | Sculley, II | |
| 8,577,726 B1 | 11/2013 | Betz | |
| 8,781,896 B2 * | 7/2014 | LeBlanc ........... | G06Q 30/0255 |
| | | | 705/14.42 |
| 2001/0014868 A1 | 8/2001 | Herz | |
| 2006/0212350 A1 | 9/2006 | Ellis | |

(Continued)

OTHER PUBLICATIONS

Britannica Concise Encyclopedia, Encyclopedia Britannica, 2006, p. 537.

(Continued)

*Primary Examiner* — Michael I Ezewoko
(74) *Attorney, Agent, or Firm* — Van Pelt, Yi & James LLP

(57)     **ABSTRACT**

Tiered advertisement bidding is disclosed. One or more quality metrics associated with a user profile are determined. An advertisement bid is selected from a plurality of tiered bids based at least in part on the determined quality metrics. Determining the quality metrics can include determining a conversion assessment. Determining the quality metric can also include determining whether a need associated with a user profile has been met for a category. In some cases, persona detection is performed with respect to the user profile.

**19 Claims, 7 Drawing Sheets**



500

502 — Perform persona detection based on user interactions with a device

504 — Select user profile based on performed persona detection

506 — Determine quality assessment based on selected user profile

RW00006897