# EXHIBIT 8



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 25, 2024

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON

*August 22, 2023*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Paula Smith
Certifying Officer

RW00007510

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT8126324

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| SECURITYINNOVATION LLC | 08/21/2023 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | SECURITY TECHNOLOGY, LLC |
| Street Address: | 7 EAST 20TH STREET #12F |
| City: | NEW YORK |
| State/Country: | NEW YORK |
| Postal Code: | 10003 |

### PROPERTY NUMBERS Total: 11

| Property Type | Number |
|---|---|
| Application Number: | 61371565 |
| Patent Number: | 9137238 |
| Application Number: | 14821497 |
| Application Number: | 61562235 |
| Patent Number: | 10438246 |
| Patent Number: | 10977696 |
| Patent Number: | 11562402 |
| Application Number: | 18087244 |
| Application Number: | 62405745 |
| Patent Number: | 10747878 |
| Application Number: | 16926546 |

### CORRESPONDENCE DATA

| | |
|---|---|
| Fax Number: | (408)973-2595 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 4089732585 |
| Email: | kwhitlow@ip-patent.com |
| Correspondent Name: | VAN PELT, YI & JAMES LLP |
| Address Line 1: | 10050 N. FOOTHILL BLVD. |
| Address Line 2: | SUITE 200 |
| Address Line 4: | CUPERTINO, CALIFORNIA 95014 |

| ATTORNEY DOCKET NUMBER: | SECUG000 |
|---|---|
| NAME OF SUBMITTER: | ROBYN WAGNER |
| SIGNATURE: | /Robyn Wagner/ |
| DATE SIGNED: | 08/22/2023 |

**Total Attachments: 3**

source=SecurityInnovation LLC to Security Technology LLC Executed Assignment#page1.tif

source=SecurityInnovation LLC to Security Technology LLC Executed Assignment#page2.tif

source=SecurityInnovation LLC to Security Technology LLC Executed Assignment#page3.tif

**PATENT**
**REEL: 064664 FRAME: 0154**

RW00007512

DocuSign Envelope ID: B8C14224-FE79-444B-9CDE-5C7499B73390

## PATENT ASSIGNMENT

SecurityInnovation LLC, a California corporation having a place of business at 7 East 20th Street #12F, New York, NY 10003 ("Assignor"), certifies that to the best of Assignor's knowledge and belief it is the sole assignee of each of the patent application(s) and patent(s) listed in Exhibit A.

SecurityInnovation LLC hereby:

1)      Assigns and transfers to Security Technology, LLC, a Delaware corporation having a place of business at 7 East 20th Street #12F, New York, NY 10003  ("Assignee"), the entire worldwide right, title, and interest in and to: (a) the above referenced patent application(s) and patent(s); (b) any application to which the above referenced patent application(s) and patent(s) claim priority and any application at least in part based upon the above referenced patent application(s) and patent(s); (c) all provisional, utility, divisional, continuation, continuation-in-part, substitute, renewal, reissue, and other applications related thereto which have been or may be filed in the United States or elsewhere in the world; (d) all patents (including reissues and re-examinations) which may be granted on the applications set forth in (a), (b), and (c) above; (e) any and all improvements and inventions disclosed in (a), (b), (c), and (d) above; (f) all rights of priority in the above referenced patent application(s) and patent(s) and in any underlying provisional or foreign application, together with all rights to recover damages for infringement of any provisional rights; and (g) all claims for past, present and future infringement of any of the above referenced patent(s), including all rights to sue for and to receive and recover for the Security Technology, LLC's own use all past, present, and future lost profits, royalties, and damages of whatever nature recoverable from an infringement of any of the above referenced patent(s).

2)      Authorizes and requests the Commissioner of Patents to issue any and all Letters Patents resulting from patent applications claiming priority to or otherwise related to any of the above referenced patent application(s) and patent(s) including any divisional(s), continuation(s), continuation(s)-in-part, substitutes(s), reissue(s), or other related application(s) thereof, which may have been or may be filed in the United States or elsewhere in the world, to Security Technology, LLC.

RW00007513

Signed on the date(s) indicated beside my (our) signature(s).

SecurityInnovation LLC

By

*Bjorn Markus Jakobsson*
Bjorn Markus Jakobsson

Manager
Title

2023/08/21
Date

Security Technology, LLC

By

*Bjorn Markus Jakobsson*
Bjorn Markus Jakobsson

Manager
Title

2023/08/21
Date

**PATENT
REEL: 064664 FRAME: 0156**

RW00007514

DocuSign Envelope ID: B8C14224-FE79-444B-9CDE-5C7499B73390

EXHIBIT A

| Application# / Patent# | Title |
|---|---|
| 61/371,565 | SECURE ERROR-CORRECTING PASS-SEQUENCES |
| 9,137,238 | PASS-SEQUENCES |
| 14/821,497 | PASS-SEQUENCES |
| 61/562,235 | ADVERTISING SYSTEM |
| 10,438,246 | ADVERTISING MODEL |
| 10,977,696 | ADVERTISING MODEL |
| 11,562,402 | ADVERTISING MODEL |
| 18/087,244 | ADVERTISING MODEL |
| 62/405,745 | RAPID VERIFICATION OF EXECUTING PROCESSES |
| 10,747,878 | RAPID VERIFICATION OF EXECUTING PROCESSES |
| 16/926,546 | RAPID VERIFICATION OF EXECUTING PROCESSES |

**PATENT**
**REEL: 064664 FRAME: 0157**

**RECORDED: 08/22/2023**

RW00007515