# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT, INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00688-JRG-RSP <br> (Lead Case) |
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00689-JRG-RSP <br> (Member Case) |

**DECLARATION OF ROBERT F. KRAMER IN**
**SUPPORT OF PLAINTIFF'S OPPOSITION TO WALMART'S**
**MOTION FOR SUMMARY JUDGMENT OF NON-ENFORECEABILITY OF THE**
**ASSERTED PATENTS AND LACK OF ARTICLE III STANDING**

1

I, Robert F. Kramer, hereby declare as follows:

1.      I am a partner at Kramer LLP and counsel for Plaintiff RavenWhite Licensing, LLC ("Plaintiff" or "RavenWhite") in this action. I submit this declaration in support of Plaintiff's Opposition to Walmart's Motion for Summary Judgment of Non-Enforceability of the Asserted Patents and Lack of Article III Standing ("the Opposition"). I have personal knowledge of the facts set forth herein and would testify competently to them if called as a witness.

2.      **Exhibit 1** to the Opposition is a copy of the Exclusive Patent License Agreement between RavenWhite Security, Inc. and RavenWhite Licensing LLC bearing Bates numbers RW00006994-7003.  RavenWhite produced this document to Walmart on or about May 13, 2024.

3.      **Exhibit 2** to the Opposition is a copy of the First Amended and Restated Exclusive Patent License Agreement between Security Technology LLC and RavenWhite Licensing LLC bearing Bates numbers RW00007544-7553. RavenWhite produced this document to Walmart on or about November 15, 2024.

4.      **Exhibit 3** to the Opposition is a copy of terminal disclaimers filed in Application No. 15/706,556 bearing Bates numbers RW00001748, RW00002042-2050.  These terminal disclaimers are publicly available documents and RavenWhite produced them to Walmart on or about April 23, 2024, when it produced the prosecution histories for the Asserted Patents.

5.      **Exhibit 5** to the Opposition is a copy of terminal disclaimers filed in Application No. 17/201,306 bearing Bates numbers RW00005886, RW00005980-5986.  These terminal disclaimers are publicly available documents, and RavenWhite produced them to Walmart on or about April 23, 2024, when it produced the prosecution histories for the Asserted Patents.

6.      **Exhibit 9** to the Opposition is a true and correct copy of an email chain between counsel for RavenWhite and counsel for Walmart, dated from June 10, 2026, to June 20, 2026.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 9, 2026                                              */s/ Robert F. Kramer*
                                                                Robert F. Kramer