# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT, INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00688-JRG-RSP <br> (Lead Case) |
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00689-JRG-RSP <br> (Member Case) |

## ORDER DENYING WALMART'S MOTION FOR SUMMARY JUDGMENT OF NON-ENFORECEABILITY OF THE ASSERTED PATENTS AND LACK OF ARTICLE III STANDING

Before the Court is Walmart's Motion for Summary Judgment of Non-Enforceability of the Asserted Patents and Lack of Article III Standing (the "Motion"). The Court, having considered the Motion, hereby **DENIES** this motion.

**IT IS SO ORDERED.**