IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff*, | § | *(Lead Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff*, | § | *(Member Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**DECLARATION OF AMANDA WOODALL IN SUPPORT OF WALMART'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON WALMART'S FIFTH DEFENSE ON THE LIMITATION OF DAMAGES UNDER 35 U.S.C. § 287(a) (Dkt. 184)**

I, Amanda Woodall, declare as follows:

1.  My name is Amanda Woodall. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein. I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2.  I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case. I am submitting this declaration in support of Walmart's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment on Walmart's Fifth Defense on the Limitation of Damages Under 35 U.S.C. § 287(a) (Dkt. 184) (the "Response").

1

3.     Attached as **Exhibit A** is a true and correct copy of excerpts taken from Defendants Walmart Inc.'s and Wal-Mart Stores Texas, LLC's Initial and Additional Disclosures, dated December 6, 2024.

4.     Attached as **Exhibit B** is a true and correct copy of excerpts taken from Plaintiff's First Supplemental Responses and Objections to the Walmart Defendants' First Set of Interrogatories (Nos. 1-23), dated May 12, 2026, related to Interrogatory No. 9.

5.     Attached as **Exhibit C** is a true and correct copy of excerpts taken from Plaintiff's Corrected Notice of Deposition to the Walmart Defendants Pursuant to Fed. R. Civ. P. 30(b)(6), dated March 6, 2026.

6.     Attached as **Exhibit D** is a true and correct copy of excerpts taken from the deposition of Mr. Shankara Bhargava, dated April 28, 2026.

7.     Attached as **Exhibit E** is a true and correct copy of the cover document of Plaintiff's First Supplemental Disclosure of Asserted Claims and Infringement Contentions to Walmart Defendants (P.R. 3-1), dated February 26, 2025.

8.     Attached as **Exhibit F** is a true and correct copy of excerpts taken from Exhibit 2 to Plaintiff's First Supplemental Disclosure of Asserted Claims and Infringement Contentions to Walmart Defendants (P.R. 3-1), dated February 26, 2025.

9.     Attached as **Exhibit G** is a true and correct copy of Exhibit G to the Expert Report of Dr. Hugh Smith Relating to Infringement by Walmart of U.S. Patent Nos. 10,594,823 and 11,562,402, dated May 21, 2026.

10.     Attached as **Exhibit H** is a true and correct copy of excerpts taken from the deposition of Ms. Bhanu Bhardwaj, dated April 14, 2026.

11.     Attached as **Exhibit I** is a true and correct copy of excerpts taken from the Expert Report of Dr. Hugh Smith Relating to Infringement by Walmart of U.S. Patent Nos. 10,594,823 and 11,562,402, dated May 21, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on July 14, 2026.

Amanda Woodall