# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br>*Plaintiff*,<br><br>v.<br><br><br>THE HOME DEPOT, INC., et al<br>*Defendants*. | Civil Action No. 2:24-cv-00688-JRG-RSP<br><br>**LEAD CASE** |
| RAVENWHITE LICENSING LLC,<br>*Plaintiff*,<br>v.<br>WALMART INC., et al<br>*Defendants*. | Civil Action No. 2:24-cv-00689-JRG-RSP<br><br>**MEMBER CASE**<br><br><br>JURY TRIAL DEMANDED |

### DEFENDANTS WALMART INC.'S AND WAL-MART STORES TEXAS, LLC'S INITIAL AND ADDITIONAL DISCLOSURES

Pursuant to the Parties Joint Motion for Entry of Agreed Discovery Order (ECF No. 42) and the Docket Control Order (ECF No. 43) in the Lead Case, Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Defendants" or "Walmart"), by and through their undersigned attorneys, make the following initial and additional disclosures of information to Plaintiff RavenWhite Licensing, LLC ("Plaintiff" or "RavenWhite") based on the information reasonably available to Walmart at this time.  The investigation is ongoing, however, and Walmart expressly reserves the right to supplement these disclosures and to produce, during core discovery or at trial, additional information, or documents that are: (i) subsequently discovered; (ii) subsequently determined to be relevant for any purpose; or (iii) subsequently discovered to have been omitted for any reason from these disclosures.  Walmart's disclosures are made without

1615075579

**Non-infringement.**  Walmart has not directly or indirectly infringed, either literally or under the doctrine of equivalents, any valid and enforceable claim of any of U.S. Patent Nos. 10,594,823 ("'823 patent") and 11,562,402 ("'402 patent) (collectively, the "Patents-in-Suit").  Walmart does not manufacture, use, sell, or offer to sell in the United States, or import into the United States, any product that includes each and every element of any asserted claim of the Patents-in-Suit, or an equivalent, to the extent that Plaintiff is entitled to any equivalent.  Specifically, accused Walmart products (and the operation thereof) are missing or do not perform one or more elements or steps required by the asserted claims of the Patents-in-Suit.  Further, Walmart products have substantial non-infringing uses.  Walmart also does not contribute to or induce another's infringement, and Walmart has no intent to induce any alleged infringement.  Moreover, at least because Walmart cannot be liable for infringement of any claims, Walmart cannot be liable for willfully infringing the Patents-in-Suit.

**Invalidity.**  The asserted claims of the Patents-in-Suit are invalid under 35 U.S.C. §§ 101, 102, 103, 112, 116, 251 and/or 282.  Walmart will provide detailed invalidity contentions, prior art, and expert reports on invalidity in the time and manner provided in the Patent Rules for the Eastern District of Texas and the Court's scheduling orders.

**Limitation on Damages.**  To the extent Plaintiff is entitled to any recovery under the Patents-in-Suit, Plaintiff's recovery is limited under 35 U.S.C. § 286 and because of Plaintiff's failure to comply with § 287 and/or § 288.

**Express License, Implied License, and Patent Exhaustion.**  Plaintiff's claims of infringement are barred or limited to the extent that any allegedly infringing products or components thereof are supplied, directly or indirectly, to Walmart or are imported, sold by,

3

1615075579

Defendants do not infringe the Patents-in-Suit and deny that Plaintiff is entitled to any relief in this litigation. Plaintiff has not yet provided any specific claim of damages or damages theory. Defendants will rely on a damages expert and, thus, reserve the ability to respond to and/or rebut Plaintiff's damages claims and theories at the appropriate time, which may occur during expert discovery. Further, Defendants reserve the ability to specify an assessment of attorneys' fees it may seek pursuant to 35 U.S.C. § 285.

Dated: December 6, 2024                                    Respectfully submitted,

                                                           /s/ *Kathryn Riley Grasso*
                                                           Kathryn Riley Grasso (pro hac vice)
                                                           Henry R. Fildes (pro hac vice)
                                                           DLA PIPER LLP (US)
                                                           500 Eighth Street NW
                                                           Washington, DC 20004
                                                           Tel: (202) 799-4000
                                                           Fax: (202) 799-5000
                                                           kathryn.riley@us.dlapiper.com
                                                           henry.fildes@us.dlapiper.com

                                                           Eric H. Findlay
                                                           Texas Bar No. 00789886
                                                           Brian Craft
                                                           Texas Bar No. 04972020
                                                           FINDLAY CRAFT, P.C.
                                                           7270 Crosswater Ave., Suite B
                                                           Tyler, TX 75703
                                                           Tele: 903 534-1100
                                                           Fax: 903 534-1137
                                                           bcraft@findlaycraft.com
                                                           efindlay@findlaycraft.com

                                                           Clayton Thompson (pro hac vice)
                                                           DLA PIPER LLP (US)
                                                           1201 W Peachtree St NW, Ste 2900
                                                           Atlanta, GA 30309-3800
                                                           Tel: (404) 736-7800
                                                           clayton.thompson@us.dlapiper.com

                                                           Benjamin Yaghoubian (pro hac vice)

13

1615075579

Tessa Duxbury (pro hac vice)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Ste 400, N. Tower
Los Angeles, CA 90067-4704
Tel: (310) 595-3000
benjamin.yaghoubian@us.dlapiper.com
tessa.duxbury@us.dlapiper.com
Attorneys for Defendants
Walmart Inc. and Wal-Mart Stores Texas, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th of December 2024, a copy of the foregoing was served on Plaintiff's counsel via electronic mail.

/s/ *Kathryn Riley Grasso*
Kathryn Riley Grasso
DLA Piper LLP (US)

14