# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> THE HOME DEPOT, INC., et al., <br><br> *Defendants*. | Civil Action No. 2:24-cv-00688-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| RAVENWHITE LICENSING LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> WALMART INC., et al., <br><br> *Defendants*. | Civil Action No. 2:24-cv-00689-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S CORRECTED NOTICE OF DEPOSITION
TO THE WALMART DEFENDANTS PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that, Pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Plaintiff RavenWhite Licensing LLC ("RavenWhite") shall take the oral deposition of

Walmart, Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") by one or more of each

defendant's officers, directors, managing agents, or other persons designated by Walmart, who are

most qualified, knowledgeable, and competent to testify on its behalf as to all matters known or

reasonably available to Walmart with respect to the Topics identified below. Defendants are

requested to identify each person so designated and to set forth the matters on which that person

will testify at least five business days before the deposition. The deposition will begin at a time

and date mutually agreed upon by the parties. The deposition will be conducted via Zoom

1

80. The manner by which You determined the prices, quantities, features, performance goals, attributes, and other characteristics of the Accused Instrumentalities, including the factors that contributed thereto, including with respect to the Accused Functionality.

## Invalidity

81. The facts and circumstances concerning Your involvement in the conception, reduction to practice, public disclosure, use, offer for sale, or sale of any prior art identified in Your Invalidity Contentions.

## This Litigation

82. The facts and circumstances relating to any affirmative defenses asserted by Defendants, including the identification of all evidence that Defendants intend to rely on to support any affirmative defenses.

83. Your responses to RavenWhite's interrogatories.

84. The existence, location, and authenticity of documents, electronic files, databases, and other tangible things relating to or containing information relating to the foregoing topics, including without limitation, the circumstances and Defendants' practices regarding the creation and retention of such documents, electronic files, databases, and other tangible things.

85. The efforts undertaken to collect, organize, make available for inspection, and produce documents and information relating to the structure, design, testing, manufacture, architecture, implementation, operation, and function of the Accused Products, including with respect to the Accused Functionality.

86. Defendants' policies and/or procedures for creating and retaining records, including without limitation, all documents relating to Defendants' practice, policy, or procedure for the retention of documents and/or classes or categories of documents.

87. The identity and location of all documents reviewed, relied upon, or consulted in preparation for testimony concerning the foregoing topics.

88. The identification of documents, evidence, and identity of the persons involved in and most knowledgeable about the subject matter of the foregoing topics.

Dated: March 6, 2026

/s/ *Robert F. Kramer*

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@krameralberti.com
David Alberti
CA Bar No. 220265 (Admitted E.D. Texas)
dalberti@krameralberti.com
Sal Lim
CA Bar No. 211836 (Admitted E.D. Texas)
slim@krameralberti.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@krameralberti.com
Robert C. Mattson (*pro hac vice*)
VA Bar No. 43568
rmattson@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH LLP**
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel: 650 825-4300
Fax: 650 460-8443

Nicole Glauser
Texas State Bar No. 24050694
nglauser@krameralberti.com
**KRAMER ALBERTI LIM
& TONKOVICH LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Tel: (737) 256-7784
Fax: (650) 460-8443

Andrea L. Fair
Texas Bar No. 24078488

15

andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Tel: (903) 757-6400
Fax: (903) 757-2323

*Attorneys for Plaintiff*
*RavenWhite Licensing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, a true and correct copy of the foregoing was served on all counsel of record via electronic mail.

/s/ *Robert F. Kramer*

16