IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff*, | § | *(Lead Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff*, | § | *(Member Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**DECLARATION OF MICHAEL MCBRIDE IN SUPPORT OF WALMART'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT TO JOIN RAVENWHITE SECURITY, INC. AND SECURITY TECHNOLOGY, LLC AS CO-PLAINTIFFS (Dkt. 187)**

I, Michael McBride, declare as follows:

1.   My name is Michael McBride. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein.  I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2.   I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case.  I am submitting this declaration in support of Walmart's Response in Opposition to Plaintiff's Motion for Leave to Amend First Amended Complaint to Join RavenWhite Security, Inc. and Security Technology, LLC as Co-Plaintiffs (Dkt. 184) (the "Response").

1

3.    Attached as **Exhibit 1** is a true and correct copy of a document produced in this litigation as RW00006994.

4.    Attached as **Exhibit 2** is a true and correct copy of a document produced in this litigation as RW00007004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on July 16, 2026.

Michael McBride

2