**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | |
| *Plaintiff,* | § § | CASE NO. 2:24-CV-00688-JRG-RSP |
| v. | § § | (*Lead Case*) |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | |
| *Plaintiff,* | § § § | CASE NO. 2:24-cv-00689-JRG-RSP (*Member Case*) |
| v. | § § § | |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

**DECLARATION OF BLAINE A. LARSON IN SUPPORT OF
DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
TO STRIKE OPINIONS OF DR. KEVIN ALMEROTH**

I, Blaine A. Larson, declare as follows:

1.      I am a partner with the law firm of Heim, Payne & Chorush, which represents Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.      Exhibit 1 is a true and correct excerpt of the Expert Report of Dr. Hugh Smith Relating to Infringement by Walmart of U.S. Patent Nos. 10,594,823 and 11,562,402, dated May

21, 2026, designated "Restricted Attorneys' Eyes Only – Restricted Confidential Source Code".

3.      Exhibit 2 is a true and correct excerpt of the deposition transcript of Kevin C. Almeroth, Ph.D., dated July 1, 2026, designated as "Confidential-Attorneys' Eyes Only".

4.      Exhibit 3 is a true and correct excerpt of the deposition transcript of Mark Holmes, dated May13, 2026.

5.      Exhibit 4 is a true and excerpt to the Expert Report of Roy Weinstein, dated May 21, 2026, designated "Confidential-Attorneys' Eyes Only".

6.      Exhibit 5 is a true and correct excerpt of the deposition transcript of David Haas, dated June 30, 2026, designated "Confidential-Attorneys' Eyes Only".

7.      Exhibit 6 is a true and correct copy of RavenWhite's Supplemental Infringement Contentions regarding the '402 Patent.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 14, 2026                                     Respectfully submitted,

                                                        */s/ Blaine A. Larson*
                                                        Blaine A. Larson