## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| *Plaintiff,* | § § § | CASE NO. 2:24-CV-00688-JRG-RSP (*Lead Case*) |
| v. | § § | |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § | |
| *Plaintiff,* | § § § | CASE NO. 2:24-cv-00689-JRG-RSP (*Member Case*) |
| v. | § § § | |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE OPINIONS OF DR. KEVIN ALMEROTH

Before the Court is Plaintiff's Motion to Strike Opinions of Dr. Kevin Almeroth. Having considered the response, the Court finds that the Motion should be **DENIED**.

IT IS SO ORDERED.