**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | |
| *Plaintiff,* | § § | CASE NO. 2:24-CV-00688-JRG-RSP |
| v. | § § | (*Lead Case*) |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |
| | | |
| RAVENWHITE LICENSING LLC | § § | |
| *Plaintiff,* | § § § | CASE NO. 2:24-cv-00689-JRG-RSP |
| v. | § § | (*Member Case*) |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

**DECLARATION OF WILLIAM B. COLLIER, JR. IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY OF THE ASSERTED PATENTS UNDER 35 U.S.C. § 101**

I, William B. Collier, Jr., declare as follows:

1.    I am a partner with the law firm Heim, Payne & Chorush, which represents Walmart Inc. and Wal-Mart Stores Texas, LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Deposition of Dr. Bernard Jansen dated July 8, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July, 2026, at Houston, Texas.

Respectfully submitted,

*/s/ William B. Collier, Jr.*
William B. Collier, Jr.