**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § § § § | |
| *Plaintiff,* | | CASE NO. 2:24-CV-00688-JRG-RSP (*Lead Case*) |
| v. | | |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § | |
| RAVENWHITE LICENSING LLC | § § § | |
| *Plaintiff,* | § § § | CASE NO. 2:24-cv-00689-JRG-RSP (*Member Case*) |
| v. | § § | |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY OF THE ASSERTED PATENTS UNDER 35 U.S.C. § 101**

Before the Court is Plaintiff's Motion for Summary Judgment of No Invalidity of the Asserted Patents Under 35 U.S.C. § 101 (the "Motion"). Having considered the motion, the Court finds that the Motion should be **DENIED**.

IT IS SO ORDERED.