**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No.  2:24-cv-00688-JRG-RSP |
| THE HOME DEPOT, INC., *et al.*, | (Lead Case) |
| Defendants. | |
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No.  2:24-cv-00689-JRG-RSP |
| WALMART INC., *et al.*, | (Member Case) |
| Defendants. | |

**ORDER DENYING WALMART'S MOTION FOR PARTIAL**
**SUMMARY JUDGMENT OF NO PRE-SUIT DAMAGES**
**UNDER U.S. PATENT NO. 11,562,402**

Before the Court is Walmart's Motion For Partial Summary Judgment of No Pre-Suit

Damages Under U.S. Patent No. 11,562,402 (the "Motion"). The Court, having considered the

Motion, hereby **DENIES** this motion.

**IT IS SO ORDERED.**