# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No.  2:24-cv-00688-JRG-RSP |
| | (Lead Case) |
| THE HOME DEPOT, INC., *et al.*, | |
| Defendants. | |
| | |
| RAVENWHITE LICENSING LLC, | |
| Plaintiff, | |
| v. | Case No.  2:24-cv-00689-JRG-RSP |
| | (Member Case) |
| WALMART INC., *et al.*, | |
| Defendants. | |

**ORDER DENYING WALMART'S MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT OF U.S. PATENT NOS. 11,562,402 AND 10,594,823**

Before the Court is Walmart's Motion for Summary Judgment of Non-Infringement of

U.S. Patent Nos. 11,562,402 and 10,594,823 (the "Motion"). The Court, having considered the

Motion, hereby **DENIES** this motion.

**IT IS SO ORDERED.**