# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00689-JRG-RSP<br>(Member Case) |

**ORDER DENYING WALMART'S MOTION TO EXCLUDE OR STRIKE CERTAIN OF MR. WEINSTEIN'S OPINIONS UNDER *DAUBERT* AND RULE 702**

Before the Court is Walmart's Motion to Exclude or Strike Certain of Mr. Weinstein's Opinions Under *Daubert* and Rule 702 (the "Motion"). The Court, having considered the Motion, hereby **DENIES** this motion.

**IT IS SO ORDERED.**