**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00689-JRG-RSP<br>(Member Case) |

**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**OF INELIGIBILITY OF THE ASSERTED PATENTS UNDER 35 U.S.C. § 101**

Before the Court is Defendants' Motion for Summary Judgment of Ineligibility of the Asserted Patents Under 35 U.S.C. § 101 (the "Motion"). The Court, having considered the Motion, hereby **DENIES** this motion.

**IT IS SO ORDERED.**