**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT, INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00688-JRG-RSP <br> (Lead Case) |
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., *et al.*, <br><br> Defendants. | Case No.  2:24-cv-00689-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO SERVE JULY 14, 2026 SUPPLEMENTAL EXPERT REPORT OF ROY WEINSTEIN**

Before the Court is Plaintiff RavenWhite Licensing LLC's Opposed Motion for Leave to Serve July 14, 2026 Supplemental Expert Report of Roy Weinstein.

After due consideration, the Court **GRANTS** the motion. Accordingly, RavenWhite is granted leave to serve a supplemental expert report for Mr. Roy Weinsetin as shown in Exhibit B attached to the Motion.