IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff*, | § | *(Lead Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME | § | |
| DEPOT U.S.A., INC. | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff*, | § | *(Member Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART | § | |
| STORES TEXAS, LLC | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## WALMART DEFENDANTS' NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL-TIME REPORTING

Pursuant to the Court's Second Amended Docket Control Order (Dkt. 145), Defendants

Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Defendants" or "Walmart") hereby

notifies the Court of their request for daily transcripts and real-time reporting of the trial

proceedings in this case. Defendants further request, in addition to real-time reporting, that all

daily transcripts be sent to Defendants' trial team(s) at WMT_Raven-AATeam@aatriallaw.com

and RW_WALTT@hpcllp.com.

A copy of this request is also being delivered to the Court Reporter, Shawn McRoberts, at

shawn_mcroberts@txed.uscourts.gov, pursuant to the instructions in the Court's Second Amended

Docket Control Order.


Dated:  July 27, 2026

Respectfully submitted,

/s/  *Amir H. Alavi*
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Amanda Woodall
Texas Bar No. 24028139
awoodall@aatriallaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@aatriallaw.com
C. Ryan Pinckney
Texas Bar No. 24067819
rpinckney@aatriallaw.com
ALAVI & ANAIPAKOS PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile:  (713) 751-2341

Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Eric Enger
Texas Bar No. 24045833
eenger@hpcllp.com
Blaine Larson
Texas Bar No. 24083360
blarson@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
William Brown Collier, Jr.
Texas Bar No. 24097519
wcollier@hpcllp.com

2

HEIM PAYNE & CHORUSH LLP
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile:  (713) 221-2021

Gabriel K. Bell *(Pro Hac Vice)*
DC Bar No. 987112
gabriel.bell@lw.com
Ashley Finger *(Pro Hac Vice)*
DC Bar No. 1644006
ashley.finger@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Abigail A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
Blake Thomas Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
William Allen Moon
Texas Bar No. 24065782
wamoon@jw.com
JACKSON WALKER LLP - DALLAS
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile:  (214) 953-5822

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
JACKSON WALKER LLP - HOUSTON
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4278
Facsimile:  (713) 308-4178

Eric Hugh Findlay

3

Texas Bar No. 00789886
efindlay@findlaycraft.com
FINDLAY CRAFT, P.C.
7270 Crosswater Ave., Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

*Counsel for Defendants Walmart Inc. and
Wal-Mart Stores Texas, LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 27, 2026, a copy of the foregoing was served electronically through the U.S. District Court, Eastern District of Texas ECF system to all counsel of record whom are Filing Users of the Court's Electronic Filing System.

*/s/ Amir H. Alavi* _____
Amir H. Alavi

4