# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |

## NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND REAL-TIME REPORTING

Pursuant to the Court's Second Amended Docket Control Order (Dkt. 145), Plaintiff RavenWhite Licensing LLC, hereby provides notice to the Court of their request for daily transcripts and real-time reporting during the trial proceedings in this action. A copy of this notice is also being provided via email to the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: July 27, 2026                              Respectfully submitted,


                                                  */s/ Robert F. Kramer*
                                                  Robert F. Kramer (Admitted E.D. Texas)
                                                  rkramer@kramerllp.com
                                                  Robert C. Mattson (*pro hac vice*)
                                                  rmattson@kramerllp.com
                                                  KRAMER LLP
                                                  1133 Broadway, Suite 1510
                                                  New York, NY 10010
                                                  Telephone: (212) 755-6475
                                                  Facsimile: (212) 730-8885

                                                  Zachariah A. Higgins (*pro hac vice*)
                                                  zhiggins@kramerllp.com
                                                  Jeremiah A. Armstrong (*pro hac vice*)
                                                  jarmstrong@kramerllp.com
                                                  Rachel C. Chan (*pro hac vice*)
                                                  rchan@kramerllp.com
                                                  Robert Xie (*pro hac vice*)
                                                  rxie@kramerllp.com
                                                  KRAMER LLP
                                                  303 Twin Dolphin Drive, Suite 600
                                                  Redwood City, CA 94065
                                                  Telephone: (212) 812-8937

                                                  Nicole Glauser
                                                  Texas Bar No. 24050694
                                                  nglauser@kramerllp.com
                                                  KRAMER LLP
                                                  500 W 2nd Street, Suite 1900
                                                  Austin, Texas 78701
                                                  Telephone: (212) 363-1492

                                                  Andrea L. Fair
                                                  Texas Bar No. 24078488
                                                  andrea@millerfairhenry.com
                                                  MILLER FAIR HENRY PLLC
                                                  1507 Bill Owens Pkwy
                                                  Longview, Texas 75604
                                                  Telephone: (903) 757-6400
                                                  Facsimile: (903) 757-2323

                                                  *Attorneys for Plaintiff*
                                                  *RavenWhite Licensing, LLC*


                                                  2

3

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 27, 2026.

*/s/ Robert F. Kramer*
Robert F. Kramer
