IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff*, | § | *(Lead Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff*, | § | *(Member Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**DECLARATION OF AMANDA WOODALL IN SUPPORT OF WALMART'S REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE OR STRIKE CERTAIN OF MR. WEINSTEIN'S OPINIONS UNDER *DAUBERT* AND RULE 702 (Dkt. 181)**

I, Amanda Woodall, declare as follows:

1.    My name is Amanda Woodall. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein.  I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2.    I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case.  I am submitting this declaration in support of Walmart's Reply Brief in Support of Motion to Exclude or Strike Certain of Mr. Weinstein's Opinions under *Daubert* and Rule 702 (Dkt. 181) (the "Reply").

3.    Attached as **Exhibit P** is a true and correct copy of excerpts taken from the deposition of Mr. Roy Weinstein, dated June 23, 2026.

1

4.      Attached as **Exhibit Q** is a true and correct copy of the April 25, 2025 Omnibus Pretrial Order in Case Nos. 6:20-cv-01164-ADA and 6:20-cv-01165-ADA; *WSOU Investments, LLC d/b/a Brazos Licensing and Development v. Salesforce.com, Inc.*; in the United District Court for the Western District of Texas, Waco Division.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on July 21, 2026.

Amanda Woodall

2