IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| _Plaintiff,_ | § | _(Lead Case)_ |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME | § | |
| DEPOT U.S.A., INC. | § | |
| | § | |
| _Defendants._ | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| _Plaintiff,_ | § | _(Member Case)_ |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART | § | |
| STORES TEXAS, LLC | § | |
| | § | |
| _Defendants._ | § | |

**DECLARATION OF AMANDA WOODALL IN SUPPORT OF WALMART'S
OMNIBUS MOTIONS _IN LIMINE_**

I, Amanda Woodall, declare as follows:

1.    My name is Amanda Woodall. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein.  I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2.    I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Texas Stores, LLC ("Walmart") in the above captioned case.  I am submitting this declaration in support of Walmart's Omnibus Motions _in Limine_ (the "Motion").

3.    Attached as **Exhibit 1** is a true and correct copy of excerpts taken from the deposition of Mr. Mark Holmes, dated May 13, 2026.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on July 21, 2026.

_____
Amanda Woodall

2