IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff,* | § § | *(Lead Case)* |
| v. | § § § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | |
| *Defendants.* | § § | |

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff,* | § § | *(Member Case)* |
| v. | § § § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING WALMART'S OMNIBUS MOTIONS *IN LIMINE*

The court, having considered the Walmart Defendants' Omnibus Motions *in Limine* and responses thereto, **ORDERS** as follows:

**MIL No. 1:** Preclusion of evidence, testimony, or argument regarding Walmart's total revenues for the accused products, unapportioned revenues on accused products, unapportioned profits on accused products, revenues on unaccused activities, profits on unaccused activities, business-unit level revenues (e.g., revenues for ███████████████████ ███████████████████), total company revenues, total company profits, business-unit level profits (e.g., summed profits for █████████ or summed profits for ████████████████████████), and other irrelevant large financial numbers.

GRANTED:_____   DENIED:_____   AGREED: _____

1

████████████████████████████████████████████

**MIL No. 2:**  Preclusion of evidence, testimony, or argument regarding lack of commercial success for any Holmes entity attributable to Holmes' care for his special needs son.

GRANTED:_____    DENIED:_____    AGREED: _____

**MIL No. 3:**  Preclusion of evidence, testimony, or argument as to inflammatory comparisons of the burden of proof standards to other areas of the law.

GRANTED:_____    DENIED:_____    AGREED: _____

**MIL No. 4:**  Preclusion of evidence, testimony, or argument regarding an expert's prior retention by a party's counsel in other matters.

GRANTED:_____    DENIED:_____    AGREED: _____

**MIL No. 5:**  Preclusion of evidence, testimony, or argument about the "Walmart Effect" (i.e., describing Walmart as a dominant, "big box," or large retailer that hurts small businesses; engages in business practices harmful to small businesses; or causes store closures, lower wages, and reduced competition) or any suggestion that Walmart ████████████████ ████████████████.

GRANTED:_____    DENIED:_____    AGREED: _____

**IT IS SO ORDERED.**

2