# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>(*Lead Case*)<br><br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-cv-00689-JRG-RSP<br>(*Member Case*)<br><br><br>JURY TRIAL DEMANDED |

## DECLARATION OF BLAINE A. LARSON IN SUPPORT OF DEFENDANTS' REPLY TO THEIR PARTIAL MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 11,562,402 AND 10,594,823 (Dkt. 180)

I, Blaine A. Larson, declare as follows:

1.      I am a partner with the law firm of Heim, Payne & Chorush, which represents Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.      Exhibit 17 is a true and correct excerpt of Exhibit G to the Expert Report of Dr. Hugh Smith Relating to Infringement by Walmart of U.S. Patent Nos. 10,594,823 and

11,562,402, dated May 21, 2026, designated "Restricted Attorneys' Eyes Only".

3.    Exhibit 18 is a true and correct excerpt of Defendants' Corrected Fifth Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1-28), dated May 13, 2026, designated "Restricted – Attorneys' Eyes Only".

4.    Exhibit 19 is a true and correct excerpt of the deposition transcript of Bhanu Bhardwaj, dated April 14, 2026, designated "Confidential Restricted – Attorneys' Eyes Only".

5.    Exhibit 20 is a true and correct excerpt of the deposition transcript of Shankara Bhargava, dated April 28, 2026, designated "Restricted – Attorneys' Eyes Only".".

6.    Exhibit 21 is a true and correct copy of the "Master Services Agreement" document Bates labeled WMT-RW0504897-WMT-RW0504973 ("Restricted – Attorneys' Eyes Only"), produced by Defendants in this litigation.

7.    Exhibit 22 is a true and correct excerpt of Exhibit 1 to Plaintiff's Supplemental Disclosure of Asserted Claims and Infringement Contentions, dated February 26, 2025, designated "Restricted Confidential Source Code".

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 21, 2026                                    Respectfully submitted,

                                                       */s/ Blaine A. Larson*
                                                       Blaine A. Larson