# FILED UNDER SEAL IN ITS ENTIRETY EXHIBIT 21