# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00158-JRG |
| | § | |
| T-MOBILE USA, INC., | § | |
| | § | |
| *Defendant*, | § | |
| | § | |
| ERICSSON, INC., | § | |
| | § | |
| *Intervenor-Defendant*, | § | |
| | § | |
| NOKIA OF AMERICA CORPORATION., | § | |
| | § | |
| *Intervenor-Defendant*. | § | |
| | § | |

## ORDER ON PRETRIAL MOTIONS, MOTIONS *IN LIMINE*, AND EXHIBITS

The Court held a Pretrial Conference in the above-captioned matter on December 17, 2024, regarding pending pretrial motions and motions *in limine* ("MILs") filed by Plaintiff General Access Solutions, Ltd. ("Plaintiff"), Defendant T-Mobile USA, Inc. ("Defendant"), and Intervenors Ericsson Inc. and Nokia of America, Inc. (collectively, "Intervenors") (Plaintiff, Defendant, and Intervenors collectively, "Parties"). (Dkt. Nos. 93, 94, 95, 96, 97, 98, 99, 144, 145.) This Order memorializes the Court's rulings on the pretrial motions and MILs as announced from the bench and read into the record, including additional instructions that were given to the parties. While this Order summarizes the Court's rulings as announced into the record during the Pretrial Conference, this Order in no way limits or constrains such rulings from the bench. Accordingly, it is hereby **ORDERED** as follows:

Plaintiff's MIL 5      **Evidence, Testimony, or Argument of the Thousands of Patents Related to 5G.**

The Court **GRANT-IN-PART and DENIED-IN-PART** this MIL. Consistent with the Court's prior rulings on other pretrial motions, the Court **GRANTED** this MIL as to any evidence, testimony, or argument regarding standard essential patents. Consistent with the Court's prior rulings on other pretrial motions, the Court **DENIED** this MIL as to evidence, testimony, or argument regarding Ms. Dwyer's keyword searches.

**2.**      **Defendant and Intervenors' Motions *In Limine* (Dkt. No. 145)**

Defendant and Intervenors' MIL 1      **Request for Case-Specific Ruling as to Admissibility of Evidence Currently Covered by the Court's Standing Motion *In Limine* Number 6.**

The Court **DENIED AS MOOT** this MIL. (Dkt. No. 163.)

Defendant and Intervenors' MIL 2      **Exclude Evidence, Argument, Testimony, or Opinions Regarding the Financial Terms of any License that Neither Side has Identified as a Comparable License.**

The Court **GRANTED** this MIL. The Court clarified that Plaintiff must seek prior leave of Court before addressing any licenses Ms. Bennis identified in Appendix A to her rebuttal report that she did not identify as comparable or provide specific analysis as to.

Defendant and Intervenors' MIL 3      **Preclude Evidence, Argument, Testimony, or Opinions Regarding any Government Investigations, Prosecutions or Convictions of any Party or its Affiliates.**

The Court **GRANTED AS AGREED** this MIL. Specifically, the Parties agreed to the following: No party or witness shall offer any evidence, testimony, argument, or suggestion regarding investigations of any party conducted by government or regulatory agencies, such as the Department of Justice or the European Commission, or any settlements or plea agreements resulting from such investigations, provided that T-Mobile, Ericsson, and Nokia do not open the door to such evidence by, for example, introducing or eliciting evidence, argument, or testimony

## EXHIBIT DISPUTES

The Court ruled on exhibit list issues as reflected in the record. In light of the Court's rulings, the Parties are **ORDERED** to file updated exhibit lists on or before January 20, 2025, which reflect both the Parties' agreements as announced into the record and those specific rulings of the Court on disputed exhibits.

**So ORDERED and SIGNED this 23rd day of December, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE