**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |

**ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE***

Before the Court is Plaintiff's Motion in Limine (MIL). Having considered this Motion, the briefing, and the applicable law, the Court **GRANTS** the Motion and **ORDERS** as follows:

1.      Walmart is precluded from presenting any evidence, argument, or testimony concerning financial terms of license agreements or patent sales not relied upon by the parties' experts to calculate a reasonable royalty.

2.      Walmart is precluded from presenting any evidence, argument, or testimony concerning non-infringing alternatives ("NIAs")

3.     Walmart is precluded from presenting any evidence, argument, or testimony comparing the accused products to third party products.

4.     Walmart is precluded from presenting evidence, testimony, or argument as to other lawsuits related to entities owned by Dr. Markus Jakobsson or statements that Dr. Jakobsson has created shell companies, a web of companies, or other statements that would unduly emphasize the number of companies owned or managed by Dr. Jakobsson.

**IT IS SO ORDERED.**