**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| *Plaintiff,* | § § § | CASE NO. 2:24-CV-00688-JRG-RSP |
| | § | (*Lead Case*) |
| v. | § § | |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § | |
| *Plaintiff,* | § § § | CASE NO. 2:24-cv-00689-JRG-RSP |
| | § | (*Member Case*) |
| v. | § § | |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § § | |

**DECLARATION OF BLAINE A. LARSON IN SUPPORT OF
DEFENDANTS' SUR-REPLY TO PLAINTIFF'S MOTION
TO STRIKE OPINIONS OF DR. KEVIN ALMEROTH**

I, Blaine A. Larson, declare as follows:

1.     I am a partner with the law firm of Heim, Payne & Chorush, which represents Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.     Exhibit 7 is a true and correct excerpt of the Rebuttal Expert Report of David A. Haas, dated June 18, 2026, designated "Restricted Attorneys' Eyes Only".

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 24, 2026                                        Respectfully submitted,

                                                           */s/ Blaine A. Larson*
                                                           Blaine A. Larson