# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 7