**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>(*Lead Case*)<br><br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-cv-00689-JRG-RSP<br>(*Member Case*)<br><br><br>JURY TRIAL DEMANDED |

**DECLARATION OF WILLIAM B. COLLIER, JR. IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INELIGIBILITIY OF THE ASSERTED PATENTS UNDER 35 U.S.C. § 101**

I, William B. Collier, Jr., declare as follows:

1.      I am a partner with the law firm Heim, Payne & Chorush, which represents Walmart Inc. and Wal-Mart Stores Texas, LLC in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit I is a true and correct excerpts of the Deposition of Benard Jansen, Ph.D. dated July 8, 2026. Dr. Jansen is Plaintiff's expert on validity and related matters.

3.      Attached hereto as Exhibit J is a true and correct excerpt of the Deposition of Markus Jakobsson, dated April 7, 2026. Dr. Jakobsson is a named inventor of the '823 Patent.

4.      Attached hereto as Exhibit K is a true and correct copy of Local Shared Objects – "Flash Cookies" (EPIC) with bates number range RW00001783- RW00001785. This document is cited on the face of the '823 Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2026, at Houston, Texas.

Respectfully submitted,

/s/ William B. Collier, Jr.
William B. Collier, Jr.