IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § | |
| Plaintiff, | § § | CASE NO. 2:24-CV-00688-JRG-RSP<br>*(Lead Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § | |
| | § | |
| Defendants. | § § | |
| | § | |
| RAVENWHITE LICENSING LLC | § § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| Plaintiff, | § | *(Member Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § | |
| | § | |
| Defendants. | § § | |
| | § | |

**DECLARATION OF MICHAEL MCBRIDE IN SUPPORT OF WALMART'S SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT TO JOIN RAVENWHITE SECURITY, INC. AND SECURITY TECHNOLOGY, LLC AS CO-PLAINTIFFS (Dkt. 187)**

I, Michael McBride, declare as follows:

1.  My name is Michael McBride. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein. I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2.  I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case. I am submitting this declaration in support of Walmart's Sur-Reply in Opposition to Plaintiff's Motion for Leave to Amend First Amended Complaint to Join RavenWhite Security, Inc. and Security Technology, LLC as Co-Plaintiffs (Dkt. 184) (the "Sur-Reply").

1

3.      Attached as **Exhibit 1** is a true and correct copy of a document produced in this litigation as RW00006997, with highlighting added for the Court's convenience.

4.      Attached as **Exhibit 2** is a true and correct copy of a document produced in this litigation as RW00007004, with highlighting added for the Court's convenience.

5.      Attached as **Exhibit 3** is a true and correct copy of a document produced in this litigation as RW00007629.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Executed in Houston, Texas, on July 30, 2026.

Michael McBride

2