IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| *Plaintiff*, | § | *(Lead Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| *Plaintiff*, | § | *(Member Case)* |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**DECLARATION OF AMANDA WOODALL IN SUPPORT OF WALMART'S
RESPONSE IN OPPOSITION TO PLAINTIFF'S OPPOSED MOTION
FOR LEAVE TO SERVE JULY 14, 2026, SUPPLEMENTAL EXPERT REPORT OF
ROY WEINSTEIN (Dkt. 209)**

I, Amanda Woodall, declare as follows:

1. My name is Amanda Woodall. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein. I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2. I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case. I am submitting this declaration in support of Walmart's Response in Opposition to Plaintiff's Opposed Motion for Leave to Serve July 14, 2026, Supplemental Expert Report of Roy Weinstein (Dkt. 209) (the "Response").

1

3.      Attached as **Exhibit 1** is a true and correct copy of email correspondence from R. Mattson (*counsel for Plaintiff*) to Counsel for Defendants, dated May 17, 2026.

4.      Attached as **Exhibit 2** is a true and correct copy of email correspondence from S. Clark (*counsel for Defendants*) to R. Mattson (*counsel for Plaintiff*), dated May 18, 2026.

5.      Attached as **Exhibit 3** is a true and correct copy of excerpts taken from the Expert Report of Roy Weinstein, dated May 21, 2026.

6.      Attached as **Exhibit 4** is a true and correct copy of excerpts taken from the Rebuttal Expert Report of David A. Haas, dated June 18, 2026.

7.      Attached as **Exhibit 5** is a true and correct copy of excerpts taken from the deposition of Mr. Roy Weinstein, dated June 23, 2026.

8.      Attached as **Exhibit 6** is a true and correct copy of email correspondence from S. Clark (*counsel for Defendants*) to R. Mattson (*counsel for Plaintiff*), dated June 26, 2026.

9.      Attached as **Exhibit 7** is a true and correct copy of email correspondence from R. Mattson (*counsel for Plaintiff*) to Counsel for Defendants, dated July 15, 2026.

10.      Attached as **Exhibit 8** is a true and correct copy of excerpts taken from Exhibit B to Plaintiff's Opposed Motion for Leave to Serve July 14, 2026, Supplemental Expert Report of Roy Weinstein (Dkt. 209), with highlighting added.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on July 31, 2026.

_____

Amanda Woodall

2