IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | CASE NO. 2:24-CV-00688-JRG-RSP *(Lead Case)* |
| *Plaintiff,* | § § | |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | |
| *Defendants.* | § § | |
| | § | |
| RAVENWHITE LICENSING LLC | § § § | CASE NO. 2:24-CV-00689-RWS-RSP *(Member Case)* |
| *Plaintiff,* | § § | |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | |
| *Defendants.* | § § | |

**ORDER DENYING PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO SERVE JULY 14, 2026, SUPPLEMENTAL EXPERT REPORT OF ROY WEINSTEIN (Dkt. 209)**

Before the Court is Plaintiff's Opposed Motion for Leave to Serve July 14, 2026, Supplemental Expert Report of Roy Weinstein (Dkt. 209) (the "Motion"). The Court, having considered the Motion, is of the opinion that Plaintiff's Motion for Leave should be and hereby is **DENIED**.

**IT IS SO ORDERED.**