IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| Plaintiff, | § | (Lead Case) |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |
| RAVENWHITE LICENSING LLC | § | |
| | § | |
| | § | CASE NO. 2:24-CV-00689-RWS-RSP |
| Plaintiff, | § | (Member Case) |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

**DECLARATION OF AMANDA WOODALL IN SUPPORT OF WALMART'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS *IN LIMINE* (Dkt. 223)**

I, Amanda Woodall, declare as follows:

1. My name is Amanda Woodall. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein. I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2. I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Texas Stores, LLC ("Walmart") in the above captioned case. I am submitting this declaration in support of Walmart's Response in Opposition to Plaintiff's Motions *in Limine* (Dkt. 223) (the "Response").

3. Attached as **Exhibit 1** is a true and correct copy of excerpts taken from the Rebuttal Expert Report of David A. Haas, dated June 18, 2026.

1

4. Attached as **Exhibit 2** is a true and correct copy of excerpts taken from the Rebuttal Expert Report of Dr. Kevin Almeroth, dated June 18, 2026.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts taken from deposition of Mr. David Haas, dated June 30, 2026.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts taken from the Expert Report of Roy Weinstein, dated May 21, 2026.

7. Attached as **Exhibit 5** is a true and correct copy of excerpts taken from the Opening Invalidity Expert Report of Kevin C. Almeroth, Ph.D., dated May 21, 2026.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts taken from the Expert Report of Dr. Hugh Smith relating to Infringement by Walmart of U.S. Patent Nos. 10,594,823 and 11,562,402, dated May 21, 2026.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts taken from the Rebuttal Expert Report of Bernard J. Jansen, Ph.D., relating to Validity of U.S. Patent Nos. 10,594,823 and 11,562,402, dated June 18, 2026.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts taken from the deposition of Dr. Kevin Almeroth, dated July 1, 2026.

11. Attached as **Exhibit 9** is a true and correct copy of a document produced in this litigation as RW00007629.

12. Attached as **Exhibit 10** is a true and correct copy of excerpts taken from the deposition of Mr. Mark Holmes, dated May 13, 2026.

13. Attached as **Exhibit 11** is a true and correct copy of excerpts taken from the deposition of Dr. Hugh Smith, dated June 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on August 3, 2026.

_____
Amanda Woodall

2