# EXHIBIT 10

# [FILED UNDER SEAL]

# Entire Exhibit Contains Confidential Material