IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § § § | |
| *Plaintiff,* | § § | CASE NO. 2:24-CV-00688-JRG-RSP *(Lead Case)* |
| v. | § § § | |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § | |
| RAVENWHITE LICENSING LLC | § § § | |
| *Plaintiff,* | § § § | CASE NO. 2:24-CV-00689-RWS-RSP *(Member Case)* |
| v. | § § | |
| WALMART INC. and WAL-MART STORES TEXAS, LLC | § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § § § | |

## ORDER DENYING PLAINTIFF'S MOTIONS *IN LIMINE*

The court, having considered the Plaintiff's Motions *in Limine* and responses thereto,

**ORDERS** as follows:

**Pla's MIL No. 1:**      Preclude Walmart from presenting any evidence, argument, or testimony concerning financial terms of license agreements or patent sales not relied upon by the parties' experts to calculate a reasonable royalty.

GRANTED:_____      DENIED:_____      AGREED: _____

**Pla's MIL No. 2:**      Preclude Walmart from presenting any evidence, argument, or testimony concerning non-infringing alternatives ("NIAs").

GRANTED:_____      DENIED:_____      AGREED: _____

1

**Pla's MIL No. 3:**    Preclude Walmart from presenting any evidence, argument, or testimony comparing the accused products to third party products.

GRANTED:_____    DENIED:_____    AGREED: _____


**Pla's MIL No. 4:**    Preclude evidence, testimony, or argument as to other lawsuits related to entities owned by Dr. Markus Jakobsson or statements that Dr. Jakobsson has created shell companies, a web of companies, or other statements that would unduly emphasize the number of companies owned or managed by Dr. Jakobsson.

GRANTED:_____    DENIED:_____    AGREED: _____


**IT IS SO ORDERED.**