**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE HOME DEPOT, INC., *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00688-JRG-RSP <br> (Lead Case) |
| RAVENWHITE LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00689-JRG-RSP <br> (Member Case) |

## ORDER DENYING DEFENDANTS' MOTIONS IN *LIMINE* (NOS. 1-5)

Before the Court is Defendants' Motions In Limine (Nos. 1-5). After considering same, the Court is of the opinion that the Motions should be DENIED.