# EXHIBIT M

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| RAVENWHITE LICENSING LLC<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC. ET AL.<br><br>Defendant. | CASE NO. 2:24-CV-00688-JRG-RSP<br>(LEAD CASE) |
| RAVENWHITE LICENSING LLC<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., ET AL.<br><br>Defendant | CASE NO. 2:24-CV-00689-JRG-RSP<br>(MEMBER CASE)<br><br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS' NOTICE OF DEPOSITION OF MARK HOLMES

PLEASE TAKE NOTICE that Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC will take the following deposition on the date and time set forth below, at 101 Montgomery Street, Suite 450, San Francisco, CA 94104, and continue until completed, or at such other date and time as may be mutually agreed:

| **Mark Holmes** | **April 20, 2026** | **9:00 AM CST** |
|---|---|---|

Defendants will take this deposition pursuant to Federal Rule of Civil Procedure 30(b)(1), upon oral examination, before a duly authorized notary public or other officer authorized or person commissioned to administer oaths at deposition, and will be recorded by stenographic, audio, and videographic means. Said deposition when so taken and returned according to law will be used for the purpose of discovery, as evidence in the trial of said cause, and for any other purpose permitted by the Federal Rules of Civil Procedure.

Dated: March 18, 2026

Respectfully submitted,

**JACKSON WALKER LLP**

By: */s/ Blake T. Dietrich*
Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Blake Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
William Allen Moon
Texas Bar No. 24065782
wamoon@jw.com
Abby A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
2323 Ross Avenue, Suite 600,
Dallas, TX  75201
Telephone: (214) 953-6000

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
1401 McKinney, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4278

*Attorneys for Defendants Walmart Inc and*
*Wal-Mart Stores Texas, LLC,*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, a true and correct copy of the foregoing has been served via email on counsel of record.

_s/ Blake T. Dietrich_
Blake T. Dietrich
