# EXHIBIT N

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., ET AL.<br><br>Defendant | CASE NO. 2:24-CV-00688-JRG-RSP<br>(LEAD CASE)<br><br>CASE NO. 2:24-CV-00689-JRG-RSP<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS WALMART INC. AND WAL-MART STORES TEXAS, LLC'S
RULE 30(B)(6) NOTICE OF DEPOSITION TO RAVENWHITE**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6), Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") will take the deposition upon oral examination under oath of Plaintiff RavenWhite Licensing LLC ("RavenWhite") at a time and date mutually agreed upon by the parties and at a location and/or by a manner agreed to by the parties. The deposition will be conducted before a court reporter and will be recorded by stenographic, audio, and videographic means.

Pursuant to Rule 30(b)(6), RavenWhite shall designate qualified person(s) with corporate knowledge of the topics in Attachment A hereto. At least five business days prior to the deposition(s), RavenWhite shall identify to Walmart the person(s) designated to testify as to each topic. In addition, Walmart requests that any documents not previously produced, but that concern matters on which examination is requested, or are used in preparing the witness(es) for deposition, be produced by no later than three business days prior to the deposition, or in the case of documents used for witness preparation occurring less than three business days prior to the deposition, during or after but on the same day as the witness preparation.

Dated: March 19, 2026

Respectfully submitted,

By: */s/ Blake T. Dietrich*
Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Blake Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
William Allen Moon
Texas Bar No. 24065782
wamoon@jw.com
Abby A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
1401 McKinney, Suite 1900
Houston, TX 77010
Tel: (7113) 752-4278

***ATTORNEYS FOR DEFENDANTS WALMART INC. AND WAL-MART STORES TEXAS, LLC.***

2

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on March 19, 2026 with a copy of this document via electronic mail.

/s/ Blake T. Dietrich
Blake T. Dietrich

3