**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| `<br>RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |

**JOINT STATUS REPORT REGARDING RAVENWHITE
LICENSING LLC'S MOTIONS TO COMPEL PRODUCTION OF
DOCUMENTS, DEPOSITION TESTIMONY, AND COMPLETE RESPONSES
TO INTERROGATORIES**

Pursuant to the Discovery Order (Dkt. 145), RavenWhite Licensing, LLC ("RavenWhite") and Defendants Wal-Mart Stores Texas, LLC and Walmart Inc. (collectively, "Walmart") provide this joint status report regarding the parties' efforts to resolve the disputes raised in RavenWhite's Motion to Compel Defendant's Production of Documents and Complete Responses to Interrogatory Nos. 23 and 24 (Dkt. 155) ("Damages Documents Motion"); Motion to Compel Deposition Testimony (Dkt. 159) ("Deposition Testimony Motion"); and Motion to Compel Technical Documents (Dkt. 160) ("Technical Documents Motion") (collectively, the "Motions").

Ravenwhite's Damages Documents Motion seeks production of damages-related documents and information as follows: (1) updated spreadsheet data responsive to Item 1; (2) breakout data responsive to Items 1-4, 8, and 12; and (3) complete responses to Interrogatory Nos. 23 and 24.  RavenWhite's Deposition Testimony Motion asks the Court to order Walmart to make a witness available to testify about the topics identified in Testimony Categories 1-8.  RavenWhite's Technical Documents Motion seeks technical documents responsive to Categories 7, 11, 14, and 18 (including 18(i) – (vi)).

On August 11, 2026, counsel for RavenWhite sent an email to counsel for Walmart stating that it was withdrawing its requests relating to the following: (1) updated spreadsheet data responsive to Item 1, and the entirety of Items 8 and 12 and Interrogatory No. 24 from the Damages Documents Motion; (2) Testimony Categories 1-7 from the Deposition Testimony Motion; and (3) Categories 7, 11, 14, 18(iv), 18(v), and 18(vi) from the Technical Documents Motion.  Accordingly, these requests have been withdrawn and are resolved.

On August 13, 2026, lead and local counsel for both parties met and conferred with respect to the remaining requests in the Motions. Robert Kramer, Garrett Parish, and Rachael Chan participated for RavenWhite, and Amir Alavi, Amanda Woodall, Scott Clark, Blaine Larson, and Eric Enger participated for Walmart.  Counsel for Walmart asked questions about RavenWhite's remaining requests, and counsel for RavenWhite answered those questions.

The Parties continue to negotiate in good faith to resolve the remaining issues from the Motions, but did not resolve this dispute in full.  The remaining issues in dispute include: (1) breakout data responsive to Items 1-4, and complete responses to Interrogatory No. 23 from the Damages Documents Motion; (2) Testimony Category 8 from the

Deposition Testimony Motion; and (3) Category 18 (including 18, 18(i), 18(ii), and 18(iii)) from the Technical Documents Motion.

Dated: August 14, 2026

Respectfully submitted,

/s/ *Amir H. Alavi*
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Amanda Woodall
Texas Bar No. 24028139
awoodall@aatriallaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@aatriallaw.com
C. Ryan Pinckney
Texas Bar No. 24067819
rpinckney@aatriallaw.com
**ALAVI & ANAIPAKOS PLLC**
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Eric Enger
Texas Bar No. 24045833
eenger@hpcllp.com
Blaine Larson
Texas Bar No. 24083360
blarson@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
William Brown Collier, Jr.
Texas Bar No. 24097519
wcollier@hpcllp.com

/s/ *Robert F. Kramer*
Robert F. Kramer (Admitted E.D. Texas)
rkramer@kramerllp.com
Robert C. Mattson (*pro hac vice*)
rmattson@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (212) 755-6475
Facsimile: (212) 730-8885

Zachariah A. Higgins (*pro hac vice*)
zhiggins@kramerllp.com
Rachael Chan (*pro hac vice*)
rchan@kramerllp.com
Jeremiah A. Armstrong (*pro hac vice*)
jarmstrong@kramerllp.com
Ryan Dooley (*pro hac vice*)
rdooley@kramerllp.com
Robert Y. Xie (*pro hac vice*)
rxie@kramerllp.com
**KRAMER LLP**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (212) 812-8937

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (212) 363-1492

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garrett@millerfairhenry.com

3

**HEIM PAYNE & CHORUSH LLP**
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile:  (713) 221-2021

Gabriel K. Bell (Pro Hac Vice)
DC Bar No. 987112
gabriel.bell@lw.com
Ashley Finger (Pro Hac Vice)
DC Bar No. 1644006
ashley.finger@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Abigail A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
Blake Thomas Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
William Allen Moon
Texas Bar No. 24065782
wamoon@jw.com
**JACKSON WALKER LLP - DALLAS**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile:  (214) 953-5822

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
**JACKSON WALKER LLP - HOUSTON**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4278
Facsimile:  (713) 308-4178

Eric Hugh Findlay
Texas Bar No. 00789886
efindlay@findlaycraft.com

**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

4

**FINDLAY CRAFT, P.C.**
7270 Crosswater Ave., Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

*Attorneys for Defendants*
Walmart Inc. and
Wal-Mart Stores Texas, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 14, 2026, and any confidential versions are being served by electronic mail.

*/s/ Robert F. Kramer*
Robert F. Kramer