# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne

*RavenWhite Licensing LLC v. The Home Depot, Inc. et al*

2:24-cv-00688-JRG-RSP

**August 19, 2026 9:00 am**

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Robert Kramer | Plaintiff |
| Robert Mattson | " |
| Rachael Chan | " |
| Zack Higgins | " |
| Andrea Fair | " |
| Garrett Parish | " |
| Amir Alavi | Defendant |
| Amanda Woodall | " |
| Scott Clark | " |
| Eric Enger | " |
| Wills Collier | " |
| Blaine Larson | " |
| Eric Findlay | " |
| | |
| | |
| | |

**IF CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |
| | |
| | |