**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |

**JOINT NOTICE OF REQUEST FOR ORAL HEARING**

Pursuant to the Court's guidance issued at the August 19, 2026 pre-trial conference, Plaintiffs RavenWhite Licensing LLC, RavenWhite Security, Inc. (collectively, "RavenWhite") and Defendant Walmart Inc. ("Walmart") submit this notice setting forth the respective, prioritized requests for oral argument on certain pending motions for summary judgment.

**I. RavenWhite's Statement**

RavenWhite understands that the Court has set aside time on September 16 to hear objections to trial exhibits, if there are remaining unresolved objections, and potentially also for argument on motions and has asked the parties to identify their priorities. RavenWhite believes the issues raised in RavenWhite's and Walmart's motions can be

resolved on the papers, per the Court's common practice. The motions have already been extensively briefed. For example, the briefing on § 101 in this case has totaled 13 briefs between the parties' summary judgment motions and Walmart's motion to dismiss and Walmart's objections to the Report and Recommendation. Furthermore, the issues presented in Walmart's motion for summary judgment of non-enforceability are purely a matter of law and of contract interpretation. Therefore, RavenWhite does not request oral argument on any motions or submit a ranking. RavenWhite defers to the Court as to whether argument on any particular motion would be helpful and will be prepared to address any motion the Court selects.

**II. Walmart's Statement**

***First***, Walmart requests oral argument on its motion for summary judgment of ineligibility of the Asserted Patents under 35 U.S.C. § 101 (Dkt. No. 186). Walmart believes the Court would benefit from argument on the differences between this motion and Walmart's earlier § 101 motion to dismiss under Rule 12(b)(6), as well as further explanation of why Walmart's requested relief on summary judgment would not be inconsistent with the Court's prior ruling on the pleadings. Accounting for the Court's subsequent claim construction and further development of the facts of the case, Walmart's summary judgment motion presents novel issues that could not have been addressed at the pleading stage, and both Parties have advanced new arguments in support of their respective positions. Walmart also believes that the Court would benefit from argument related to how the Court's claim construction and RavenWhite's interpretation of the claims render the claims abstract and non-innovative.

***Second***, Walmart requests oral argument on Walmart's motion for summary judgment of non-enforceability (Dkt. No. 176). This is a case dispositive motion. Walmart

believes the Court would benefit from argument on the impact of the underlying terminal disclaimers and the scope of the corresponding agreements that granted RavenWhite rights to the Asserted Patents. Additionally, because RavenWhite has now added additional plaintiffs to the case, Walmart believes the Court would benefit from argument as to why the joinder does not defeat Walmart's motion.

Dated: August 28, 2026

/s/ *Amir H. Alavi*
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Amanda Woodall
Texas Bar No. 24028139
awoodall@aatriallaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@aatriallaw.com
C. Ryan Pinckney
Texas Bar No. 24067819
rpinckney@aatriallaw.com
**ALAVI & ANAIPAKOS PLLC**
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Eric Enger
Texas Bar No. 24045833
eenger@hpcllp.com
Blaine Larson

Respectfully submitted,

*/s/ Robert F. Kramer*
Robert F. Kramer (Admitted E.D. Texas)
rkramer@kramerllp.com
Robert C. Mattson (*pro hac vice*)
rmattson@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (212) 755-6475
Facsimile: (212) 730-8885

Zachariah A. Higgins (*pro hac vice*)
zhiggins@kramerllp.com
Rachael Chan (*pro hac vice*)
rchan@kramerllp.com
Jeremiah A. Armstrong (*pro hac vice*)
jarmstrong@kramerllp.com
Ryan Dooley (*pro hac vice*)
rdooley@kramerllp.com
Robert Y. Xie (*pro hac vice*)
rxie@kramerllp.com
**KRAMER LLP**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (212) 812-8937

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701

Texas Bar No. 24083360
blarson@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
William Brown Collier, Jr.
Texas Bar No. 24097519
wcollier@hpcllp.com
**HEIM PAYNE & CHORUSH LLP**
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Gabriel K. Bell (Pro Hac Vice)
DC Bar No. 987112
gabriel.bell@lw.com
Ashley Finger (Pro Hac Vice)
DC Bar No. 1644006
ashley.finger@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Abigail A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
Blake Thomas Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
William Allen Moon
Texas Bar No. 24065782
wamoon@jw.com
**JACKSON WALKER LLP - DALLAS**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
**JACKSON WALKER LLP - HOUSTON**

Telephone: (212) 363-1492

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garrett@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4278
Facsimile: (713) 308-4178

Eric Hugh Findlay
Texas Bar No. 00789886
efindlay@findlaycraft.com
**FINDLAY CRAFT, P.C.**
7270 Crosswater Ave., Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

*Attorneys for Defendants*
Walmart Inc. and
Wal-Mart Stores Texas, LLC
Dated: August 28, 2026

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2026, and any confidential versions are being served by electronic mail.

*/s/ Robert F. Kramer*