# EXHIBIT 3

# <u>FILED UNDER SEAL</u>