# EXHIBIT 5

# FILED UNDER SEAL