# EXHIBIT 6

# FILED UNDER SEAL