# EXHIBIT 8

**PLAINTIFF'S OBJECTION KEY**

| **Federal Rules of Evidence & Other Abbreviations** | **Objection** |
|---|---|
| 106 | Incomplete (*necessary additional testimony noted*) |
| 401/402 | Not Relevant (or Vague, Ambiguous, Improper Attorney Argument, Compound) |
| 403 | Prejudicial / Relevance Outweighed by Other Factors including unfair prejudice, confusion, misleading the jury, undue delay, wasting time, and/or needlessly presenting cumulative evidence. |
| 408 | Offer of settlement/settlement negotiations |
| 501 | Privileged |
| 602 | Lack of foundation/personal knowledge or speculation |
| 611 | Improper examination (form, leading, beyond scope of direct, etc.) |
| 701 | Improper opinion testimony from lay witness |
| 702/703 | Improper expert testimony; calls for expert testimony; calls for legal conclusion |
| 802 | Hearsay |
| 901 | Authentication |
| 1002-1004 | Not the best evidence |
| 1006 | Improper summary |
| FRCP 26/37 | Not timely disclosed as required by discovery rules |
| MD | Multiple documents; improper compilation |
| MIL | Subject to a filed/anticipated Motion *in Limine* |
| MTS | Subject to a filed/anticipated Motion to Strike/Daubert motion |
| MOT | Subject to a pending motion (*identify*) |
| NI | Not properly identified on Defendant's pretrial disclosures |
| MPT | Misstates Prior Testimony |
| NR | Nonresponsive |