# EXHIBIT 9

| DEFENDANTS' EXHIBIT LIST OBJECTION KEY | | |
|---|---|---|
| **Abbreviation** | **Description** | **Underlying Rule** |
| 106 | Exhibit is incomplete. | FED. R. EVID. 106 |
| 402 | Exhibit is not relevant. | FED. R. EVID. 402 |
| 403 | The probative value of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of issues, misleading jury, or by considerations of delay, waste of time, or needless presentation of cumulative evidence. | FED. R. EVID. 403 |
| 404 | Exhibit is inappropriate character evidence. | FED. R. EVID. 404-406 |
| 408 | Exhibit is from settlement negotiations that are inadmissible subject matter. | FED. R. EVID. 408 |
| 701 | Exhibit is inadmissible opinion testimony by lay witness. | FED. R. EVID. 701 |
| 802 | Exhibit is inadmissible hearsay. | FED. R. EVID. 801 |
| 901 | Exhibit is not authentic. | FED. R. EVID. 901 |
| 1002 | Exhibit is not the best evidence—original writing, recording, or photo is required. | FED. R. EVID. 1002 |
| 1006 | Exhibit is an improper Rule 1006 summary. | FED. R. EVID. 1006 |
| Deposition | Deposition testimony must be handled through deposition designations. | |
| FL | Foreign Language (no certified translation) | |
| MIL(#) | Exhibit is covered by a pending motion *in limine*. | |
| CMIL | Exhibit is covered by Court's Standard *limine* Order | |
| Daubert | Exhibit is covered by a pending *Daubert* motion. | |
| MTS | Exhibit is covered by a pending motion to strike. | |
| MSJ | Exhibit is covered by a pending summary judgment motion. | |
| U | Exhibit is untimely. | FED. R. CIV. P. 26 |
| DE | Duplicate exhibit | |
| MD | Multiple documents | |
| PRIV | Inadvertently produced privileged / work product | |
| Q | Poor quality / illegible | |
| NP | Not Produced | |

| DEFENDANTS' DEPOSITION DESIGNATION OBJECTION KEY | | |
|---|---|---|
| **Abbreviation** | **Description** | **Underlying Rule** |
| 106 | Designation is incomplete. | FED. R. EVID. 106 |
| 402 | Designation is not relevant. | FED. R. EVID. 402 |
| 403 | The probative value of the designation is substantially outweighed by the danger of unfair prejudice, confusion of issues, misleading the jury, or by considerations of delay, waste of time, or needless presentation of cumulative evidence. | FED. R. EVID. 403 |
| 404 | Designation is inappropriate character evidence. | FED. R. EVID. 404-406 |
| 408 | Designation relates to inadmissible settlement negotiations. | FED. R. EVID. 408 |
| 501 | All or part of the designated testimony inappropriately invade attorney-client privilege and/or seeks to draw an improper negative inference from a privilege assertion | FED. R. EVID. 501 |
| 602 | Designation lacks foundation or is from someone lacking personal knowledge (i.e., speculative). | FED. R. EVID. 602 and 901(A) |
| 611(Arg) | Question in designation is argumentative. | FED. R. EVID. 611(A) |
| 611(AF) | Question in designation assumes facts not in evidence. | FED. R. EVID. 611(A) AND 103(C) |
| 611(b) | Counter Designation is outside the scope of/unrelated to designation. | FED. R. EVID. 611(B) |
| 611(Comp) | Question in designation is compound. | FED. R. EVID. 611(A) |
| 611(Har) | Designation is harassing or embarrassing. | FED. R. EVID. 611(A) |
| 611(VA) | Question in designation is vague, ambiguous, indefinite, or calls for a narrative. | FED. R. EVID. 611(A) |
| 611(NR) | Answer in designation is non-responsive. | FED. R. EVID. 611(A) |
| 611(Lead) | Question in designation is an improper leading question. | FED. R. EVID. 611(C) |
| 701 | Designation is improper opinion testimony from a lay witness. | FED. R. EVID. 602 and 701. |
| 702 | Designation is an improper expert opinion. | FED. R. EVID. 602 and 702. |
| 802 | Designation is inadmissible hearsay. | FED. R. EVID. 802 |
| ILC | Designation is an improper legal conclusion. | FED. R. EVID. 602, 701, and 704. |
| OS | Outside the scope of the witness' designation | |
| O/C | Optional completeness. | FED. R. CIV. P. 32(A)(6) |
| MIL(#) | Designation is covered by *limine* | |
| CMIL | Designation is covered by Court's Standard *limine* Order | |
| Daubert | Designation is covered by a pending *Daubert* motion | |
| MSJ | Exhibit is covered by a pending summary judgment motion. | |