IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>*(Lead Case)*<br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00689-RWS-RSP<br>*(Member Case)*<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF SCOTT W. CLARK IN SUPPORT OF DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE MOTION TO FILE A 10-PAGE SUMMARY JUDGMENT MOTION AFTER THE DEADLINE**

I, Scott W. Clark, declare as follows:

1. My name is Scott W. Clark. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein. I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2. I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Defendants") in the above captioned case. I am submitting this declaration in support of Defendants' Opposed Motion for Leave to File a 10-Page Summary Judgment Motion After the Deadline (the "Motion").

3. Attached as **Exhibit A** is a true and correct copy of Walmart's Motion for Summary Judgment of Lack of Constitutional Standing and Unenforceability of the Asserted Patents,

with its corresponding proposed order and exhibits attached.

4. Attached as **Exhibit B** is a true and correct copy of excerpts taken from the August 19, 2026 Pretrial Conference Transcript.

5. Attached as **Exhibit C** is a true and correct copy of email correspondence from S. Clark (*counsel for Defendants)* to Counsel for Plaintiffs, dated August 26, 2026.

6. Attached as **Exhibit D** is a true and correct copy of email correspondence from R. Mattson *(counsel for Plaintiffs)* to S. Clark (*counsel for Defendants)*, dated August 27, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on August 27, 2026.

Scott W. Clark