IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>*(Lead Case)*<br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff,*<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00689-RWS-RSP<br>*(Member Case)*<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE A 10-PAGE SUMMARY JUDGMENT MOTION AFTER THE DEADLINE**

Before the Court is Defendants' Opposed Motion for Leave to File a 10-Page Summary Judgment Motion After the Deadline. Having considered the Motion, it is hereby **GRANTED**.

The Court **EXPEDITES** the briefing (with page limits indicated) as follows:

| | |
|---|---|
| **Plaintiffs' Response (10-pages):** | September 10, 2026 |
| **Defendants' Reply (5-pages):** | September 16, 2026 |
| **Plaintiffs' Sur-Reply (5-pages):** | September 22, 2026 |