**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |

**JOINT MOTION TO REDACT PORTIONS OF THE AUGUST 19, 2026 PRETRIAL CONFERENCE TRANSCRIPT**

Following the Court's August 19, 2026 Notice of Filing of Official Transcript of Pretrial Hearing held on August 19, 2026 (Dkt. No. 274), Plaintiffs RavenWhite Licensing LLC, RavenWhite Security, Inc., and Security Technology, LLC, and Defendants Walmart Inc. and Walmart Stores Texas (collectively, the "Parties") file this Joint Motion to Redact Portions of the August 19, 2026 Pretrial Conference Transcript.

On August 19, 2026, the Court held a pretrial conference in the above matter. On August 26, 2026, each Party separately filed a Notice of Intent to Redact Transcript of August 19, 2026

Pretrial Conference. Dkt Nos. 279, 280. The transcript (Dkt. 274), includes protected information related to:

- A confidential third-party agreement: 36:9-10, 36:12, 36:15, 36:20-21, 36:25, 37:1, 40:6, 41:7-15, 42:5-6, 42:8-9, 42:10, 42:13, 42:15, 42:25-43:3, 43:18-20, 43:22, 45:4, 45:9, 45:16, 45:17, 45:18, 45:21, 59:12-13, 59:18, 61:1, 61:10-11, 61:13, 61:15, 61:16, 61:20, 62:16, 63:22.
- The identity of a Walmart licensor and the license amount, which are subject to confidentiality obligations: 38:4, 47:22.

Attached hereto as Exhibit A is a true and correct copy of the August 19, 2026 Pretrial Conference Transcript with the Parties' proposed redactions.

At the time of this discussion, no public parties were present in the courtroom—only Court personnel and the parties participating in the pretrial conference. The parties to the confidential agreements that are the subject of this motion will be harmed if such confidential information is made public. The proposed redactions are narrowly tailored to protect the Parties' protected information, subject to the Protective Order (Dkt. No. 51) entered in this case on December 10, 2024.

Accordingly, the Parties jointly request redactions of the August 19, 2026 Pretrial Conference Transcript in accordance with the proposed redactions reflected in Exhibit A.

Dated: September 2, 2026

Respectfully submitted,

/s/ *Amir H. Alavi*
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos

/s/ *Robert F. Kramer*
Robert F. Kramer (Admitted E.D. Texas)
rkramer@kramerllp.com
Robert C. Mattson (*pro hac vice*)
rmattson@kramerllp.com

Texas Bar No. 00793258
danaipakos@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Amanda Woodall
Texas Bar No. 24028139
awoodall@aatriallaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@aatriallaw.com
C. Ryan Pinckney
Texas Bar No. 24067819
rpinckney@aatriallaw.com
**ALAVI & ANAIPAKOS PLLC**
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Eric Enger
Texas Bar No. 24045833
eenger@hpcllp.com
Blaine Larson
Texas Bar No. 24083360
blarson@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
William Brown Collier, Jr.
Texas Bar No. 24097519
wcollier@hpcllp.com
**HEIM PAYNE & CHORUSH LLP**
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Gabriel K. Bell (Pro Hac Vice)
DC Bar No. 987112
gabriel.bell@lw.com
Ashley Finger (Pro Hac Vice)
DC Bar No. 1644006

**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (212) 755-6475
Facsimile: (212) 730-8885

Zachariah A. Higgins (*pro hac vice*)
zhiggins@kramerllp.com
Jeremiah A. Armstrong (*pro hac vice*)
jarmstrong@kramerllp.com
Ryan Dooley (*pro hac vice*)
rdooley@kramerllp.com
Robert Xie (*pro hac vice*)
rxie@kramerllp.com
Rachel C. Chan (*pro hac vice*)
rchan@kramerllp.com
**KRAMER LLP**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (212) 812-8937

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (212) 363-1492

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
RavenWhite Licensing, LLC

ashley.finger@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Abigail A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
Blake Thomas Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
William Allen Moon
Texas Bar No. 24065782
wamoon@jw.com
**JACKSON WALKER LLP - DALLAS**
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
**JACKSON WALKER LLP - HOUSTON**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4278
Facsimile: (713) 308-4178

Eric Hugh Findlay
Texas Bar No. 00789886
efindlay@findlaycraft.com
**FINDLAY CRAFT, P.C.**
7270 Crosswater Ave., Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

*Attorneys for Defendants*
Walmart Inc. and
Wal-Mart Stores Texas, LLC

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies counsel has complied with the meet and confer requirement of Local Rule CV-7(h) and that counsel for defendants join in this motion and do not oppose this motion.

*/s/ Robert F. Kramer*
Robert F. Kramer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 2, 2026.

*/s/ Robert F. Kramer*
Robert F. Kramer