**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |

**ORDER GRANTING JOINT MOTION TO REDACT PORTIONS OF THE AUGUST 19, 2026, PRETRIAL CONFERENCE TRANSCRIPT**

Before the Court is the Joint Motion to Redact Portions of the August 19, 2026, Pretrial Conference Transcript filed by Plaintiffs RavenWhite Licensing LLC, RavenWhite Security, Inc., and Security Technology, LLC, and Defendants Walmart Inc. and Walmart Stores Texas.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED.** Accordingly, the August 19, 2026, Pretrial Conference Transcript, Dkt. 274, shall be redacted to reflect the jointly provided redacted version located at Exhibit A to the Motion.

**IT IS SO ORDERED**.