**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., et al.,<br><br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., et al.,<br><br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW JACKSON WALKER ATTORNEYS AS COUNSEL

On behalf of Defendants Walmart Inc. and Walmart Stores Texas, LLC (collectively, "Walmart"), the undersigned respectfully requests withdrawal of Nathaniel St. Clair, II, Leisa Peschel, Blake Dietrich, William Allen Moon, and Abigail A. Lahvis as attorneys of record for Walmart. Walmart will continue to be represented by counsel for Alavi & Anaipakos PLLC, Heim, Payne & Chorush, LLP, Latham & Watkins LLP, and Findlay Craft, P.C. who remain as counsel of record. This motion is not sought for delay and this submission will not prejudice any party to this suit.

Plaintiff RavenWhite Licensing LLC does not oppose this motion.

Dated: September 3, 2026

Respectfully submitted,

**JACKSON WALKER LLP**

By: *<u>/s/ Nathaniel St. Clair, II</u>*
Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Blake Dietrich
Texas Bar No. 24087420
bdietrich@jw.com
Abby A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-6000

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
1401 McKinney, Suite 1900
Houston, TX 77010
Tel: (7113) 752-4278

***ATTORNEYS FOR DEFENDANTS WALMART INC. AND WAL-MART STORES TEXAS, LLC.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on September 3 2026 with a copy of this document via the Court's CM/ECF system.

*/s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 3, 2026, pursuant to Local Rule CV-7 (i), I conferred with Robert Kramer and Robert Mattson, counsel for Plaintiff regarding this motion. Mr. Kramer and Mr. Mattson stated that Plaintiff is unopposed to the relief requested in this Motion.

*/s/ Nathaniel St. Clair, II*
Nathaniel St. Clair, II