**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br>Plaintiff,<br>v.<br>THE HOME DEPOT, INC., et al.,<br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br>Plaintiff,<br>v.<br>WALMART INC., et al.,<br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ATTORNEYS**

Having considered Defendants' Unopposed Motion to Withdraw Jackson Walker Attorneys as Counsel for Defendants Walmart, Inc. and Wal-Mart Stores Texas, LLC, IT IS HEREBY ORDERED that said Motion is GRANTED.

Nathaniel St. Clair, II, Leisa Peschel, Blake Dietrich, William Allen Moon, and Abigail A. Lahvis are thus hereby withdrawn as counsel of record in this case, and the clerk is directed to terminate ECF notices to Nathaniel St. Clair, II, Leisa Peschel, Blake Dietrich, William Allen Moon, and Abigail A. Lahvis.