**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC,<br>*Plaintiff*,<br>v.<br>THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:24-cv-00688-JRG-RSP |

**ORDER**

Before the Court is Defendant Walmart Inc. and Walmart Stores Texas, LLC's ("Walmart") Unopposed Motion to Withdraw as Attorney. **Dkt. No. 291**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that Walmart is granted leave to withdraw Nathaniel St. Clair, II, Leisa Peschel, Blake Dietrich, William Allen Moon, and Abigail A. Lahvis as attorneys in the above-captioned action. The Clerk of Court is directed to terminate CM/ECF notifications and other electronic court communications to the above-mentioned attorneys.

**SIGNED this 4th day of September, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE