**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, et al.,<br>Plaintiffs,<br>v.<br>THE HOME DEPOT, INC., *et al.*,<br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC, et al.,<br>Plaintiffs,<br>v.<br>WALMART INC., *et al.*,<br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |

**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE A 10-PAGE SUMMARY JUDGMENT MOTION AFTER THE DEADLINE**

Before the Court is Defendants' Motion for Leave to File a 10-Page Summary Judgment Motion After the Deadline. After considering same, the Court is of the opinion that the Motion should be DENIED.