**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, *Plaintiff*, | § | |
| v. | § | Case No. 2:24-cv-00688-JRG-RSP |
| THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., *Defendants*. | § | (Lead Case) |

**ORDER**

Before the Court is Plaintiff's Opposed Motion for Leave to Serve July 14, 2026 Supplemental Expert Report of Roy Weinstein. **Dkt. No. 209**. Having considered the Motion, the Court finds that it should be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff is granted leave to supplement its expert report of Roy Weinstein with the edits shown in Dkt. No. 209-2.

**SIGNED this 10th day of September, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE