**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC,<br>*Plaintiff*,<br>v.<br>THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:24-cv-00688-JRG-RSP<br><br>(Lead Case) |

**ORDER**

Before the Court is Defendant Walmart Inc. and Wal-Mart Stores Texas, LLC's ("Walmart") Opposed Motion for Leave to File a 10-Page Summary Judgment Motion After the Deadline. **Dkt. No. 281**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that

Walmart is granted leave to file its supplemental 10-page summary judgment motion;

Plaintiff's response is due September 25, 2026;

Walmart's reply is due October 1, 2026; and

Plaintiff's sur-reply is due October 7, 2026.

**SIGNED this 16th day of September, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE