**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00688-JRG-RSP |
| | § | (LEAD CASE) |
| THE HOME DEPOT, INC., HOME | § | |
| DEPOT U.S.A., INC. | § | |

---

**Final Pretrial Conference and Motions Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**September 16, 2026**

**OPEN: 1:31 p.m.** **ADJOURN: 3:59 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR WALMART DEFENDANTS: | See attached. |
| LAW CLERK: | Robert Plafker |
| COURT REPORTER: | Jodi Terry |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Mr. Kramer introduced co-counsel and announced ready. Brian Craft introduced co-counsel and announced ready.

This case has been placed on the list of cases on Judge Gilstrap's November 6 trial docket. The Court will issue an updated order of trials around the end of this month or first of next month.

Mr. Alavi updated the Court on the agreements reached re the buckets submitted last night.

Mr. Alavi and Mr. Kramer confirmed that the amended pretrial order resolves all the issues that were still contested in the original pretrial order.

The GRANTED Defendants' MIL No. 1 to the extent that unportioned and top line revenues are prohibited, unless part of a pre-admitted exhibit. Later in the hearing, the Parties stipulated to such.

The Court heard argument re disputed exhibits. Mr. Enger and Mr. Alavi argued on behalf of Defendants. Mr. Higgins, Ms. Chan, and Mr. Mattson argued on behalf of Plaintiff. The Court made rulings as set forth in the record.

Recessed at 2:48 p.m.

Court reconvened. The Court continued hearing argument re disputed exhibits. Mr. Mattson continued argument on behalf of Plaintiff. Mr. Enger and Mr. Alavi continued argument on behalf of Defendants.

Mr. Collier argued Plaintiff's Motion for Summary Judgment of No Invalidity of the '823 and '402 Patents Under 35 U.S.C. § 101 **(Dkt. No. 183)**, and Defendants' Motion for Summary Judgment of Ineligibility of the Asserted Patents Under 35 U.S.C. 101 **(Dkt. No. 186)**. Mr. Mattson and Mr. Higgins argued on behalf of Plaintiff. The Court considered the arguments and will take the motions up on the briefing.

Court adjourned.