# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne

*RavenWhite Licensing LLC v. The Home Depot, Inc. et al*

2:24-cv-00688-JRG-RSP

**September 16, 2026 1:30p.m.**

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Brian Craft | Walmart Defendants |
| Amir Alavi | " |
| Eric Enger | " |
| William Collier | " |
| | |
| Robert Kramer | Plaintiff RavenWhite Licensing LLC |
| Robert Mattson | |
| Zack Higgins | |
| Rachael Chan | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

IF CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |
| | |
| | |