IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff*,<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>*(Lead Case)*<br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC<br><br>*Plaintiff*,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00689-RWS-RSP<br>*(Member Case)*<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING WALMART'S MOTION FOR SUMMARY JUDGMENT OF LACK OF CONSTITUTIONAL STANDING AND UNENFORCEABILITY OF THE ASSERTED PATENTS**

Before the Court is Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC's Motion for Summary Judgment of Lack of Constitutional Standing and Unenforceability of the Asserted Patents (the "Motion"). Upon consideration of the Motion, Plaintiff's response, any reply, and the argument of the parties, the Court hereby **GRANTS** the Motion.

THEREFORE, IT IS **ORDERED** that Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC's Motion for Summary Judgment of Lack of Constitutional Standing and Unenforceability of the Asserted Patents is **GRANTED** in all respects.