IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, *et al*<br><br>*Plaintiffs*,<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>*(Lead Case)*<br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC, *et al*<br><br>*Plaintiffs*,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00689-RWS-RSP<br>*(Member Case)*<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF AMANDA WOODALL IN SUPPORT OF DEFENDANTS' OBJECTIONS TO ORDER ON MOTIONS *IN LIMINE* (Dkt. 290)**

I, Amanda Woodall, declare as follows:

1. My name is Amanda Woodall. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein. I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2. I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case. I am submitting this declaration in support of Defendants' Objections to Order on Motions *in Limine* (Dkt. 290) (the "Motion").

3. Attached as **Exhibit A** is a true and correct copy of a document produced in this litigation as RW00007629.

4. Attached as **Exhibit B** is a true and correct copy of excerpts taken from the deposition of Dr. Markus Jakobsson, dated April 7, 2026.

5. Attached as **Exhibit C** is a true and correct copy of excerpts taken from Plaintiff's First Supplemental Responses and Objections to the Walmart Defendants' First Set of Interrogatories (Nos. 1-23), dated May 12, 2026, related to Interrogatory No. 21.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on September 16, 2026.

Amanda Woodall