IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, *et al*<br><br>*Plaintiffs*,<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>*(Lead Case)*<br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC, *et al*<br><br>*Plaintiffs*,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00689-RWS-RSP<br>*(Member Case)*<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF AMANDA WOODALL IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE REGARDING PRETRIAL HEARING ARGUMENT ON PX-20 (Dkt. 311)**

I, Amanda Woodall, declare as follows:

1. My name is Amanda Woodall. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein. I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2. I am an attorney at the law firm of Alavi & Anaipakos, PLLC and I am one of the attorneys representing the Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart") in the above captioned case. I am submitting this declaration in support of Defendants' Response to Plaintiff's Notice Regarding Pretrial Hearing Argument on PX-20 (Dkt. 311) (the "Response").

3. Attached as **Exhibit A** is a true and correct copy of Exhibit 9 to the Expert Report of Roy Weinstein, dated May 21, 2026.

4. Attached as **Exhibit B** is a true and correct copy of Exhibit 5 to the Expert Report of Roy Weinstein, dated May 21, 2026.

5. Attached as **Exhibit C** is a true and correct copy of Exhibit 7 to the Expert Report of Roy Weinstein, dated May 21, 2026.

6. Attached as **Exhibit D** is a true and correct copy of Exhibit 8 to the Rebuttal Expert Report of David A. Haas, dated June 18, 2026.

7. Attached as **Exhibit E** is a true and correct copy of excerpts taken from the deposition of Mr. David Haas, dated June 30, 2026.

8. Attached as **Exhibit F** is a true and correct copy of excerpts taken from the deposition of Mr. Adam Vorchheimer, dated May 1, 2026.

9. Attached as **Exhibit G** is a true and correct copy of email correspondence from R. Chan (*counsel for Plaintiff*) to Counsel for Defendants, dated September 16, 2026.

10. Attached as **Exhibit H** is a true and correct copy of email correspondence from A. Woodall (*counsel for Defendants*) to Counsel for Plaintiff, dated September 17, 2026.

11. Attached as **Exhibit I** is a true and correct copy of Exhibit 19 to the Rebuttal Expert Report of David A. Haas, dated June 18, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Houston, Texas, on September 23, 2026.

Amanda Woodall