# EXHIBIT G

# [FILED UNDER SEAL]

Entire Exhibit Contains Confidential Material