# EXHIBIT H

# [FILED UNDER SEAL]

Entire Exhibit Contains Confidential Material