**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC, *et al.*,<br>Plaintiffs,<br>v.<br>THE HOME DEPOT, INC., *et al.*,<br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC, *et al.*,<br>Plaintiffs,<br>v.<br>WALMART INC., *et al.*,<br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO ORDER ON MOTIONS *IN LIMINE* (DKT. 290)**

Pursuant to L.R. 72(b), Plaintiffs (collectively, "RavenWhite") submit this response to Defendants' Objections to Order on Motions *in Limine* (Dkt. 290). RavenWhite stands on its written Motion *in Limine* No. 1 (Dkt. 223), oral argument in connection with its written Motion *in Limine* No. 1 at the pretrial conference (Dkt. 274), and the Court's analysis and rationale for granting its Motion *in Limine* No. 1 (Dkt. 274; Dkt. 290). Based on these arguments and findings, Defendants' objections should be overruled.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Robert F. Kramer*

Robert F. Kramer (Admitted E.D. Texas)
rkramer@kramerllp.com
Robert C. Mattson (*pro hac vice*)
rmattson@kramerllp.com
**KRAMER LLP**
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (212) 755-6475
Facsimile: (212) 730-8885

Zachariah A. Higgins (*pro hac vice*)
zhiggins@kramerllp.com
Jeremiah A. Armstrong (*pro hac vice*)
jarmstrong@kramerllp.com
Ryan Dooley (*pro hac vice*)
rdooley@kramerllp.com
Robert Xie (*pro hac vice*)
rxie@kramerllp.com
Rachel C. Chan (*pro hac vice*)
rchan@kramerllp.com
**KRAMER LLP**
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (212) 812-8937

Nicole Glauser
Texas Bar No. 24050694
nglauser@kramerllp.com
**KRAMER LLP**
500 W 2nd Street, Suite 1900
Austin, Texas 78701

Telephone: (212) 363-1492

Andrea L. Fair
Texas Bar No. 24078488
andrea@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Pkwy
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiffs*
*RavenWhite Licensing, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 25, 2026 and any confidential versions are being served by electronic mail.

*/s/ Robert F. Kramer*
Robert F. Kramer