**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RAVENWHITE LICENSING LLC,<br>RAVENWHITE SECURITY, INC.,<br>SECURITY TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00688-JRG-RSP<br>(Lead Case) |
| RAVENWHITE LICENSING LLC,<br>RAVENWHITE SECURITY, INC.,<br>SECURITY TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00689-JRG-RSP<br>(Member Case) |

**ORDER DENYING WALMART'S MOTION FOR SUMMARY JUDGMENT OF LACK OF CONSTITUTIONAL STANDING AND UNENFORECEABILITY OF THE ASSERTED PATENTS (DKT. 302)**

Before the Court is Walmart's Motion for Summary Judgment of Lack of Constitutional Standing and Unenforceability of the Asserted Patents. The Court, having considered the Motion, hereby **DENIES** this motion.

**IT IS SO ORDERED.**