# EXHIBIT A

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/015,725 | 11/26/2025 | 10594823 | 5598.001RPO0 | 4758 |

26111 7590 10/15/2026
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW
10th Floor
WASHINGTON, DC 20005

| EXAMINER | |
|---|---|
| CARLSON, JEFFREY D | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/15/2026 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Blake T. Dietrich
Jackson Walker LLP
2323 Ross Ave. Suite 600
Dallas, TEXAS 75201

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/015,725* .

PATENT UNDER REEXAMINATION *10594823* .

ART UNIT *3992* .

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

/JDC/

| ***Notice of Intent to Issue Ex Parte Reexamination Certificate*** | **Control No.** 90/015,725 | **Patent Under Reexamination** 10594823 | |
|---|---|---|---|
| | **Examiner** Jeffrey D Carlson | **Art Unit** 3992 | **AIA (First Inventor to File) Status** No |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --***

1. ☑ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding. This proceeding is subject to reopening at the initiative of the Office or upon petition. *Cf.* 37 CFR 1.313(a). A Certificate will be issued in view of
   (a) ☑ Patent owner's communication(s) filed: 22 September 2026.
   (b) ☐ Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
   (c) ☐ Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (d) ☐ The decision on appeal by the ☐ Board of Patent Appeals and Interferences ☐ Court dated _____
   (e) ☐ Other: _____.
2. The Reexamination Certificate will indicate the following:
   (a) Change in the Specification: ☐ Yes ☑ No
   (b) Change in the Drawing(s): ☐ Yes ☑ No
   (c) Status of the Claim(s):
      (1) Patent claim(s) confirmed: 1-10.
      (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
      (3) Patent claim(s) canceled: _____.
      (4) Newly presented claim(s) patentable: _____.
      (5) Newly presented canceled claims: _____.
      (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
      (7) Patent claim(s) not subject to reexamination: _____.
3. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
4. ☑ Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."
5. ☐ Note attached NOTICE OF REFERENCES CITED (PTO-892).
6. ☑ Note attached LIST OF REFERENCES CITED (PTO/SB/08 or PTO/SB/08 substitute).
7. ☐ The drawing correction request filed on _____ is: ☐approved ☐disapproved.
8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All b) ☐ Some* c) ☐None of the certified copies have
      ☐been received.
      ☐not been received.
      ☐been filed in Application No. _____.
      ☐been filed in reexamination Control No. _____.
      ☐been received by the International Bureau in PCT Application No. _____.

   * Certified copies not received: _____.
9. ☐ Note attached Examiner's Amendment.
10. ☐ Note attached Interview Summary (PTO-474).
11. ☐ Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

/JEFFREY D CARLSON/
Primary Examiner, Art Unit 3992

cc: Requester (if third party requester)

## ***EX PARTE REEXAMINATION OFFICE ACTION***

The present reexamination proceeding is being examined under the pre-AIA first to invent provisions.

This is a reexamination of US Patent 10,594,823 ("the patent"). The Decision on Request mailed 1/13/2026 indicated that a substantial new question of patentability affecting patented claims 1–10 of the patent was raised by the request. No claims have been amended, added or canceled. Accordingly, claims 1–10 are pending in this reexamination.

### ***Information Submissions***

The IDS submitted 9/22/2026 and 9/28/2026 (x2) have been considered. Note that prior art is evaluated in accordance with the policy of MPEP 2256, which states:

"Where patents, publications, and other such items of information are submitted by a party (patent owner or requester) in compliance with the requirements of the rules, the requisite degree of consideration to be given to such information will be normally limited by the degree to which the party filing the information citation has explained the content and relevance of the information. The initials of the examiner placed adjacent to the citations on the form PTO/SB/08A and 08B or its equivalent, without an indication to the contrary in the record, do not signify that the information has been considered by the examiner any further than to the extent noted above".

### STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION

Claims 1–10 are confirmed over the prior art currently of record in this proceeding.

The following is an examiner's statement of reasons for patentability and/or confirmation of the claims found patentable in this reexamination proceeding:

Independent claim 1 requires at least:

- "receive a network resource request from a client device, wherein the network resource request corresponds to a first cookie of a first type that was caused to be stored to the client device during a first previous network session"
- "a second cookie of a second type different from the first type was caused to be stored at the client device during a second previous network session"
- perform a second identification of at least one of the client device and the user of the client device using the second cookie of the second type.

Hinton identifies the client/browser/user through the use of different types of cookies, namely DIDC and eCC cookies. Hinton's enrollment session causes storage of a persistent DIDC cookie which enables subsequent identification during subsequent sessions. This corresponds to the first cookie stored during a first previous session. Hinton's eCC cookies are session cookies which are generated "when a non-home front-end receives a request from a user that includes a domain identity cookie (DIDC) but not an e-community cookie (ECC) generated by that front-end", ¶ 137. An eCC session cookie "is valid for only for the duration of a browser session" and therefore any "identification of at least one of the client device and the user of the client device using the second cookie of the second type" (as claimed) would only apply to the current session. Therefore, while an eCC cookie may be a second type of stored cookie, it is not stored "during a second previous network session" such that it may be used for identification during a subsequent session

such as one representing the claimed “receive a network resource request”. See also Patent Owner’s 9/22/2026 Remarks, p. 10–14.

Independent claim 6 requires similar limitations and is confirmed for the same reasoning.

Regarding Varghese included as part of the request, it lacks at least the requirement of “wherein the first cookie of the first type is stored in a first client device browser storage area and the second cookie of the second type is stored in a second client device browser storage area different from the first client device browser storage area”. Varghese was relied upon for its use of Flash cookies (24:23–24). Varghese describes their use:

- “Another such technique is known as “flash cookies'. Graphical Software applications and/or plug-ins from Macromedia, and generally identified by the trade name “Flash', are currently resident on many user devices. This software can create local shared objects, known as “flash cookies', for maintaining locally persistent data on a user's device akin to the standard “cookies' stored by web browsers. Flash cookies can be stored locally on a flash plug-in user's device, are updatable, and have the advantage not being as easily removed from the user's device as are standard cookies.

There is no teaching however for these cookies to be stored in a browser storage area much less stored in “a second client device browser storage area different from the first client device browser storage area”.

Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays. Such submission by the patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation" and will be placed in the reexamination file.

## *Conclusion*

**All** correspondence relating to this ex parte reexamination proceeding should be directed:

By Mail to: Mail Stop *Ex Parte* Reexam
Central Reexamination Unit
Commissioner for Patents
United States Patent & Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

By FAX to: (571) 273-9900
Central Reexamination Unit

By hand: Customer Service Window
Randolph Building
401 Dulany Street
Alexandria, VA 22314

Information regarding the status of reexamination proceedings may be obtained from Patent Center. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Any inquiry concerning this communication should be directed to **the Central Reexamination Unit** at telephone number **517-272-7705.**

/JEFFREY D CARLSON/
Primary Examiner, Art Unit 3992

Conferee:

/M.F/
Supervisory Patent Examiner, Art Unit 3992