**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC<br>*Plaintiff,*<br>v.<br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00688-JRG-RSP<br>(*Lead Case*)<br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC<br>*Plaintiff,*<br>v.<br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-cv-00689-JRG-RSP<br>(*Member Case*)<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INELIGIBILITY OF THE ASSERTED PATENTS UNDER 35 U.S.C. § 101 (Dkt. No. 186)**

Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (together, "Walmart") respectfully submit this Notice to alert the Court of two recent Federal Circuit decisions affirming the ineligibility of advertising-related patent claims. The first is the October 13, 2026, Rule 36 affirmance in *Yieldmo, Inc. v. Teads, Inc.*, No. 2025-2012, Dkt. No. 34, 2026 U.S. App. LEXIS 31083 (Fed. Cir. Oct. 13, 2026) (per curiam) (nonprecedential), attached as Exhibit A, affirming No. 1:25-cv-737-PAE, Dkt. No. 51, 2025 U.S. Dist. LEXIS 139013 (S.D.N.Y. July 21, 2025), attached as Exhibit B. There, the Federal Circuit affirmed the district court's order granting a motion to dismiss on grounds that four patents generally claiming "a user's scrolling activity prompting the display of a responsive advertisement" are ineligible under 35 U.S.C. § 101. Ex. A at 1–2; Ex. B at 6, 25. The second is the October 14, 2026, opinion in *Piranha Media Distribution, LLC v. Hulu, LLC*, No. 2025-1038, Dkt. No. 46, 2026 U.S. App. LEXIS 31163 (Fed. Cir. Oct. 14, 2026) (nonprecedential), attached as Exhibit C, which affirmed the dismissal of patent claims "relating to the integration of advertisements in digital media" as ineligible subject matter. Ex. C at 2 (*aff'g* 748 F. Supp. 3d 928 (C.D. Cal. 2024), attached as Exhibit D). Both Federal Circuit decisions issued after Walmart filed its pending Motion for Summary Judgment of Ineligibility of the Asserted Patents Under 35 U.S.C. § 101. *See* Dkt. No. 186.

DATED: October 16, 2026

Respectfully submitted,

By: */s/ William B. Collier, Jr.*
Michael F. Heim
Texas State Bar No. 09380923
mheim@hpcllp.com
Eric J. Enger
Texas State Bar No. 24045833
eenger@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Blaine A. Larson
Texas State Bar No. 24083360
blarson@hpcllp.com
William B. Collier, Jr.
Texas State Bar No. 24097519
wcollier@hpcllp.com
HEIM, PAYNE & CHORUSH, LLP
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
ALAVI & ANAIPAKOS PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Nathaniel St. Clair, II
Texas Bar No. 24071564
nstclair@jw.com
Abigail A. Lahvis
Texas Bar No. 24138136
alahvis@jw.com
Blake Thomas Dietrich

Texas Bar No. 24087420
bdietrich@jw.com
William Allen Moon
Texas Bar No. 24065782
wamoon@jw.com
JACKSON WALKER LLP - DALLAS
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

Leisa Talbert Peschel
Texas Bar No. 24060414
lpeschel@jw.com
JACKSON WALKER LLP - HOUSTON
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4278
Facsimile: (713) 308-4178

Eric Hugh Findlay
Texas Bar No. 00789886
efindlay@findlaycraft.com
FINDLAY CRAFT, P.C.
7270 Crosswater Ave., Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

***Counsel for Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF system on October 16, 2026.

*/s/ William B. Collier, Jr.*
William B. Collier, Jr.