# Exhibit A

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YIELDMO, INC.,**
*Plaintiff-Appellant*

**v.**

**TEADS, INC., TEADS SA, TEADS SARL,**
*Defendants-Appellees*

---

2025-2012

---

Appeal from the United States District Court for the Southern District of New York in No. 1:25-cv-00737-PAE, Judge Paul A. Engelmayer.

---

**JUDGMENT**

---

C. GRAHAM GERST, Global IP Law Group, LLC, Chicago, IL, argued for plaintiff-appellant. Also represented by MICHAEL HEALY.

RYAN NEIL HAGGLUND, Loeb & Loeb LLP, New York, NY, argued for defendants-appellees. Also represented by WILLIAM KRAMER, ALEXANDRA SCHALLER, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, STOLL and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 13, 2026
Date

Jarrett B. Perlow
Clerk of Court