**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:24-cv-00688-JRG-RSP |
| | § | |
| THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., | § | (Lead Case) |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Defendants' Unopposed Motion to Redact the September 16, 2026, Pre-Trial Conference Hearing Transcript. **Dkt. No. 330**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that the transcript of the September 16, 2026, Pre-Trial Conference is **SEALED**. Additionally, a redacted version of the same, consistent with the redactions proposed in Dkt. No. 330-1, shall be filed as an attachment to a Notice as part of the public record on the docket within seven (7) days to facilitate the public's right of access.

**SIGNED this 4th day of November, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE