[redacted]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAVENWHITE LICENSING LLC, *et al*<br><br>*Plaintiffs*,<br><br>v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.<br><br>*Defendants*. | § § § § § § § § § § § | CASE NO. 2:24-CV-00688-JRG-RSP<br>*(Lead Case)*<br><br>JURY TRIAL DEMANDED |
| RAVENWHITE LICENSING LLC, *et al*<br><br>*Plaintiffs*,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES TEXAS, LLC<br><br>*Defendants*. | § § § § § § § § § § § § | CASE NO. 2:24-CV-00689-RWS-RSP<br>*(Member Case)*<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION TO REDACT PORTIONS OF THE <u>SEPTEMBER 16, 2026 FINAL PRETRIAL CONFERENCE TRANSCRIPT</u>**

Pursuant to Federal Rule of Civil Procedure 5.2(e) and Local Rule CV-5.2(b)(4), Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC (collectively, "Walmart" or "Defendants") respectfully submit this request for the Court to order the redaction of excerpts of the public transcript from the recent final pretrial conference held on September 16, 2026, reported by Jodi Terry, court reporter for the Honorable Roy S. Payne (Dkt. 325).

Walmart has used its best efforts to limit the redactions to only those that are strictly necessary to protect confidential business information encompassed by the Protective Order (Dkt. No. 51), entered in this case on December 10, 2024. This information is listed in Exhibit A, with

[redacted]

a highlighted version of the transcript provided in Exhibit B. The sealing of these narrowly tailored excerpts will not affect the public's ability to understand the issues at stake in the litigation or how the judicial process operated in this matter.

Walmart has conferred with counsel for Plaintiffs, and they are not opposed to the relief requested herein. Accordingly, Walmart respectfully requests that the portions listed in Exhibit A be redacted from the public record.

[redacted]

Dated: November 3, 2026

Respectfully submitted,

*/s/ Amir H. Alavi*
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Amanda Woodall
Texas Bar No. 24028139
awoodall@aatriallaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@aatriallaw.com
C. Ryan Pinckney
Texas Bar No. 24067819
rpinckney@aatriallaw.com
ALAVI & ANAIPAKOS PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
Eric Enger
Texas Bar No. 24045833
eenger@hpcllp.com
Blaine Larson
Texas Bar No. 24083360
blarson@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
William Brown Collier, Jr.
Texas Bar No. 24097519
wcollier@hpcllp.com
HEIM PAYNE & CHORUSH LLP
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000

[redacted]

Facsimile: (713) 221-2021

Gabriel K. Bell *(Pro Hac Vice)*
DC Bar No. 987112
gabriel.bell@lw.com
Ashley Finger *(Pro Hac Vice)*
DC Bar No. 1644006
ashley.finger@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Eric Hugh Findlay
Texas Bar No. 00789886
efindlay@findlaycraft.com
FINDLAY CRAFT, P.C.
7270 Crosswater Ave., Suite B
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

*Counsel for Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 22, 2026, counsel for Defendants conferred via e-mail with counsel for the Plaintiffs regarding the Motion. Based on that conference, the relief requested herein is unopposed.

*/s/ Amir H. Alavi* __________
Amir H. Alavi

[redacted]

[redacted]

[redacted]

[redacted]

## CERTIFICATE OF SERVICE

I hereby certify that, on November 3, 2026, a copy of the foregoing was served electronically via electronic mail to all counsel of record whom have consented to electronic service.

*/s/ Amir H. Alavi* __________
Amir H. Alavi